UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:05CV02195<br><br><br>NOTICE OF RELATED CASES |

## NOTICE OF RELATED CASES

Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (collectively, "Meijer") are aware of related cases pending in this District and submit this notice pursuant to Civil Local Rule 40.5.

On November 7, 2005, The Federal Trade Commission ("FTC") and various State Attorneys General ("State AGs") filed two separate complaints in this District against Defendants Warner Chilcott Holdings Company III, Ltd.; Warner Chilcott Corporation; Warner Chilcott (US), Inc.; Galen (Chemicals) Limited; and Barr Pharmaceuticals, Inc. Meijer filed its complaint in the above-captioned action on November 9, 2005 against these same defendants.

At the time Meijer filed its complaint, it appeared that the FTC action and the State AGs action had not yet been assigned docket numbers or to a judge. Since Meijer's filing, the FTC action (05CV2179), the State AGs action (05CV2182), and a later-filed private action (05CV2210) have been assigned to the Honorable Colleen Kollar-Kotelly and designated related

cases. These three cases and Meijer's all grow out of the same event or transaction and involve common issues of fact. LCvR 40.5(a)(3).

Accordingly, pursuant to Civil Local Rule 40.5(c)(2), Meijer requests transfer of its case to the Calendar Committee for reassignment to Judge Collar-Kotelly.

Dated: November 21, 2005					By:	/s/
								Michael D. Hausfeld, D.C. Bar No. 153742
								**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
								1100 New York Avenue, N.W.
								Washington, D.C. 20005-3964
								Tel: (202) 408-4600
								Fax: (202 408-4699

								Linda P. Nussbaum, D.C. Bar No. 483254
								Steig D. Olson
								**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
								150 East 52nd Street, Thirtieth Floor
								New York, NY 10022
								Tel: (212) 838-7797
								Fax: (212) 838-7745

								Joseph M. Vanek
								**DAAR & VANEK, P.C.**
								225 W. Washington, 18th Floor
								Chicago, IL 60606
								Tel: (312) 224-1500
								Fax: (312) 224-1510

								Paul E. Slater
								**Sperling & Slater, P.C.**
								55 W. Monroe Street, Suite 3300
								Chicago, IL 60603
								Tel: (312) 641-3200
								Fax: (312) 641-6492

								***Attorneys for Plaintiffs***