AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MEIJER, INC. and MEIJER  
DISTRIBUTION, INC., et al.,  
   Plaintiff(s)  

vs.  
WARNER CHILCOTT HOLDINGS  
COMPANY III, LTD., et al.,  
   Defendant(s)  

**APPEARANCE**

CASE NUMBER 1:05-cv-2195

To the Clerk of this court and all parties of record:

Please enter the appearance of  Linda P. Nussbaum  as counsel in this
          (Attorney's Name)

case for:  Meijer, Inc., et al.
    (Name of party or parties)

November 29, 2005  
Date  

483254  
BAR IDENTIFICATION  

*[signature]*  
Signature  

Linda P. Nussbaum  
Print Name  

150 East 52nd Street, 30th Floor  
Address  

New York, New York 10022  
City  State  Zip Code  

212-838-7745  
Phone Number