UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action No: 1:05CV02195 (CKK) |
| v. | Judge Colleen Kollar-Kotelly |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | |
| WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | |
| WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | |
| GALEN (CHEMICALS) LTD.<br>Unit 4 Burton Hall Pk.<br>Sandyford Industrial Estate<br>Foxrock, Ireland | |
| and | |
| BARR PHARMACEUTICALS, INC.<br>2 Quaker Road, P.O. Box 2900<br>Pomona, N.Y. 10970-0519 | |
| Defendants | |

---

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

December 20, 2005

          Respectfully submitted,

By: /s/ _____
Kevin J. Arquit, #438511
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*