UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
MEIJER, INC., *et al.*,

    Plaintiffs,

v().

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., *et al.*,

    Defendants.
------------------------------------------------------- x

Civil Action No: 1:05CV02195 (CKK)

Judge Colleen Kollar-Kotelly

## DECLARATION OF CHARLES E. KOOB

I, Charles E. Koob, declare under penalty of perjury that the following is true and correct:

1.    I am a partner in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), in the above-referenced matter.

2.    I am admitted to practice in, and am a member in good standing of the following bars: the State of New York, the State of California, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States Court of Federal Claims, and the United States Supreme Court.

3.    I have not been disciplined by any bar.

4.    I have never been admitted *pro hac vice* in this Court.

5.    I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

6. I will act as co-counsel for Defendants with Kevin J. Arquit, #438511, a partner in the New York office of Simpson Thacher & Bartlett, who is a member in good standing of the bar of this Court.

Executed: December 15, 2005

/s/
_____
CHARLES E. KOOB