## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------  x
MEIJER, INC., et al.,                                   :
                                                        :
          Plaintiffs,                                   :
                                                        :
v.                                                      :   Civil Action No: 1:05CV02195 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
          Defendants.                                   :
------------------------------------------------------  x
```

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott

Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac*

*vice* of Charles E. Koob is, this the _____ day of _____, 2005, hereby granted.

 

 

 

                                       _____

                                       Hon. Colleen Kollar-Kotelly
                                       United States District Judge