IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>       Defendants. | Civil Action No: 1:05-CV-02195-CKK<br><br>Judge Colleen Kollar-Kotelly |

**BARR PHARMACEUTICALS' CORPORATE DISCLOSURE STATEMENT
AS REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc. certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

                 Respectfully submitted,

                 _/s/ Karen N. Walker_
                 Karen N. Walker (D.C. Bar # 412137)
                 Mark L. Kovner (D.C. Bar # 430431)
                 Chong S. Park (D.C. Bar # 463050)

                 KIRKLAND & ELLIS LLP
                 655 Fifteenth Street, N.W.
                 Washington, D.C. 20005
                 (202) 879-5000
                 (202) 879-5200 (fax)

                 *Attorneys for Defendant Barr*
                 *Pharmaceuticals, Inc.*