# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MEIJER, INC

           Plaintiff(s)

     vs.                   Civil Case No: **05-2195(ESH)**

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD.
           Defendant(s)

## NOTICE REGARDING BULKY SUBMISSION

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice that **"Plaintiffs' Response to Defendants' Joint Motion to Transfer and Consolidate Pursuant to 28 USC 1407..., recently filed before the Judicial Panel on Multidistrict Litigation "** has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                        **NANCY MAYER-WHITTINGTON**

                                                     Clerk

**Date:** April 12, 2004