# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAJ DISTRIBUTORS, INC. and
STEPHEN L. LaFRANCE
HOLDINGS, INC., individually
and on behalf of all others similarly
situated,                                         :         CIVIL ACTON NO. 05-cv-6095

            Plaintiffs,                           :

        v.                                        :

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD.,                                :

WARNER CHILCOTT
CORPORATION,                                      :

WARNER CHILCOTT (US) INC.,                        :

GALEN (CHEMICALS) LTD.,                           :

and                                               :

BARR PHARMACEUTICALS, INC.,                       :

            Defendants.                           :

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

In accordance with the provisions of Fed. R. Civ. P. 41, Plaintiffs

dismiss this action without prejudice.  Defendants have filed neither an

answer nor a motion for summary judgment.  There has been no prior

dismissal of this case in any court.  Counsel have learned of five related cases

pending in the United States District Court for the District of Columbia; in

the interest of judicial economy and to avoid unnecessary motion practice,

Counsel intend to file the action as a related case to those cases already

pending in the United States District Court for the District of Columbia.


Dated: December 20, 2005                By: _____

                                        Dianne M. Nast
                                        RodaNast, P.C.
                                        801 Estelle Drive
                                        Lancaster, Pennsylvania 17601
                                        (717) 892-3000
                                        (717) 892-1200 facsimile

                                        Michael L. Roberts
                                        Roberts Law Firm, P.A.
                                        P.O. Box 241790
                                        20 Rahling Circle
                                        Little Rock, Arkansas  72223
                                        (501) 821-5575
                                        (501) 821-4474 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of December 2005 caused to be served a copy of Plaintiffs' Notice of Dismissal Pursuant to Fed. R. Civ. P. 41 by facsimile and first class mail with postage fully paid thereon to the parties listed on the service list below.

*Hollie M. Schmidt*

Charles E. Koob, Esquire
Annette C. Rizzi, Esquire
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Facsimile: (212) 455-2502