**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**<br><br>**Defendants.** | **05 Civ. 2195 (CKK)**<br><br>**<u>JURY TRIAL DEMANDED</u>** |
| **LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**<br><br>**Defendants.** | **05 Civ. 2210 (CKK)**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

| | |
|---|---|
| **ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**<br><br>**Defendants.** | **05 Civ. 2257 (CKK)**<br><br>**JURY TRIAL DEMANDED** |
| **VALLEY WHOLESALE DRUG COMPANY, INC., individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**<br><br>**Defendants.** | **05 Civ. 2321 (CKK)**<br><br>**JURY TRIAL DEMANDED** |
| **AMERICAN SALES COMPANY, INC., on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.** | **05 Civ. 2335 (CKK)**<br><br>**JURY TRIAL DEMANDED** |

**WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**

**Defendants.**

---

**SAJ DISTRIBUTORS, INC. and STEPHEN L. LaFRANCE HOLDINGS, INC., individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**

**Defendants.**

**05 Civ. 2459 (CKK)**

**JURY TRIAL DEMANDED**

---

**JOINT STIPULATION**

**WHEREAS**, the above-captioned Plaintiffs ("Direct Purchaser Class Plaintiffs") desire to file a Consolidated Amended Class Action Complaint:

**IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES** as follows:

1. That pursuant to Federal Rule of Civil Procedure 15(a), the Direct Purchaser Class Plaintiffs shall be permitted to file a Consolidated Amended Class Action Complaint (attached as Exhibit A) without having to file a motion for leave to file an amended pleading.

Respectfully submitted on this 1st day of Feb, 2006.

Dated: ~~January 31~~ Feb. 1, 2006

By: /s/ Michael D. Hausfeld (SRS)

Michael D. Hausfeld (D.C. Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Linda P. Nussbaum (D.C. Bar No. 483254)
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

***Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.***

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
Fax: (603) 643-9010

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, Ste. 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

***Counsel for Plaintiff Valley Wholesale Drug Co., Inc.***

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
Tel: (212) 398-0055
Fax: (212) 764-6620

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

***Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.***

Daniel Berger
David Sorenson
Eric L. Cramer
Peter Kohn
Daniel Simons
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

***Counsel for Plaintiff Rochester Drug Co-operative, Inc.***

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

Michael D. Hausfeld (D.C. Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

***Counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.***

Thomas M. Sobol
Hagens Berman Sobol & Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700

Jonathan W. Cuneo (D.C. Bar No. 939389)
David W. Stanley (D.C. Bar No. 174318)
William H. Anderson
CUNEO GILBERT & LaDUCA, LLP
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960

***Counsel for Plaintiff American Sales Company, Inc.***

By: ______________________________
Karen N. Walker (D.C. Bar No. 412137)
Mark L. Kovner (D.C. Bar No. 430431)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Ste. 1200
Washington, D.C. 2005
Tel: (202) 879-5000
Fax: (202) 879-5200

***Counsel for Defendant Barr Pharmaceuticals, Inc.***

By: ______________________________
Kevin J. Arquit (D.C. Bar No. 438511)
Charles E. Koob
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

***Counsel for Defendants Warner Chilcott Public Limited Co., Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals) Ltd.***

Thomas M. Sobol
Hagens Berman Sobol & Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700

Jonathan W. Cuneo (D.C. Bar No. 939389)
David W. Stanley (D.C. Bar No. 174318)
William H. Anderson
CUNEO GILBERT & LaDUCA, LLP
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960

***Counsel for Plaintiff American Sales Company, Inc.***

By:____________________________
Karen N. Walker (D.C. Bar No. 412137)
Mark L. Kovner (D.C. Bar No. 430431)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Ste. 1200
Washington, D.C. 2005
Tel: (202) 879-5000
Fax: (202) 879-5200

***Counsel for Defendant Barr Pharmaceuticals, Inc.***

By: [signature]
Kevin J. Arquit (D.C. Bar No. 438511)
Charles E. Koob
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

***Counsel for Defendants Warner Chilcott Public Limited Co., Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals) Ltd.***