IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>Defendant. | 05 Civ. 2195 (CKK)<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2 and attached declaration, plaintiffs hereby move for the admission of Kanchana Wangkeo to represent plaintiffs in the above-captioned case. Ms. Wangkeo is associated with the law firm of Cohen, Milstein, Hausfeld, and Toll, P.L.L.C., counsel for plaintiffs, and she is a member in good standing of the bars of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.

Dated: March 10, 2006

_____
Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd St., 30th Floor
New York, NY 10022
Phone: (212) 838-7797
Fax: (212) 838-7745

Attorneys for Plaintiff
Meijer, Inc. and Meijer Distribution, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>    Defendant. | 05 Civ. 2195 (CKK)<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF KANCHANA WANGKEO

I, Kanchana Wangkeo, declare under penalty of perjury that the following is true and correct:

1. I am associated with the New York office of the law firm of Cohen, Milstein, Hausfeld, and Toll, P.L.L.C., counsel for plaintiffs in the above-captioned case.

2. My office address is 150 East 52nd Street, 30th Floor, New York, NY 10022. My office telephone number is (212) 838-7797.

3. I have been admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

- 1 -

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: March _/0_, 2006

By: _____
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD &
TOLL P.L.L.C.
150 East 52nd St., 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Attorneys for Plaintiff