UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------   x
MEIJER, INC., *et al.*,   :
    Plaintiffs,   :
v.   :  Civil Action No: 1:05CV02195 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,   :  Judge Colleen Kollar-Kotelly
    Defendants.   :
---------------------------------------------------------   x

### ENTRY OF APPEARANCE (LCvR 83.6(a))

    Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                                 Respectfully submitted,

                                      By:    /s/ Andrew M. Lacy
                                                  Andrew M. Lacy, D.C. Bar # 496644
                                                  SIMPSON THACHER & BARTLETT LLP
                                                  555 11th Street, N.W.
                                                 Suite 725
                                                 Washington, D.C.  20004
                                                 (202) 220-7700

                                                 *Counsel for Defendants*