UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
MEIJER, INC., *et al.*,                                    :
    Plaintiffs,                        :
                                                           :
v.                                                         :  Civil Action No: 1:05CV02195 (CKK)
                                                           :  Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
    Defendants.                        :
---------------------------------------------------------- x

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                       Respectfully submitted,

                                  By:   /s/ Peter C. Thomas
                                           Peter C. Thomas, D.C. Bar # 495928
                                           SIMPSON THACHER & BARTLETT LLP
                                           555 11th Street, N.W.
                                           Suite 725
                                           Washington, D.C. 20004
                                           (202) 220-7700

                                           *Counsel for Defendants*