# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated**<br>**Plaintiffs,**<br><br>v.<br><br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,**<br><br>**Defendants.** | **05 Civ. 2195 (CKK)**<br><br>**JURY TRIAL DEMANDED** |
| **LOUISIANA WHOLESALE DRUG CO., INC.,** on behalf of itself and all others similarly situated,<br>**Plaintiff,**<br><br>v.<br><br>**WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.,**<br><br>**Defendants.** | **05 Civ. 2210 (CKK)**<br><br>**JURY TRIAL DEMANDED** |

**ROCHESTER DRUG CO-OPERATIVE, INC.,**
**on behalf of itself and all others similarly situated,**
**Plaintiff,**

     v.

**WARNER CHILCOTT PUBLIC LIMITED**
**COMPANY, WARNER CHILCOTT HOLDINGS**
**COMPANY III, LTD., WARNER CHILCOTT**
**CORPORATION, WARNER CHILCOTT (US)**
**INC., GALEN (CHEMICALS) LTD., and BARR**
**PHARMACEUTICALS, INC.,**

    **Defendants.**

**05 Civ. 2257 (CKK)**

**JURY TRIAL DEMANDED**

---

**VALLEY WHOLESALE DRUG COMPANY,**
**INC., individually and on behalf of all others**
**similarly situated,**
**Plaintiff,**

     v.

**WARNER CHILCOTT HOLDINGS COMPANY**
**III, LTD., WARNER CHILCOTT**
**CORPORATION, WARNER CHILCOTT (US)**
**INC., GALEN (CHEMICALS), LTD., and BARR**
**PHARMACEUTICALS, INC.,**

    **Defendants.**

**05 Civ. 2321 (CKK)**

**JURY TRIAL DEMANDED**

---

**AMERICAN SALES COMPANY, INC., on behalf**
**of itself and all others similarly situated,**

    **Plaintiff,**

     v.

**WARNER CHILCOTT HOLDINGS COMPANY**
**III, LTD., WARNER CHILCOTT**
**CORPORATION, WARNER CHILCOTT (US)**
**INC., GALEN (CHEMICALS), LTD., and BARR**
**PHARMACEUTICALS, INC.,**

    Defendants.

**05 Civ. 2335 (CKK)**

**JURY TRIAL DEMANDED**

SAJ DISTRIBUTORS, INC. and STEPHEN L.
LaFRANCE HOLDINGS, INC., individually and
on behalf of all others similarly situated,

                        **Plaintiffs,**

       **v.**

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS) LTD., and BARR
PHARMACEUTICALS, INC.,

                     **Defendants.**

05 Civ. 2459 (CKK)

**JURY TRIAL DEMANDED**

## PLAINTIFFS' JOINT MOTION FOR THE
## ESTABLISHMENT OF A PLAINTIFFS' EXECUTIVE COMMITTEE

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co.,

Inc., Rochester Drug Co-operative, Inc., Valley Wholesale Drug Company, Inc., and American

Sales Company, Inc., through their undersigned counsel, hereby jointly move the Court for an

order establishing a Plaintiffs' Executive Committee to act on behalf of all plaintiffs in the

above-captioned cases and all related direct purchaser class actions subsequently-filed in or

transferred to this Court.[1] The creation of a Plaintiffs' Executive Committee would minimize

duplication and expense and would provide for greater efficiency. Plaintiffs in the above-

---

[1]     Plaintiffs Walgreen Co., Eckerd Corporation, Maxi Drug, Inc., The Kroger Co.,
Albertson's, Inc., Safeway, Inc., and Hy-Vee, Inc., have filed a related action seeking relief on
behalf of themselves, but not for members of a class of direct purchasers of Ovcon 35. *See
Walgreen Co., et al. v. Warner Chilcott Holdings Company III, Ltd.*, No. 06 Civ. 494 (CKK).

     Plaintiffs shared this proposal with Defendants but did not receive a response
before submitting this motion to the Court.

captioned cases have conferred and agree to the proposed organization of Plaintiffs' counsel,

reflected in Exhibit A to this motion.[2]

Respectfully submitted,

_____/s/_____
Michael D. Hausfeld (D.C. Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Linda P. Nussbaum (D.C. Bar No. 483254)
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

***Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.***

---

[2]     Plaintiffs reviewed the Court's instruction in paragraph 9 of its Order Establishing Procedures for Electronic Filing that a party not submit a proposed order with a motion. However, Plaintiffs thought it was the most practical way of presenting this specific motion to the Court.

_____ /s/ _____

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
Fax: (603) 643-9010

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, Ste. 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

*Counsel for Plaintiff Valley Wholesale Drug Co., Inc.*

_____ /s/ _____

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
Tel: (212) 398-0055
Fax: (212) 764-6620

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

*Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.*

3

/s/ _____

Daniel Berger
David Sorensen
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

*Counsel for Plaintiff Rochester Drug Co-operative, Inc.*

/s/ _____

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

Michael D. Hausfeld (D.C. Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*

4

_____ /s/ _____

Thomas M. Sobol
Hagens Berman Sobol & Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700

Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

**Counsel for Plaintiff American Sales Company, Inc.**