## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that on April 19, 2006, the foregoing Amended Class Action Complaint was served on the following counsel of record via United States Mail, postage prepaid:

Charles E. Koob, Esq.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York  10017-3954

*ATTORNEYS FOR DEFENDANTS, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and GALEN (CHEMICALS), LTD.*

Karen N. Walker, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

*ATTORNEYS FOR DEFENDANT, BARR PHARMACEUTICALS, INC.*

_____
Theresa Graham