UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129,<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129,<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129,<br><br>WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico 00738,<br><br>GALEN (CHEMICALS) LTD.<br>Unit 4 Burton Hall Pk.<br>Sandyford Industrial Estate<br>Foxrock, Ireland,<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road, P.O. Box 2900<br>Pomona, N.Y. 10970-0519,<br><br>                      Defendants. | Civil Action No. 1:05CV02195<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas, Charles E. Koob, and Andrew M. Lacy, counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals), Ltd., hereby give notice of their entry of appearance on behalf of Defendant Warner Chilcott Company, Inc.

May 3, 2006                                    Respectfully submitted,

                                By:    /s/ Peter C. Thomas
                                        Peter C. Thomas, D.C. Bar # 495928
                                        SIMPSON THACHER & BARTLETT LLP
                                        555 11th Street, N.W.
                                        Suite 725
                                        Washington, D.C. 20004
                                        (202) 220-7700


                                        /s/ Charles E. Koob
                                        Charles E. Koob, *pro hac vice*
                                        SIMPSON THACHER & BARTLETT LLP
                                        425 Lexington Avenue
                                        New York, New York 10019
                                        (222) 455-2000


                                        /s/ Andrew M. Lacy
                                        Andrew M. Lacy, D.C. Bar # 496644
                                        SIMPSON THACHER & BARTLETT LLP
                                        555 11th Street, N.W.
                                        Suite 725
                                        Washington, D.C. 20004
                                        (202) 220-7700

                                        *Counsel for Defendants*