UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                              Defendants. | Civil Action No. 1:06CV02195<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF ANNETTE C. RIZZI

I, Annette C. Rizzi, declare under penalty of perjury that the following is true and correct:

1.      I am an associate in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (collectively "Defendants"), in the above-referenced matter.

2.      My office address is 425 Lexington Avenue, New York, NY 10017, and my office telephone number is 212-455-2000.

3.      I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

4.      I am admitted to practice in, and am a member in good standing of the following bars: the State of New York, the State of Connecticut, the United States District Court for the

Eastern District of New York, and the United States District Court for the Southern District of New York.

5. I have not been disciplined by any bar.

6. I am admitted *pro hac vice* in this Court in two other related actions.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

8. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

9. I will act as co-counsel for Defendants with Peter C. Thomas, #495928, a partner in the Washington, D.C. office of Simpson Thacher & Bartlett LLP, who is a member in good standing of the bar of this Court.

10. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Defendants and will also facilitate the efficient litigation of this matter.

11. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Defendants in this matter.

Executed: May 3, 2006         /s/ Annette C. Rizzi
                              ANNETTE C. RIZZI