## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MEIJER, INC.,** 2929 Walker Avenue NW, Grand Rapids, Michigan 49544, | |
| **MEIJER DISTRIBUTION, INC.,** 2929 Walker Avenue NW, Grand Rapids, Michigan 49544, | |
| **LOUISIANA WHOLESALE DRUG CO., INC.,** 2085 I-49, South Service Road, Sunset, Louisiana 70584, | **Civil Action No: 1:05-CV-02195-CKK** |
| **ROCHESTER DRUG CO-OPERATIVE, INC.,** 50 Jet View Drive, Rochester, New York 14624, | **Judge Colleen Kollar-Kotelly** |
| **VALLEY WHOLESALE DRUG COMPANY, INC.,** 1401 West Fremont Street, Stockton, California 95203-2627, | **JURY TRIAL DEMANDED** |
| **AMERICAN SALES COMPANY, INC.,** 4201 Walden Ave., Lancaster, New York 14086, | |
| **SAJ DISTRIBUTORS, INC.,** 3017 N. Midland, Pine Bluff, Arkansas 71603, and | |
| **STEPHEN L. LaFRANCE HOLDINGS, INC.,** 3017 N. Midland, Pine Bluff, Arkansas 71603, | |
| on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| **WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD.,** and **BARR PHARMACEUTICALS, INC.,** | |
| Defendants. | |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Date:   May 8, 2006                         Respectfully submitted,


Karen N. Walker
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Tel. (202) 879-5000
Fax (202) 879-5200

***Counsel of Record for Defendant Barr Pharmaceuticals, Inc.***