# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIJER, INC.,** *et. al.* : | |
| : | CIVIL ACTION |
| Plaintiffs,  : | NO. 05 Civ. 2195 (CKK) |
| v.  : | |
| **WARNER CHILCOTT HOLDINGS** : | |
| **COMPANY III, LTD.,** *et. al.*,  : | |
| Defendants.  : | **JURY TRIAL DEMANDED** |

## MOTION FOR WITHDRAWAL

Pursuant to Local Rule 83.6 (c), Plaintiff Rochester Drug Cooperative, Inc. ("RDC") submits this motion to request that the Court enter an order withdrawing Keith J. Verrier as counsel for RDC in this action. RDC will continue to be represented in this action by other attorneys from the law firms of Berger & Montague, P.C. and Stein, Mitchell & Mezines LLP.

Dated: May 18, 2006

By: /s/ Keith J. Verrier
Daniel Berger
David Sorensen
Eric L. Cramer
Keith J. Verrier
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

/s/ David U. Fierst
David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Tel: (202) 737-7777
Fax: (202) 296-8312
***Counsel for Plaintiff Rochester Drug Co-operative, Inc.***

- 2 -