IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK)<br><br>ORAL ARGUMENT REQUESTED |

## DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs American Sales Company, Inc., Louisiana Wholesale Drug Company, Inc., Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., SAJ Distributors, Inc., Stephen L. LaFrance Holdings, Inc., and Valley Wholesale Drug Company, Inc. (collectively "Plaintiffs") respectfully move this Court, pursuant to Fed. R. Civ. P. 23 and Local Rule 23.1 for the following relief:

1.  Plaintiffs respectfully request that the Court certify a class of direct purchasers consisting of:

> All persons and entities in the United States who purchased Ovcon 35 directly from Defendants or their subsidiaries at any time from April 22, 2004, through the present and continuing until the effects of Defendants' anticompetitive conduct have ceased (the "Class"). Excluded from the Class are Defendants and their officers, directors, employees, subsidiaries or affiliates, and all government entities.

2. Plaintiffs further respectfully request that the named Plaintiffs be approved as Class representatives in this action, and that the counsel representing the Class representatives be approved as Class counsel pursuant to Fed. R. Civ. P. 23(g), reaffirming the Executive Committee established in a Minute Order by the Honorable Colleen Kollar-Kotelly dated April 4, 2006.

3. Plaintiffs' Memorandum in Support of their Motion for Class Certification, with supporting exhibits, including the Declaration of economist Jeffrey J. Leitzinger, Ph.D., are submitted herewith and incorporated into this Motion. These supporting materials demonstrate that the requirements of Rule 23(a), 23(b)(3), and 23(g) are satisfied.

4. For all of the foregoing reasons, Plaintiffs respectfully request that the Direct Purchaser Plaintiffs' Motion for Class Certification be granted, that the named Plaintiffs be approved as Class representatives, and that their counsel be approved as Class counsel pursuant to Rule 23(g).

Dated: July 14, 2006                    Respectfully submitted,

*Linda P. Nussbaum* /se,
Linda P. Nussbaum (D.C. Bar No. 483254)
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)

Michael D. Hausfeld (D.C. Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)
***Counsel for Plaintiffs Meijer, Inc. and***
  ***Meijer Distribution, Inc.***

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

David U. Fierst (D.C. Bar. No. 912899)
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
***Counsel for Plaintiff Rochester Drug***
***Co-operative, Inc.***


William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)
***Counsel for Plaintiff Valley Wholesale
   Drug Co., Inc.***

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
***Counsel for Plaintiff Louisiana Wholesale
   Drug Co., Inc.***

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Linda P. Nussbaum (D.C. Bar No. 483254)
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD
   & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
***Counsel for SAJ Distributors, Inc. and
   Stephen L. LaFrance Holdings, Inc.***

Thomas M. Sobol
HAGENS BERMAN SOBOL
  & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar No. 483254)
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
***Counsel for American Sales Company, Inc.***

## CERTIFICATE OF SERVICE

I, Jerren Holdip, hereby certify that on July 14, 2006, the foregoing Direct Purchasers' Motion for Class Certification and accompanying Direct Purchaser Class Plaintiffs' Memorandum of Law In Support of Their Motion for Class Certification were served on the following counsel of record via United States Mail, postage prepaid:

Peter C. Thomas, Esq.
Simpson Thacher & Bartlett, LLP
555 11th Street, N.W.
Suite 725
Washington, D.C. 20004

-And-

Charles E. Koob, Esq.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017

***ATTORNEYS FOR WARNER CHILCOTT DEFENDANTS***


Karen N. Walker, Esq.
Mark L. Kovner, Esq.
Chong S. Park, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

***ATTORNEYS FOR DEFENDANT, BARR PHARMACEUTICALS, INC.***

_____
Jerren Holdip