UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC.,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK)<br><br>ORAL ARGUMENT REQUESTED |

## DIRECT PURCHASER CLASS PLAINTIFFS' MOTION TO FILE MEMORANDUM OF LAW AND EXHIBITS UNDER SEAL

Pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, Plaintiffs hereby move this Court for an order to seal Direct Purchaser Class Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification and accompanying exhibits, which contain Confidential or Highly Confidential materials produced by Defendants in this litigation.

Dated: July 14, 2006                                Respectfully submitted,

_*Richard B. Drubel* /TSC_
Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
Fax: (603) 643-9010

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, Ste. 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

***Counsel for Plaintiff Valley Wholesale Drug Co., Inc.***

_*Michael D. Hausfeld* /TSC_
Michael D. Hausfeld (D.C. Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Linda P. Nussbaum (D.C. Bar No. 483254)
Kanchana Wangkeo
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington, 18th Floor
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

***Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.***

_____  
Daniel Berger  
Eric L. Cramer  
Ellen T. Noteware  
BERGER & MONTAGUE, P.C.  
1622 Locust St.  
Philadelphia, PA 19103  
Tel: (215) 875-3000  
Fax: (215) 875-4604  

David U. Fierst (D.C. Bar No. 912899)  
STEIN, MITCHELL & MEZINES LLP  
1100 Connecticut Ave., NW  
Suite 1100  
Washington, DC 20036  
Tel: (202) 737-7777  
Fax: (202) 296-8312  

*Counsel for Plaintiff Rochester Drug Co-operative, Inc.*

_____  
Dianne M. Nast  
RodaNast, P.C.  
801 Estelle Drive  
Lancaster, PA 17601  
Tel: (717) 892-3000  
Fax: (717) 892-1200  

Michael D. Hausfeld (D.C. Bar No. 153742)  
Linda P. Nussbaum (D.C. Bar No. 483254)  
COHEN, MILSTEIN, HAUSFELD & TOLL  
P.L.L.C.  
1100 New York Avenue, N.W.  
Suite 500, West Tower  
Washington, DC 20005  
Tel: (202) 408-4600  
Fax: (202) 408-4699  

*Counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*

_____  
Bruce E. Gerstein  
Barry S. Taus  
Kevin S. Landau  
GARWIN GERSTEIN & FISHER, LLP  
1501 Broadway, Ste. 1416  
New York, NY 10011  
Tel: (212) 398-0055  
Fax: (212) 764-6620  

David U. Fierst (D.C. Bar No. 912899)  
STEIN, MITCHELL & MEZINES LLP  
1100 Connecticut Ave., NW  
Suite 1100  
Washington, DC 20036  
Tel: (202) 737-7777  
Fax: (202) 296-8312  

*Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.*

_____  
Thomas M. Sobol  
Hagens Berman Sobol & Shapiro LLP  
One Main Street, 4th Floor  
Cambridge, MA 02142  
Tel: (617) 482-3700  

Linda P. Nussbaum (D.C. Bar No. 483254)  
COHEN, MILSTEIN, HAUSFELD & TOLL,  
P.L.L.C.  
150 East 52nd Street, 30th Floor  
New York, NY 10022  
Tel: (212) 838-7797  
Fax: (212) 838-7745  

*Counsel for Plaintiff American Sales Company, Inc.*