UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  :<br>      Plaintiff,  :<br>v.  :<br>WARNER CHILCOTT HOLDINGS COMPANY  :<br>III, LTD., *et al.*,<br>      Defendants.  : | Civil Action No: 1:05CV02179 (CKK)<br>Judge Colleen Kollar-Kotelly |

---

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

July 25, 2006                    Respectfully submitted,

By:   /s/ Peter C. Thomas
      Peter C. Thomas, D.C. Bar # 495928
      SIMPSON THACHER & BARTLETT LLP
      555 11th Street, N.W.
      Suite 725
      Washington, D.C. 20004
      (202) 220-7700

      *Counsel for Defendants*