IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and all others similarly situated,<br><br>                        **Plaintiffs,**<br>   v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>                        **Defendants.** | No. 05 Civ. 2195 (CKK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2 and the attached declarations, plaintiff, Rochester Drug Co-operative, Inc., moves for the admission *pro hac vice* of Daniel Berger, Eric L. Cramer and Daniel C. Simons to represent the plaintiff Rochester Drug Co-operative, Inc. in the above-captioned case. Mssrs. Berger, Cramer and Simons are partners with the law firm of Berger & Montague, P.C., counsel for plaintiff Rochester Drug Co-operative, Inc., and are members in good standing of the bars of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

Mssrs. Berger and Cramer were previously admitted *pro hac vice* in Case No. 05-Civ-2257 (CKK) by Order of this Court dated March 21, 2006. Case No. 05-Civ-2257 was consolidated with this case by Order dated April 13, 2006.

Dated: August 3, 2006                     /s/ David U. Fierst
                                                      David U. Fierst (D.C. Bar. No. 912899)
                                                      STEIN, MITCHELL & MEZINES, LLP
                                                      1100 Connecticut Avenue, N.W.
                                                      Suite 1100
                                                      Washington, DC 20036
                                                      (202) 737-7777
                                                      (202) 296-8312 (Fax)
                                                      ***Counsel for Plaintiff Rochester Drug Co-operative, Inc.***