UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

ROCHESTER DRUG CO-OPERATIVE, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

vs.

WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,

Defendants.

05 Civ. 2257 (CKK)

JURY TRIAL DEMANDED

---

### DECLARATION OF ERIC L. CRAMER, ESQUIRE

ERIC L. CRAMER, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am a shareholder in the firm Berger & Montague, P.C., attorneys for Plaintiff Rochester Drug Co-operative, Inc. in the above-captioned matter.

2. My office address is 1622 Locust Street, Philadelphia, Pennsylvania 19103, and my office telephone number is (215) 875-3009.

3. I am admitted to the bars of the Commonwealth of Pennsylvania and the State of New York, as well as the bars of the following federal courts: United States District Court for the Eastern District of Pennsylvania, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Sixth Circuit, and United States Court of Appeals for the Ninth Circuit.

4. I have not been disciplined by any bar or any court.

5. I have been admitted *pro hac vice* in this Court three times within the last two years, in *In Re Nifedipene Antitrust Litigation*, No. 03-mc-00223 (RJL), on behalf of Plaintiff Rochester Drug Co-operative; in *North Shore Hematology-Oncology Associates, P.C. v. Bristol-Myers Squibb Co.*, No. 04-cv-00248 (EGS), on behalf of Plaintiff North Shore Hematology-Oncology Associates, P.C.; and in *In Re Children's Ibuprofen Oral Suspension Antitrust Litigation*, No. 04-mc-00535 (ESH), on behalf of Plaintiff Meijer Distribution, Inc.

6. I am not a member of the District of Columbia bar and do not have an application for membership pending.

7. I have been requested to represent the Plaintiff Rochester Drug Co-operative, Inc. in this matter.

8. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: February 15, 2006

**BERGER & MONTAGUE, P.C.**

By: _____
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3009 *phone*
(215) 875-4604 *facsimile*

*Attorney for Plaintiff Rochester Drug Co-operative, Inc.*