IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

### DECLARATION OF DANIEL C. SIMONS, ESQUIRE

DANIEL C. SIMONS, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am an associate with the law firm of Berger & Montague, P.C., attorneys for Plaintiff Rochester Drug Co-operative, Inc. in the above-captioned case.

2. My office address is 1622 Locust Street, Philadelphia, Pennsylvania 19103. My office telephone number is (215) 875-3026.

3. I am admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

4. I have never been disciplined by any bar or any court.

5. I have been admitted *pro hac vice* in this Court one time in the last two years, in *In Re Nifedipene Antitrust Litigation*, No. 03-mc-00223 (RJL), on behalf of Plaintiff Rochester Drug Co-Operative, Inc.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia, nor do I have an application for membership pending.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: 8/2/06

By: /s/ Daniel C. Simons
Daniel C. Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4675
(215) 875-4604 (Fax)

*Attorneys for Plaintiff*
*Rochester Co-operative, Inc.*