# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02179 (CKK)
Judge Colleen Kollar-Kotelly

---

STATE OF COLORADO, *et al.*,

    Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02182 (CKK)
Judge Colleen Kollar-Kotelly

---

MEIJER, INC., *et al.*,

    Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02195 (CKK)
Judge Colleen Kollar-Kotelly

```
------------------------------------------------------  x
VISTA HEALTHPLAN, INC., et al.,                         :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:05CV02327 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------  x


------------------------------------------------------  x
STEPHANIE COHEN, et al.,                                :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00401 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                          :
COMPANY, et al.,                                        :
                                                        :
        Defendants.                                     :
------------------------------------------------------  x


------------------------------------------------------  x
WALGREEN CO., et al.,                                   :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00494 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------  x
```

| | |
|---|---|
| ------------------------------------------------------- x<br>CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants.<br>------------------------------------------------------- x | :<br>:<br>:<br>:<br>:  Civil Action No: 1:06CV00795 (CKK)<br>:  Judge Colleen Kollar-Kotelly<br>:<br>:<br>:<br>: |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, our new address is as follows:

    SIMPSON THACHER & BARTLETT LLP
    601 Pennsylvania Avenue, N.W.
    North Building
    Washington, D.C. 20004

Please make the appropriate changes in your records to contact our firm.

September 6, 2006                                              Respectfully submitted,


                                      By:   /s/ Peter C. Thomas
                                              _____
                                              Peter C. Thomas, D.C. Bar # 495928
                                              Andrew M. Lacy, D.C. Bar # 496644

                                              SIMPSON THACHER & BARTLETT LLP
                                              601 Pennsylvania Avenue, N.W.
                                              North Building
                                              Washington, D.C. 20004
                                              (202) 220-7700

                                              *Counsel for Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd.*