IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05 Civ. 2195 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**JOINT MOTION AND STIPULATION TO EXTEND BRIEFING DEADLINES RELATING TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc., Stephen L. LaFrance Holdings, Inc., Valley Wholesale Drug Company, Inc. ("Direct Purchaser Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move this Honorable Court to set, the following schedule for briefing in support of and

opposition to Direct Purchaser Plaintiffs' motion for class certification. In support thereof, the parties jointly state as follows:

1. Direct Purchaser Plaintiffs filed their motion for class certification on July 14, 2006.

2. The Court's Case Management Order specifies that Defendants' opposition to Direct Purchaser Plaintiffs' motion for class certification shall be filed by September 15, 2006 and Direct Purchaser Plaintiffs' reply shall be filed by November 15, 2006.

3. The parties have cooperated to schedule depositions of representatives of the class plaintiffs at mutually agreeable dates. However, given the limited availability of certain witnesses, none of these depositions could be scheduled prior to September 15, 2006. Further, several witnesses will not be available until late October.

4. Defendants believe that such discovery is necessary and essential to Defendants' opposition to Direct Purchaser Plaintiffs' motion for class certification.

5. Accordingly, the parties have stipulated and ask this Court to enter a briefing schedule whereby Defendants will have to and including November 30, 2006 to file their opposition; and plaintiffs will have to and including January 30, 2007, to file their reply brief.

WHEREFORE, Direct Purchaser Plaintiffs and Defendants respectfully stipulate to, and ask this Court to enter, extensions of time on class certification briefing as follows: (1) Defendants' memorandum in opposition to Direct Purchaser Plaintiffs' motion for class certification will be due on or before November 30, 2006; and (2) Direct Purchaser Plaintiffs' reply memorandum will be due on or before January 30, 2007.

Date: September 7, 2006                                        Respectfully submitted,

/s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

/s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar # 495928)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, District of Columbia 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd.*

/s/ Richard B. Drubel
Richard B. Drubel (Bar. No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

William Isaacson (Bar. No. 414788)
Tanya Chutkan (Bar. No. 420478)
BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

*Counsel for Plaintiff Valley Wholesale Drug Co., Inc.,*

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604

David U. Fierst (Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)

*Counsel for Plaintiff Rochester Drug Co-operative, Inc.*

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)

*Counsel for Plaintiff Louisiana Wholesale*

4

*Drug Co., Inc.*

Michael D. Hausfeld (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

Linda P. Nussbaum (Bar No. 483-254)
Kanchana Wangkeo Leung
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)

Joseph Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington, 18th Floor
Chicago, IL  60606
Tel. (312) 224-1500
Fax: (312) 224-1510

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Linda P. Nussbaum (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

5

*Counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*

Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

*Counsel for American Sales Company, Inc.*