IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 05 Civ. 2195 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**[PROPOSED] ORDER EXTENDING BRIEFING DEADLINES RELATING TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

THIS MATTER, is before the Court on the parties' joint motion and stipulation to modify the Court's Case Management Order by entering a briefing schedule whereby Defendants will have to and including November 30, 2006 to file their opposition to Direct Purchaser Plaintiffs' motion for class certification, and Direct Purchaser Plaintiffs will have to and including January 30, 2007, to file their reply brief in support thereof. The Court, having considered the parties' submission, hereby grants the parties joint motion.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Colleen Kollar-Kotelly
United States District Court Judge