## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LA FRANCE HOLDINGS, INC., | : | |
| Plaintiffs, | : | 05 Civ. 2195 (CKK) |
| v. | : | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel, a member in good standing of the Bar of this Court,

pursuant to LCvR 83.2(c), respectfully requests this Court to permit Joseph F. Roda and

Michele S. Burkholder, both non-members of the Bar of this Court, to participate in the

Court proceedings in this matter *pro hac vice.*

In support of this Motion, attached as Exhibits 1-2 are the Declarations of Joseph

F. Roda and Michele S. Burkholder in compliance with LCvR 83(d).

Dated: September ___, 2006

_____
Linda P. Nussbaum (D.C. Bar No. 483254)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, New York 10022
Tel: (212) 838-7797
Fax: (212) 838-7745
*Attorney for Direct Purchaser Plaintiffs*