UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC., MEIJER DISTRIBUTION, INC., :
LOUISIANA WHOLESALE DRUG CO., INC., :
ROCHESTER DRUG CO-OPERATIVE, INC., :
VALLEY WHOLESALE DRUG COMPANY, INC., :
AMERICAN SALES COMPANY, INC., SAJ :
DISTRIBUTORS, INC., and STEPHEN L. LA FRANCE :
HOLDINGS, INC., :
:
                Plaintiffs,    :    05 Civ. 2195 (CKK)
:
   v. :
:
WARNER CHILCOTT HOLDINGS COMPANY III, LTD.,:
WARNER CHILCOTT CORPORATION, WARNER :
CHILCOTT (US) INC., WARNER CHILCOTT :
COMPANY INC., GALEN (CHEMICALS), LTD., and :
BARR PHARMACEUTICALS, INC., :
:
                Defendants. :
                                                    :

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel, a member in good standing of the Bar of this Court, pursuant to LCvR 83.2(c), respectfully requests this Court to permit Joseph F. Roda and Michele S. Burkholder, both non-members of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice*.

In support of this Motion, attached as Exhibits 1-2 are the Declarations of Joseph F. Roda and Michele S. Burkholder in compliance with LCvR 83(d).

Dated: September ___, 2006

                                                      _____
                                                      Linda P. Nussbaum (D.C. Bar No. 483254)
                                                      Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                                      150 East 52nd Street, 30th Floor
                                                      New York, New York 10022
                                                      Tel: (212) 838-7797
                                                      Fax: (212) 838-7745
                                                      *Attorney for Direct Purchaser Plaintiffs*