# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LA FRANCE HOLDINGS, INC., <br><br>           Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC. <br><br>           Defendants. | 05 Civ. 2195 (CKK) |

**DECLARATION OF MICHELE S. BURKHOLDER**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Michele S. Burkholder declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am one of counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. in this action.

2. I am counsel with RodaNast, P.C. This firm maintains a law office at 801 Estelle Drive, Lancaster, Pennsylvania 17601. The telephone number is (717) 892-3000.

3. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania. I am admitted to practice in the Commonwealth of Pennsylvania and the following courts: Pennsylvania Supreme Court, New Jersey Supreme Court, Third Circuit

Court of Appeals, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, and the United States District Court for the District of New Jersey.

4.    I hereby certify that I have never been disciplined by any bar.

5.    I have not been admitted *pro hac vice* before this Honorable Court within the past two years.

6.    I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia bar pending.

Under penalty of perjury I do so declare.

Dated: September 13, 2006

Michele S. Burkholder