UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US); GALEN (CHEMICALS), LTD.; BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No.: 05-2195 |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that the firm name of Daar & Vanek, P.C., counsel for Plaintiffs, Meijer, Inc. and Meijer Distribution, Inc., has been changed to:

**Vanek, Vickers & Masini, P.C.**
**111 S. Wacker Drive, Suite 4050**
**Chicago, Illinois 60606**

The firm's telephone and fax numbers will remain the same.

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

By:_____/s/_____
Linda P. Nussbaum
Attorneys for Plaintiffs
Meijer, Inc. And Meijer Distribution, Inc.
150 Eat 52nd Street, 30th Floor
New York, NY 10004
Phone: (212) 838-7797
Fax: (212) 838-7745