# EXHIBIT I

Jan-30-01  16:58    From-LOCKRIDGE                        6123390486              T-041   P.62/63   F-457

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Monosodium Glutamate Antitrust Litigation        MDL 00-1328 (PAM/JGL)

ORDER

---

This matter is before the Court on a Partial Motion to Dismiss by Defendants Takeda Vitamin & Food USA, Inc., Ajinomoto U.S.A., Inc., and Daesang America, Inc., and the parties' cross motions to compel production of documents. The parties appeared for oral argument before this Court on September 12, 2000, at 2:00 p.m.

Based on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendants' Partial Motion to Dismiss (Clerk Doc. No. 53) is GRANTED WITHOUT PREJUDICE, and Plaintiffs have leave to amend the Complaint to re-plead the fraudulent concealment claim with specificity within thirty (30) days from the date of this Order;

2. Plaintiffs' Motion to Compel Production of Documents (Clerk Doc. No. 44) is GRANTED to the extent that the relevant time period of discovery begins on January 1, 1990, and DENIED with respect to Plaintiffs' indiscriminate request for documents that Defendants provided to the Grand Jury; and

3. Defendants' Motion to Compel Production of Documents (Clerk Doc. No. 47) concerning Plaintiffs' sales of FFE-Containing Products and non-FFE business units

FILED  SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Jan-30-01  16:58     From-LOCKRIDGE                    6123390486           T-041  P.63/63  F-457

is **DENIED** for lack of relevance.

Dated: _Sept. 13_, 2000

_[signature]_
Paul A. Magnuson
United States District Court Judge

2