IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC.,**

**On behalf of themselves and all others similarly situated,**

                           **Plaintiffs,**

    v.

**WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,**

                           **Defendants.**

---

No. 05 Civ. 2195 (CKK)

## STIPULATION OF DISMISSAL OF PLAINTIFF VALLEY WHOLESALE DRUG COMPANY, INC.

The Parties hereto stipulate to the dismissal with prejudice by Valley Wholesale Drug Company, Inc., of its claims in this action, No. 05 Civ. 2195 (CKK) pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Plaintiffs Meijer, Inc., Meijer Distribution Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc., and Stephen L. LaFrance Holdings, Inc. will remain as plaintiffs and proposed class representatives.

Dated:  October 2, 2006

Respectfully submitted,

By:    /s/ Linda P. Nussbaum
Linda P. Nussbaum (Bar No. 483-254)
Kanchana Wangkeo Leung
COHEN,  MILSTEIN,  HAUSFELD  &  TOLL,
P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)

Michael D. Hausfeld (Bar No. 153742)
COHEN,  MILSTEIN,  HAUSFELD  &  TOLL,
P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

***Counsel for Plaintiffs Meijer, Inc. and
Meijer Distribution, Inc.***

/s/ Richard Drubel
Richard B. Drubel (Bar. No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

William Isaacson (Bar. No. 414788)
Tanya Chutkan (Bar. No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)
***Counsel for Plaintiff Valley Wholesale
Drug Co., Inc.***

2

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
**Counsel for Plaintiff Louisiana Wholesale
Drug Co., Inc.**


/s/ Eric L. Cramer
Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604

David U. Fierst (Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
**Counsel for Plaintiff Rochester Drug
Co-operative, Inc.**

/s/ Dianne M. Nast_____
Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Linda P. Nussbaum (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)
***Counsel for Plaintiffs SAJ Distributors,
Inc. and Stephen L. LaFrance Holdings,
Inc.***

/s/ Linda P. Nussbaum_____
Linda P. Nussbaum (Bar No. 483-254)
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)

Joseph Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington, 18th Floor
Chicago, IL 60606
Tel. (312) 224-1500
Fax: (312) 224-1510

Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO
LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

4

Jonathan W. Cuneo (D.C. Bar No. 939389)
David W. Stanley (D.C. Bar No. 174318)
William H. Anderson
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Tel: (202) 789-3960
***Counsel for American Sales Company, Inc.***


/s/ Karen N. Walker_____
Karen N. Walker (Bar. No. 412137)
Mark L. Kovner (Bar No. 430431)
Chong S. Park (Bar No. 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 (fax)
***Counsel for Barr Pharmaceuticals, Inc.***


/s/ Peter C. Thomas_____
Peter C. Thomas (Bar No. 495928)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
(212) 455-2502 (fax)
***Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd.***