IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al.,<br><br>        Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>        Defendants. | 05 Civ. 2195 (CKK) |
| WALGREEN CO., et al.,<br><br>        Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>        Defendants. | 06 Civ. 494 (CKK) |
| CVS PHARMACY, INC., et al.,<br><br>        Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>        Defendants. | 06 Civ. 795 (CKK) |

| | |
|---|---|
| VISA HEALTHPLAN, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., <br><br> Defendants. | 05 Civ. 2327 (CKK) |
| STEPHANIE COHEN, et al., <br><br> Plaintiffs, <br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., <br><br> Defendants. | 06 Civ. 401 (CKK) |

### JOINT MOTION AND STIPULATION
### TO EXTEND DEADLINES FOR FILING EXPERT REPORTS

Plaintiffs and Defendants in the above-captioned cases, by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to extend the deadlines for service of expert reports in those cases. In support thereof, the parties jointly state as follows:

1. The Court's Case Management Order ("CMO") specifies that initial expert reports are due on or before November 8, 2006; rebuttal expert reports are due on or before January 8, 2007; and sur-rebuttal expert reports (if any) are due on or before January 26, 2007. The CMO also provides that the parties shall make their experts available for depositions on or before February 23, 2007.

2. At the time the Court ordered the expert discovery schedule, the parties believed that fact discovery would be substantially complete by November because the Government Cases had a fact discovery deadline of October 18, 2006, and Plaintiffs were coordinating discovery with the Government Cases. As a result, it was feasible for the parties to abide by the ordered schedule.

3. However, due to scheduling conflicts, several depositions of both party and non-party witnesses will not occur until almost immediately before the date initial expert reports are currently due.

4. The testimony given during fact discovery is almost certain to be relevant to the parties' respective damages analyses.

5. Experts in antitrust cases rely heavily on the factual record in reaching their conclusions. Requiring them to reach those conclusions while the factual record is not yet substantially complete typically results in supplemental expert reports and supplemental expert depositions because the parties need to respond to the developing record.

6. Therefore, postponing expert reports until fact discovery is substantially complete will avoid the duplication of effort by all parties.

7. Under the proposed schedule, all discovery will be complete by the discovery cut-off date of March 2, 2007.

8. Except as specified herein or where the Court has otherwise modified the schedule, the CMO entered on June 30, 2006, shall remain in effect.

WHEREFORE, Plaintiffs and Defendants stipulate to, and respectfully ask this Court to enter an expert discovery schedule as follows:

1)  The parties shall exchange initial expert reports on or before Jan. 8, 2007.

2)  The parties shall exchange rebuttal expert reports on or before Feb. 2, 2007.

3)  The parties reserve the right to file a sur-rebuttal report on or before Feb. 20, 2007, in the event new information is raised in the rebuttal reports, and a sur-rebuttal report is necessary.

4)  The parties shall make expert witnesses available for deposition on or before Mar. 2, 2007

Dated: October 3, 2006                                    Respectfully submitted,

_____/s/_____                           _____/s/_____
Peter C. Thomas (D.C. Bar No. 495928)               Linda P. Nussbaum (D.C. Bar No. 483254)
Andrew M. Lacy (D.C. Bar No. 496644)                Kanchana Wangkeo Leung
SIMPSON THACHER & BARTLETT LLP                       COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
601 Pennsylvania Ave., NW                           150 East 52nd Street, 30th Floor
North Building                                      New York, NY 10022
Washington, DC 20004                                (212) 838-7797
(202) 220-7700                                      (212) 838-7745 (fax)
(202) 220-7702 (fax)

                                                    Michael D. Hausfeld (D.C. Bar No. 153742)
Charles E. Koob                                     COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
SIMPSON THACHER & BARTLETT LLP                       1100 New York Avenue, N.W.
425 Lexington Ave.                                  Suite 500, West Tower
New York, NY 10017-3954                             Washington, DC 20005
(212) 455-2000                                      (202) 408-4600
(212) 455-2502 (fax)                                (202) 408-4699 (Fax)
***Counsel for Defendants Warner Chilcott***        ***Counsel for Plaintiffs Meijer, Inc. and Meijer***
***Holdings Company III, Ltd., Warner Chilcott***   ***Distribution, Inc.***
***Corporation, Warner Chilcott (US) Inc.,***
***Warner Chilcott Company, Inc., and Galen***
***(Chemicals) Ltd.***

/s/
───────────────────────────
Karen N. Walker (D.C. Bar No. 412137)
Mark L. Kovner (D.C. Bar No. 430431)
Chong S. Park (D.C. Bar No. 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)
**Counsel for Defendant Barr Pharmaceuticals, Inc.**


/s/
───────────────────────────
Richard Alan Arnold
Scott E. Perwin
Lauren Ravkind
Robert D.W. Landon III
Kenny Nachwalter, PA
110 Miami Center
201 South Biscayune Boulevard
Miami, FL 33131
**Counsel for Plaintiffs Walgreen Co., Eckerd Corp., Maxi Drug Inc., Kroger Co., Albertson's Inc., Safeway Inc., Hy-Vee Inc.**

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

David U. Fierst (D.C. Bar. No. 912899)
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
**Counsel for Plaintiff Rochester Drug Co-operative, Inc.**

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)
**Counsel for Plaintiff ValleyWholesale Drug Co., Inc.**

/s/
Monica L. Rebuck
Hangley Aronchick Segal & Pudlin
30 North Third Street
Suite 700
Harrisburg, PA 17101-1701
(717) 364-1030
(717) 364-1020
**Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Headquarters Corp.**

/s/
Kevin B. Love
Hanzman Criden & Love, PA
7301 S.W. 57th Court, Ste. 515
South Miami, FL 33143
(305) 357-9000
**Counsel for Plaintiffs Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund**

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
**Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.**

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
**Counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.**

| | |
|---|---|
| /s/<br>Robert W. Sink<br>Law Offices of Robert W. Sink<br>319 West Front Street<br>Media, PA 19063<br>(610) 566-0800<br>***Counsel for Plaintiffs Stephanie Cohen and Sunda Croonquist*** | Thomas M. Sobol<br>HAGENS BERMAN SOBOL & SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>(617) 482-3700<br><br>Linda P. Nussbaum (D.C. Bar No. 483254)<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022<br>(212) 838-7797<br>(212) 838-7745 (Fax)<br>***Counsel for Plaintiff American Sales Co., Inc.*** |