UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LA FRANCE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC. <br><br> Defendants. | 05 Civ. 2195 (CKK) |

### CERTIFICATION OF MICHELE S. BURKHOLDER
### IN FURTHER SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

On September 26, 2006, this Court granted the Motion for Leave to Appear Pro Hac Vice as to Michele S. Burholder (Document No. 57), pending certification that the attorney is familiar with the Local Rules of this Court.

I, Michele S. Burkholder, hereby declare under penalty of perjury and pursuant to LCvR 83.2(d), that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: October 2, 2006

*Michele S. Burkholder*
Michele S. Burkholder