**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>Defendants. | Civil Action No: 1:05CV02179 (CKK)<br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, *et al.*,<br>Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>Defendants. | Civil Action No: 1:05CV02182 (CKK)<br>Judge Colleen Kollar-Kotelly |
| MEIJER, INC., *et al.*,<br>Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>Defendants. | Civil Action No: 1:05CV02195 (CKK)<br>Judge Colleen Kollar-Kotelly |

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br>Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Civil Action No: 1:05CV02327 (CKK)<br>Judge Colleen Kollar-Kotelly |

| | | |
|---|---|---|
| STEPHANIE COHEN, *et al.*,<br>Plaintiffs,<br>v.<br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Civil Action No: 1:06CV00401 (CKK)<br>Judge Colleen Kollar-Kotelly |

| | | |
|---|---|---|
| WALGREEN CO., *et al.*,<br>Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Civil Action No: 1:06CV00494 (CKK)<br>Judge Colleen Kollar-Kotelly |

| | | |
|---|---|---|
| CVS PHARMACY, INC., *et al.*,<br>Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>Defendants. | | Civil Action No: 1:06CV00795 (CKK)<br>Judge Colleen Kollar-Kotelly |

**MOTION OF DEFENDANTS**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Rawia Ashraf of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions. Ms. Ashraf is a member in good standing of the following bar: the State of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Ashraf should this Motion be granted.

October 3, 2006

Respectfully submitted,

By: /s/ Peter C. Thomas

Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700

*Counsel for Defendants*