## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
----------------------------------------------------  x
                                                      :
FEDERAL TRADE COMMISSION,                             :
                                                      :
        Plaintiff,                                    :
                                                      :
v.                                                    :   Civil Action No: 1:05CV02179 (CKK)
                                                      :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                      :
III, LTD., et al.,                                    :
                                                      :
        Defendants.                                   :
----------------------------------------------------  x


----------------------------------------------------  x
                                                      :
STATE OF COLORADO, et al.,                            :
                                                      :
        Plaintiffs,                                   :
                                                      :
v.                                                    :   Civil Action No: 1:05CV02182 (CKK)
                                                      :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                      :
III, LTD., et al.,                                    :
                                                      :
        Defendants.                                   :
----------------------------------------------------  x


----------------------------------------------------  x
                                                      :
MEIJER, INC., et al.,                                 :
                                                      :
        Plaintiffs,                                   :
                                                      :
v.                                                    :   Civil Action No: 1:05CV02195 (CKK)
                                                      :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                      :
III, LTD., et al.,                                    :
                                                      :
        Defendants.                                   :
----------------------------------------------------  x
```

---------------------------------------------------------  x

VISTA HEALTHPLAN, INC., *et al.*,                          :
                                                           :
      Plaintiffs,           :
                                                           :
  v.                                              :    Civil Action No: 1:05CV02327 (CKK)
                                                           :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
                                                           :
      Defendants.           :
                                                           :
---------------------------------------------------------  x


---------------------------------------------------------  x

STEPHANIE COHEN, *et al.*,                                 :
                                                           :
      Plaintiffs,           :
                                                           :
  v.                                              :    Civil Action No: 1:06CV00401 (CKK)
                                                           :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                             :
COMPANY, *et al.*,                                         :
                                                           :
      Defendants.           :
                                                           :
---------------------------------------------------------  x


---------------------------------------------------------  x

WALGREEN CO., *et al.*,                                    :
                                                           :
      Plaintiffs,           :
                                                           :
  v.                                              :    Civil Action No: 1:06CV00494 (CKK)
                                                           :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
                                                           :
      Defendants.           :
                                                           :
---------------------------------------------------------  x

```
------------------------------------------------------   x
CVS PHARMACY, INC., et al.,                              :
                                                        :
         Plaintiffs,                                    :
                                                        :
v.                                                      :     Civil Action No: 1:06CV00795 (CKK)
                                                        :     Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                     :
                                                        :
         Defendants.                                   :
------------------------------------------------------   x
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings

Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott

Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd.

(collectively "Defendants") move for the admission of Nathaniel Ian Kolodny of the law firm

Simpson Thacher & Bartlett LLP to represent Defendants in these actions.  Mr. Kolodny is a

member in good standing of the following bar:  the State of New York.  The undersigned, who is

a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Kolodny

should this Motion be granted.

3

October 3, 2006                    Respectfully submitted,


                    By:      /s/ Peter C. Thomas
                          _____
                          Peter C. Thomas, D.C. Bar # 495928
                          SIMPSON THACHER & BARTLETT LLP
                          601 Pennsylvania Avenue, N.W.
                          North Building
                          Washington, D.C.  20004
                          (202) 220-7700

                          *Counsel for Defendants*