**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No. 05-2195 (CKK) |
| VISTA HEALTHPLAN, INC, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No. 05-2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No. 06-401 (CKK) |

## ORDER
(October 4, 2006)

The parties to this action have proposed extensions to the current schedules for the filing of briefing in response to Plaintiffs' Motion to Certify Class and for the timing of expert discovery. These joint motions for extensions appear to indicate that discovery related to Plaintiffs' Motion to Certify Class is not yet complete. The Court believes that all such discovery should be complete before Plaintiffs' Motion to Certify Class is filed, so that such discovery can be incorporated in the Motion. Accordingly, it is this 4th day of October, 2006, hereby

**ORDERED** that all discovery related to Plaintiffs' Motion to Certify Class shall be completed by November 1, 2006; it is also

**ORDERED** that Plaintiff's Motion to Certify Class shall be denied without prejudice. The Court shall extend Plaintiffs' time to refile their Motion to Certify Class pursuant to Local Civil Rule 23.1(b) in order to allow Plaintiffs time to include information learned during fact discovery in their Motion, if they so desire. Plaintiffs' Motion to Certify Class shall be refiled by November 29, 2006; it is also

**ORDERED** that Defendants' memorandum in opposition to Plaintiffs' Motion to Certify Class shall be due on or before December 29, 2006; it is also

**ORDERED** that Plaintiffs' reply memorandum shall be due on or before February 22, 2007; it is also

**ORDERED** that the Status Conference in this matter, previously scheduled for March 9, 2007, shall be rescheduled in order to ensure that all discovery in this matter is complete and to ensure that the Court has ample time to consider Plaintiffs' Motion to Certify Class. The Status Conference shall now occur on May 4, 2007 at 10:00 a.m. in Courtroom 28A of the Sixth Floor of the Courthouse Annex.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge