UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* FOR KIMBERLY H. SCHULTZ

Pursuant to Local Civil Rule 83.2 and the attached declaration, plaintiffs hereby move for the admission of Kimberly H. Schultz to represent plaintiffs in the above-captioned action. Ms. Schultz is an associate in the law firm of Boies, Schiller & Flexner LLP, counsel for plaintiffs, and she is a member in good standing with the State of New York and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Schultz should this Motion be granted.

Dated: October 6, 2006.                          Respectfully submitted,


                                                 /s/ Tanya S. Chutkan
                                                 William A. Isaacson (D.C. Bar No. 414788)
                                                 Tanya S. Chutkan (D.C. Bar No. 420478)
                                                 BOIES, SCHILLER & FLEXNER LLP
                                                 5301 Wisconsin Ave., N.W., Suite 800
                                                 Washington, D.C. 20015
                                                 Phone: (202) 237-2727
                                                 Fax: (202) 237-6131

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a true and correct copy of the Motion for Admission Pro Hac Vice, proposed Order, and Declaration for Kimberly H. Schultz was filed electronically with the Court's Electronic Case Files docketing system. Notice of this filing will be sent to all parties by operation of the ECF system. Parties may access this filing through the ECF system.

/s/ Tanya S. Chutkan
William A. Isaacson (D.C. Bar No. 414788)
Tanya S. Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W., Suite 800
Washington, D.C. 20015
Phone: (202) 237-2727
Fax: (202) 237-6131