UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., VALLEY WHOLESALE DRUG COMPANY, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

### DECLARATION OF KIMBERLY H. SCHULTZ

I, Kimberly Horton Schultz, declare under penalty of perjury that the following is true and correct:

1. I am an associate in the Hanover, New Hampshire office of the law firm of Boies, Schiller & Flexner LLP, counsel for plaintiffs in the above-captioned case.

2. My office address is 26 South Main Street, Hanover, New Hampshire 03755, and my office telephone number is 603-643-9090.

3. I am admitted to practice in, and am a member in good standing in, the bars of the State of New York and the United States District Court for the Southern District of New York.

4. I have never been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.  I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: October 5, 2006.

                                                KIMBERLY H. SCHULTZ
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Telephone: (603) 643-9090
Facsimile: (603) 643-9010