IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:05-CV-02179<br>)<br>)  Judge Colleen Kollar-Kotelly<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEFENDANT WARNER CHILCOTT'S WITHDRAWAL OF ITS
MOTION TO DISMISS DATED OCTOBER 5, 2006**

Defendants Warner Chilcott Holdings Company, III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together "Warner Chilcott") hereby withdraw their Motion to Dismiss for Lack of Subject Matter Jurisdiction, dated October 5, 2006 (Document No. 80-1).

Dated: October 10, 2006

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Peter C. Thomas
　　　　　　　　　　　　　　　　　　　　　　　　Peter C. Thomas D.C. Bar #495928
　　　　　　　　　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP
　　　　　　　　　　　　　　　　　　　　　　　　601 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　North Building
　　　　　　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20004
　　　　　　　　　　　　　　　　　　　　　　　　(202) 220-7700
　　　　　　　　　　　　　　　　　　　　　　　　(202) 220-7702 (fax)

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Warner Chilcott Defendants*