UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MEIJER, INC., et al

      Plaintiff,

      v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD. et al

      Defendants

: 

: CA 05-2195 (CKK)

:

_____

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff Rochester Drug Co-Operative, Inc. hereby moves pursuant to LCvR 83.2(d) for the admission *pro hac vice* of Peter Kohn.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the declaration of Peter Kohn.

                                        /s/ David U. Fierst
                                        David U. Fierst, #912899
                                        STEIN, MITCHELL & MEZINES LLP
                                        1100 Connecticut Avenue, N.W.
                                        Suite 1100
                                        Washington, D.C. 20036
                                        Tel: 202-737-7777
                                        Fax: 202-296-8312

Dated: October 26, 2006