UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al. | : 05 Civ. 2195 (CKK) |
| v. | : |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al. | : |

## DECLARATION OF PETER KOHN

PETER KOHN, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am associated with the firm of Berger & Montague, P.C., attorneys for the Plaintiff Rochester Drug Co-Operative, Inc. in the above-captioned matter.

2. My office address is 1622 Locust Street, Philadelphia, Pennsylvania 19103, and my office telephone number is (215) 875-3000.

3. I am admitted to the bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Sixth Circuit.

4. I have not been disciplined by any bar or any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the District of Columbia bar and do not have an application for membership pending.

7. I have been requested to represent plaintiff Rochester Drug Co-Operative, Inc. in connection with this matter.

8. I am familiar with the Local Rules of the United States District Court for the

District of Columbia.

9.   I respectfully request that this Court may grant my application to appear and participate *pro hac vice* on behalf of plaintiff Rochester Drug Co-Operative, Inc. in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: <u>October 25, 2006</u>

**BERGER & MONTAGUE, P.C.**

By: _____
Peter Kohn
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

*Attorneys for Plaintiff Rochester Drug Co-Operative, Inc.*