UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD*., et al.*,<br><br>   Defendants. | Civil Action No. 05-2195 (CKK) |
| WALGREEN CO., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD*., et al.*,<br><br>   Defendants. | Civil Action No. 06-494 (CKK) |

**ORDER**

Defendant Barr Pharmaceuticals Inc.'s [55] Motion to Compel Answers to Interrogatories and the Production of Documents, filed September 13, 2006, has been referred to Magistrate Judge Kay for resolution pursuant to LCvR 72.2(a).

Accordingly, it is this 6th day of November, 2006,

**SO ORDERED**.

                                                                */s/*
                                                       COLLEEN KOLLAR-KOTELLY
                                                       United States District Judge

<u>Copy to</u>:

Magistrate Judge Kay