IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., <br><br>On behalf of themselves and all others similarly situated, <br><br>      Plaintiffs, <br>  v. <br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., <br><br>      Defendants. | No. 05 Civ. 2195 (CKK)(AK) |
| CVS PHARMACY, INC., RITE AID CORP., RITE AID HEADQUARTERS CORP., <br><br>      Plaintiffs, <br><br>v. <br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., <br><br>      Defendants. | No. 06 Civ. 0795 (CKK)(AK) |

| | |
|---|---|
| WALGREEN CO., ECKERD CORPORATION, MAXI DRUG, INC., KROGER CO., ALBERTSON'S, INC., SAFEWAY, INC., HY-VEE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 06 Civ. 0494 (CKK)(AK) |

## JOINT MOTION FOR APPOINTMENT OF
## MAGISTRATE JUDGE ALAN KAY AS MEDIATOR

The parties in the above-captioned actions have agreed to engage in settlement mediation, and Magistrate Judge Alan Kay has agreed, if permitted by this Court, to act as mediator. Therefore, the parties jointly move this Honorable Court for appointment of Magistrate Judge Kay to preside over settlement mediation between the parties. The parties also request that, should the mediation be unsuccessful, Magistrate Judge Kay be permitted to continue in his duties regarding this case as set forth in the Court's October 10, 2006 Order.

Dated: November 8, 2006.

Respectfully submitted,

By: /s/ Richard Drubel
Richard B. Drubel (Bar. No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

William Isaacson (Bar. No. 414788)
Tanya Chutkan (Bar. No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)


/s/ Linda P. Nussbaum
Michael D. Hausfeld (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

Linda P. Nussbaum (Bar No. 483-254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
***Counsel for Plaintiffs Meijer, Inc. and
Meijer Distribution, Inc.***

3

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
***Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.***


/s/ Eric L. Cramer
Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604

David U. Fierst (Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
***Counsel for Plaintiff Rochester Drug Co-operative, Inc.***


/s/ Dianne M. Nast
Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Michael D. Hausfeld (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

Linda P. Nussbaum (Bar No. 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)
***Counsel for Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.***

/s/ Thomas M. Sobol
Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (Bar No. 483-254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
***Counsel for American Sales Company, Inc.***


/s/ Steve D. Shadowen
Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1030
(717) 364-1020 (fax)
***Counsel for CVS Pharmacy, Inc., Rite Aid Corp., and Rite Aid Headquarters Corp.***


/s/ Scott E. Perwin
Scott E. Perwin
Richard A. Arnold
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861 (fax)
***Counsel for Walgreen Co., Eckerd Corp., Maxi Drug, Inc., Kroger Co., Albertson's, Inc., Safeway, Inc., and Hy-Vee, Inc.***


/s/ Karen N. Walker
Karen N. Walker (Bar. No. 412137)
Mark L. Kovner (Bar No. 430431)
Chong S. Park (Bar No. 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 (fax)
***Counsel for Barr Pharmaceuticals, Inc.***

/s/ Peter C. Thomas
Peter C. Thomas (Bar No. 495928)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd.*