UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC*., et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05-2195 (CKK) |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-795 (CKK) |

## ORDER

The parties to the above-captioned actions have agreed to engage in settlement negotiations and have requested that this Court appoint Magistrate Judge Kay to preside over settlement mediation between the parties.

Accordingly, it is this 13th day of November, 2006, hereby

**ORDERED** that the above-captioned cases are referred to Magistrate Judge Alan Kay for mediation; it is further

**ORDERED** that counsel and parties, including persons with settlement authority attend mediation; and it is further

**ORDERED** that mediation efforts shall extend from November 13, 2006 through May 3, 2007; it is further

**ORDERED** that should the parties fail to resolve this case through their mediation efforts, the status conference will occur as scheduled in the above-captioned cases on May 4, 2007 at 10:00 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.

**SO ORDERED.**

                                                           /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge

cc:     Magistrate Judge Kay