UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC.*, et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05-2195 (CKK) |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-795 (CKK) |

**ORDER**

At the request of the parties, the above-captioned actions have been referred to Magistrate Judge Kay for settlement mediation. In light of their settlement negotiations, the parties have requested that the Court set a revised schedule for fact and expert discovery.

Accordingly, it is this 27th day of November, 2006, hereby

**ORDERED** that the Direct Purchaser Plaintiffs' motions for class certification shall be due on January 29, 2007; it is further

**ORDERED** that Defendants' oppositions to the Direct Purchaser Plaintiffs' motions for class certification shall be due on or before March 2, 2007; it is further

**ORDERED** that the Direct Purchaser Plaintiffs' reply memoranda shall be due on or before April 6, 2007; it is further

**ORDERED** that the parties shall exchange expert reports on the merits on or before March 9, 2007; it is further

**ORDERED** that the parties shall exchange responsive merits expert reports on or before April 9, 2007; it is further

**ORDERED** that the parties shall file rebuttal merit expert reports, if necessary, on or before April 20, 2007; it is further

**ORDERED** that the parties shall make their experts available for deposition on or before April 30, 2007.

**SO ORDERED.**

                                                     _/s/_
                                                     COLLEEN KOLLAR-KOTELLY
                                                     United States District Judge

cc:    Magistrate Judge Kay