UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

                    Plaintiff,

          v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.,*

                    Defendants.

Civil Action No. 05-2179 (CKK)

STATE OF COLORADO, *et al.,*

                    Plaintiffs,

          v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.,*

                    Defendants.

Civil Action No. 05-2182 (CKK)

MEIJER, INC., *et al.,*

                    Plaintiffs,

          v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.,*

                    Defendants.

Civil Action No. 05-2195 (CKK)

VISTA HEALTHPLAN, INC., *et al.,*

                       Plaintiffs,

      v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.,*

                     Defendants.

Civil Action No. 05-2327 (CKK)


STEPHANIE COHEN, *et al.,*

                       Plaintiffs,

      v.

WARNER CHILCOTT PUBLIC LIMITED
COMPANY, *et al.,*

                     Defendants.

Civil Action No. 06-401 (CKK)


WALGREEN CO., *et al.,*

                       Plaintiffs,

      v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.,*

                     Defendants.

Civil Action No. 06-494 (CKK)

CVS PHARMACY, INC., *et al.*,

                    Plaintiffs,

    v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.*,

                    Defendants.

Civil Action No. 06-795 (CKK)

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Kaplan Fox & Kilsheimer LLP, 805 Third

Avenue, New York, NY 10022, telephone: (212) 687-1980, hereby enters its appearance as co-

counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc. in the above-referenced matter.

All future pleadings should be served upon Kaplan Fox & Kilsheimer LLP at the above-

referenced address, in addition to all other counsel who have previously appeared on behalf of

Meijer, Inc. and Meijer Distribution, Inc.

Dated: February 8, 2007

Yours, etc.
KAPLAN FOX & KILSHEIMER LLP

By: */s/ Richard J. Kilsheimer*
      Robert N. Kaplan
      Richard J. Kilsheimer
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: rkilsheimer@kaplanfox.com

*Co-Counsel for Plaintiffs Meijer, Inc. and
Meijer Distribution, Inc.*

## Certificate of Service

I, Wilfred Gomes, hereby certify that I caused the foregoing NOTICE OF

APPEARANCE OF COUNSEL to be served via the court's ECF system and by First

Class Mail to the following:

Bradley Albert
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
US
Tel: (202)-326-3670

Rawia Ashraf
Jason Lee Bates
Ann Marie Blaylock
Nathaniel Ian Kolodny
Charles E. Koob
Sarah Starling Marshall
Skye Southerland Phillips
Annette C. Rizzi
Brandi Katz Rubin
Jason Paul Rubin
Manda Marie Sertich
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
US
Tel: (212)-455-2000
Fax: (212-455-2502

February 08, 2007

Wilfred Gomes