UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>    Defendants. | Civil Action No. 05-2179 (CKK) |
| STATE OF COLORADO, *et al.,*<br><br>    Plaintiffs,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>    Defendants. | Civil Action No. 05-2182 (CKK) |
| MEIJER, INC., *et al.,*<br><br>    Plaintiffs,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>    Defendants. | Civil Action No. 05-2195 (CKK) |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 06-401 (CKK) |
| WALGREEN CO., *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 06-494 (CKK) |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>                         Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>                         Defendants. | Civil Action No. 06-795 (CKK) |

## MOTION OF DAVID S. NALVEN
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, American Sales Co., Inc. ("Plaintiff") moves for the admission of David S. Nalven of the law firm Hagens Berman Sobol Shapiro LLP to represent Plaintiff in these actions. Mr. Nalven is a member in good standing of several state bars such as the Supreme Judicial Court of Massachusetts and the Appellate Division of the Supreme Court of the State of New York.  He is also a member in good standing of many federal courts such as the Southern and Eastern Districts of New York, District Court of Massachusetts and the Eastern District of Pennsylvania. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Nalven should this Motion be granted.

DATED:  March 5, 2007

                                                                        Respectfully submitted,

                                                                            */s/ Linda Nussbaum*
                                                                        Linda Nussbaum, D.C. Bar #495928
                                                                        KAPLAN FOX & KILSHEIMER LLP
                                                                        805 Third Avenue, 22nd Floor
                                                                        New York, NY 10022
                                                                        Tel:    (212) 687-1980

                                                                        *Co-Counsel for Plaintiffs Meijer, Inc. and*
                                                                        *Meijer Distribution, Inc.*

DATED:     New York, New York