UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>             Defendants. | Civil Action No. 05-2179 (CKK) |
| STATE OF COLORADO, *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>             Defendants. | Civil Action No. 05-2182 (CKK) |
| MEIJER, INC., *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>             Defendants. | Civil Action No. 05-2195 (CKK) |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.,*<br><br>                Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.,*<br><br>                Defendants. | Civil Action No. 05-2327 (CKK) |
| STEPHANIE COHEN, *et al.,*<br><br>                Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.,*<br><br>                Defendants. | Civil Action No. 06-401 (CKK) |
| WALGREEN CO., *et al.,*<br><br>                Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.,*<br><br>                Defendants. | Civil Action No. 06-494 (CKK) |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>                    Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                    Defendants. | Civil Action No. 06-795 (CKK) |

### *PRO HAC VICE* DECLARATION OF DAVID S. NALVEN

I, David S. Nalven, declare under penalty of perjury that the following is true and correct:

1. I am a partner in the Cambridge office of the law firm of Hagens Berman Sobol Shapiro LLP. My firm has been retained to represent Plaintiff American Sales Co., Inc. ("Plaintiff"), in the above-referenced matters.

2. My office address is One Main Street, 4th FL, Cambridge, MA 02142, and my office telephone number is 617-482-3700.

3. I am admitted to practice in, and am a member in good standing of several state bars such as the Supreme Judicial Court of Massachusetts and the Appellate Division of the Supreme Court of the State of New York. I am also a member in good standing of many federal courts such as the Southern and Eastern Districts of New York, District Court of Massachusetts and the Eastern District of Pennsylvania. I have not been disciplined by any bar.

4. I have never been admitted *pro hac vice* in this Court.

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

6. I am familiar with the Local Rules of the United States District Court for the

District of Columbia.

7. I will act as co-counsel for Plaintiff with Linda Nussbaum, D.C. Bar #495928, a partner in the New York office of Kaplan Fox & Kilsheimer LLP, who is a member in good standing of the bar of this Court.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiff in this matter.

Executed: March 5, 2007

                                              */s/ David S. Nalven*
                                              David S. Nalven