UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>    Defendants. | Civil Action No. 05-2179 (CKK) |
| STATE OF COLORADO, *et al.,*<br><br>    Plaintiffs,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>    Defendants. | Civil Action No. 05-2182 (CKK) |
| MEIJER, INC., *et al.,*<br><br>    Plaintiffs,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>    Defendants. | Civil Action No. 05-2195 (CKK) |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.,*<br><br>      Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>      Defendants. | Civil Action No. 05-2327 (CKK) |
| STEPHANIE COHEN, *et al.,*<br><br>      Plaintiffs,<br> v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY, *et al.,*<br><br>      Defendants. | Civil Action No. 06-401 (CKK) |
| WALGREEN CO., *et al.,*<br><br>      Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.,*<br><br>      Defendants. | Civil Action No. 06-494 (CKK) |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>                    Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                    Defendants. | Civil Action No. 06-795 (CKK) |

### [PROPOSED] ORDER REGARDING ATTORNEY ADMISSION

The Court having considered the Motion of David S. Nalven for Admission *Pro Hac Vice* to admit David S. Nalven of the law firm Hagens Berman Sobol Shapiro LLP to appear as counsel *pro hac vice* on behalf of Plaintiff American Sales Co., Inc. in the above-captioned matter, and being fully informed of the premises:

IT IS HEREBY ORDERED that the Motion be GRANTED and that David S. Nalven be admitted as counsel *pro hac vice* for full participation in the above-captioned matter.

IT IS SO ORDERED:

Dated: _____, 2007          _____
                                     Hon. Colleen Kollar-Kotelly
                                     United States District Judge