UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAR 12 PM 4: 21

NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC.,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK)<br><br>ORAL ARGUMENT REQUESTED |

**DIRECT PURCHASER CLASS PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

Plaintiffs American Sales Company, Inc., Louisiana Wholesale Drug Company, Inc., Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., SAJ Distributors, Inc., and Stephen L. LaFrance Holdings, Inc. (collectively "Plaintiffs") respectfully move this Court, pursuant to Fed. R. Civ. P. 23 and Local Rule 23.1 for the following relief:

1. Plaintiffs respectfully request that the Court certify a class of direct purchasers consisting of:

> All persons and entities in the United States who purchased Ovcon 35 directly from Defendants or their subsidiaries at any time from April 22, 2004, through the present and continuing until the effects of Defendants'

anticompetitive conduct have ceased (the "Class"). Excluded from the Class are Defendants and their officers, directors, employees, subsidiaries or affiliates, and all government entities.

2. Plaintiffs further respectfully request that the named Plaintiffs be approved as Class representatives in this action, and that the counsel representing the Class representatives be approved as Class counsel pursuant to Fed. R. Civ. P. 23(g), reaffirming the Executive Committee established in a Minute Order by the Honorable Colleen Kollar-Kotelly dated April 4, 2006 Order.[1]

3. The Direct Purchaser Class Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification, with supporting exhibits, including the Declaration of economist Jeffrey J. Leitzinger, Ph.D., are submitted herewith and incorporated into this Motion. These supporting materials demonstrate that the requirements of Rule 23(a), 23(b)(3), and 23(g) are satisfied.

4. For all of the foregoing reasons, Plaintiffs respectfully request that the Direct Purchaser Class Plaintiffs' Motion for Class Certification be granted, that the named Plaintiffs be approved as Class representatives, and that their counsel be approved as Class counsel pursuant to Rule 23(g).

---

[1] Linda Nussbaum, counsel for named Class representatives Meijer, Inc. and Meijer Distribution, Inc., has recently changed firms from Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("CMHT") to Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"). Ms. Nussbaum continues to act as counsel for these named Class representatives at her new firm. The Executive Committee will inform the parties and the Court shortly concerning any proposed amendments to the Executive Committee.

Dated: March 12, 2007.                    Respectfully submitted,

*William Isaacson* /TC

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Michael D. Hausfeld, D.C. Bar No. 153742
Brian A. Ratner, D.C. Bar No. 473284
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005

Michael D. Hausfeld, D.C. Bar No. 153742
Brian A. Ratner, D.C. Bar No. 473284
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)

David U. Fierst (D.C. Bar. No. 912899)
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

***Counsel for Direct Purchaser Class***