## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs'

1. Notice of Manual Filing Under seal
2. Direct Purchaser Class Plaintiffs' Motion to File Memorandum of Law and Exhibits Under Seal
3. Direct Purchaser Class Plaintiffs' Motion for Class Certification
4. Direct Purchaser Class Plaintiffs' Memorandum of Law in Support of Class Certification.

By Electronic Mail and first-class mail on the following counsel for record

Peter C. Thomas, Esq.
SIMPSON THACHER & BARTLETT. LLP
601 Pennsylvania Ave., N.W.
North Building
Washington, DC 20004

-And-

Charles Koob, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954

*Counsel for Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals) Ltd.*

Karen N. Walker, Esq.
Mark L. Kovner, Esq.
Chong S. Park, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant Barr Pharmaceuticals, Inc.*

Robert D.W. Landon III, Esq.
Richard Alan Arnold, Esq.

Scott E. Perwin, Esq.
Lauren C. Ravkind, Esq.
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen, Esq.
Monica L. Rebuck, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101

***Counsel for CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc.***

Markus H. Meier, Esq.
Bradley S. Albert, Esq.
Thomas H. Brock, Esq.
FEDERAL TRADE COMMISSION
601 New Jersey Avenue, N.W.
Washington, D.C. 20580

***Counsel for Plaintiff Federal Trade Commission***

Devin M. Laiho, Esq.
Assistant Attorney General
Consumer Protection Section
State of Colorado
1525 Sherman Street, 5th Floor
Denver, CO 80203

***Counsel for Plaintiff States***

Kevin B. Love, Esq.
Joshua a. Migdal, Esq.
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143

L. Kendall Satterfield, Esq.
Michael G. McLellan, Esq.
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007

Jay Shapiro, Esq.
STEARNS WEAVER MILLER WEISSLER ALHADEFF
    & SITTERSON, P.A.

150 W. Flagler Street, Suite 2200
Miami, FL 33130

Mark A. Wites, Esq.
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064

Joseph C. Kohn, Esq.
William E. Hoese, Esq.
KOHN,M SWIFE & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Eric L. Young, Esq.
KENNEY LENNON & EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

Robert W. Sink, Esq.
John M. Mason, Esq.
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063

*Counsel for Stephanie Cohen and Sunda Croonquist*

By: /s/ Kimberly A. Kelly /JSC
Kimberly H. Schultz

4