UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC.,<br><br>                Plaintiffs,<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>                Defendants. | No. 05 Civ. 2195 (CKK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

You are hereby notified that COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C., hereby withdraws its appearance as attorneys of record for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. This Notice is effective for Linda P. Nussbaum, Michael D. Hausfeld and Kanchana Wangkeo. Withdrawal of counsel will not cause any prejudice to plaintiffs, as Linda P. Nussbaum, formerly of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. will remain counsel for Plaintiffs, and all future pleadings and correspondence should be sent to Ms. Nussbaum at the following address:

        Linda P. Nussbaum, Esq.
        Kaplan Fox & Kilsheimer LLP
        805 Third Avenue
        22nd Floor
        New York, New York 10022
        Telephone No.: (212) 687-1980
        Facsimile No.: (212) 687-7714
        Email Address: lnussbaum@kaplanfox.com

                COHEN, MILSTEIN, HAUSFELD
                   &TOLL, P.L.LC.

By: /s/ Brian A. Ratner
Brian A. Ratner (D.C. Bar No. 473284)
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (Fax)


DATED: March 28, 2007