IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. et al., | Civil Action No. 05-2195 (CKK) |
|     Plaintiffs, | |
|   v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al., | |
|     Defendants. | |
| WALGREEN CO. et al., | Civil Action No. 06-494 (CKK) |
|     Plaintiffs, | |
|   v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |
| CVS PHARMACY, INC. et al., | Civil Action No. 06-795 (CKK) |
|     Plaintiffs, | |
|   v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al., | Civil Action No. 05-2327 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., | |
| Defendants. | |

| | |
|---|---|
| STEPHANIE COHEN, et al., | Civil Action No. 06-401 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT PUBLIC LIMITED COMPANY, et al., | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION TO**
**EXTEND EXPERT REPORT DEADLINES**

Plaintiffs in the above-captioned cases respectfully request a brief extension of the current deadlines for submission of expert reports and the completion of expert discovery.

As the Court is aware, the parties have been involved in settlement negotiations since November of last year, and discovery was stayed from that time until March 15, 2007. In part as a result of those negotiations and the resulting stay, sales data and other information needed for the preparation of Plaintiffs' expert reports have only recently been received, and it is likely that

additional interpretation of the existing data, as well as additional data, will be needed. Accordingly, Plaintiffs respectfully request a brief extension of the current expert discovery deadlines. Plaintiffs bring this motion at the suggestion and with the recommendation of Magistrate Judge Kay.

Plaintiffs request that the Court enter an order adopting the following deadlines, each of which is a four-week extension from the current deadline:

Plaintiffs shall serve their expert reports on the merits, together with any supporting data, on or before May 18, 2007;

Defendants shall serve their expert reports on the merits, together with any supporting data, on or before June 29, 2007;

Plaintiffs shall serve their rebuttal expert reports, together with any supporting data, on or before July 20, 2007;

Defendants reserve the right to serve a surrebuttal on or before August 3, 2007, in the event that new information is raised in Plaintiffs' rebuttal reports, requiring rebuttal;

Plaintiffs agree not to unreasonably object to Defendants' serving of rebuttal reports, and the parties agree to meet and confer should disagreement arise relating to Defendants' serving of such reports;

The parties shall make their experts available for deposition on or before August 22, 2007;

The parties shall appear for a Status Conference to be set by the Court some time after August 22, 2007.

Statement of Compliance with Local Rule 7(m)

Counsel for Plaintiffs have conferred with counsel for Defendants regarding the subject matter of this motion and are authorized to state that Defendants do not oppose the motion.

Respectfully submitted,

Date: April 9, 2007

s/ _____
Linda P. Nussbaum (D.C. Bar # 483254)
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
(312) 224-1500
(312) 224-1510 (fax)

Richard B. Drubel (D.C. Bar # 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

s/
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Louisiana Wholesale Drug Co., Inc.*

Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*

s/
Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Linda P. Nussbaum (D.C. Bar # 483254)
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Counsel for SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*


s/
Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar # 483254)
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Counsel for American Sales Company, Inc.*

s/
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc.*

s/
Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

7

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON & EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

s/
Robert W. Sink
John M. Mason (D.C. Bar #: 193268)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408

*Counsel for Stephanie Cohen and Sunda Croonquist*