UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., <br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

**NOTICE OF SERVICE OF DIRECT PURCHASER
CLASS PLAINTIFFS' EXPERT REPORTS**

PLEASE TAKE NOTICE that the Direct Purchaser Class Plaintiffs' expert report of Dr. Jeffrey J. Leitzinger was served today on the below defense counsel via e-mail and overnight mail. Counsel for the Individual Direct Purchaser Plaintiffs in *Walgreen Co. v. Warner Chilcott Holdings Co. III, Ltd.* (C.A. No. 06-494) and *CVS Pharmacy, Inc., v. Warner Chilcott Holdings Co. III, Ltd* (C.A. No. 06-795) are separately serving defense counsel today with the expert reports of Neil Flanzraich, Dr. Richard J. Derman, and Dr. Keith Leffler on behalf of their clients and the Direct Purchaser Class Plaintiffs (note: only the liability section of Dr. Leffler's expert report is being submitted on behalf of the Direct Purchaser Class Plaintiffs).

Charles E. Koob, Esq.
Peter C. Thomas, Esq.
SIMPSON THACHER & BARTLETT, LLP
555 11th Street, N.W.
Suite 725
Washington, D.C. 20004

Kevin Arquit, Esq.
Annette C. Rizzi, Esq.
Charles Koob, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954

*ATTORNEYS FOR WARNER CHILCOTT DEFENDANTS*

Karen N. Walker, Esq.
Mark L. Kovner, Esq.
Chong S. Park, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

*ATTORNEYS FOR DEFENDANT BARR PHARMACEUTICALS, INC.*

Dated: May 18, 2007.

Respectfully submitted,

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

David U. Fierst (D.C. Bar. No. 912899)
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)
***Counsel for Direct Purchaser Class***