UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEIJER, INC., MEIJER DISTRIBUTION, INC.,
LOUISIANA WHOLESALE DRUG CO., INC.,
ROCHESTER DRUG CO-OPERATIVE, INC.,
AMERICAN SALES COMPANY, INC., SAJ
DISTRIBUTORS, INC., and STEPHEN L.
LaFRANCE HOLDINGS, INC.,

No. 05 Civ. 2195 (CKK)

On behalf of themselves and all others similarly
situated,

Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., WARNER CHILCOTT COMPANY, INC.,
GALEN (CHEMICALS), LTD., and BARR
PHARMACEUTICALS, INC.,

Defendants.

## NOTICE OF MANUAL FILING UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Order

entered in the above-captioned case, an un-redacted version of Direct Purchaser Class Plaintiffs'

Reply Brief in Further Support of Their Motion for Class Certification and its accompanying

exhibits were manually filed with the Court under seal.

Dated: May 21, 2007.

Respectfully submitted,

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (Fax)

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

***Executive Committee for***
***Direct Purchaser Class Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Direct Purchaser Class Plaintiffs' (1) Reply Brief in Further Support of Their Motion for Class Certification and accompanying exhibits, (2) Motion to File Class Certification Reply Brief and Exhibits Under Seal, and (3) Notice of Manual Filing Under Seal, were served this 21st day of May 2007, by electronic and overnight mail on the following counsel for record and a redacted version was posted to the ECF filing system:

Peter C. Thomas, Esq.
SIMPSON THACHER & BARTLETT, LLP
555 11th Street, N.W.
Suite 725
Washington, DC 20004

-And-

Kevin Arquit, Esq.
Annette C. Rizzi, Esq.
Charles Koob, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954

***Counsel for Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals) Ltd.***

Karen N. Walker, Esq.
Mark L. Kovner, Esq.
Chong S. Park, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

***Counsel for Defendant Barr Pharmaceuticals, Inc.***

By: _____
Tanya Chutkan