# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al.<br><br>        Defendants. | No. 05 Civ. 2195 (CKK)<br><br>DECLARATION OF<br>LAURENCE F. DOUD, III |

I, Laurence F. Doud, III do declare as follows:

1. My name is Laurence F. Doud, III and I am the Chief Executive Officer of Rochester Drug Cooperative, Inc. ("RDC"), a plaintiff in this litigation.

2. RDC purchased branded Ovcon 35 directly from defendant Warner Chilcott for many years and continues to do so today.

3. RDC has also purchased Barr's generic version of Ovcon 35 (called "Balziva").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 08, 2007

_____
LAURENCE F. DOUD, III