# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Direct Purchaser Class Plaintiffs' (1) Reply Brief in Further Support of Their Motion for Class Certification and accompanying exhibits, (2) Motion to File Class Certification Reply Brief and Exhibits Under Seal, and (3) Notice of Manual Filing Under Seal, were served this 21st day of May 2007, by electronic and overnight mail on the following counsel for record and a redacted version was posted to the ECF filing system:

    Peter C. Thomas, Esq.
    SIMPSON THACHER & BARTLETT, LLP
    555 11th Street, N.W.
    Suite 725
    Washington, DC 20004

    -And-

    Kevin Arquit, Esq.
    Annette C. Rizzi, Esq.
    Charles Koob, Esq.
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954

    *Counsel for Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals) Ltd.*

    Karen N. Walker, Esq.
    Mark L. Kovner, Esq.
    Chong S. Park, Esq.
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, N.W.
    Washington, D.C. 20005

    *Counsel for Defendant Barr Pharmaceuticals, Inc.*

    By: _/s/ Tanya Chutkan_
    Tanya Chutkan