**BOIES, SCHILLER & FLEXNER LLP**

5301 WISCONSIN AVENUE, N.W. • WASHINGTON, D.C. 20015-2015 • PH. 202.237.2727 • FAX 202.237.6131

May 22, 2007

Clerk's Office
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re:    *Meijer, Inc., et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*,
           Civ. Action No. 1:05-CV-02195-CKK

To the Clerk of the Court:

    Enclosed please find Exhibit D to Direct Purchaser Class Plaintiffs' Reply Brief in Further Support of Their Motion for Class Certification, which was omitted from the brief filed yesterday.

    Sincerely,

    *Tanya S. Chutkan /jsA*
    Tanya S. Chutkan

Cc: Hon. Colleen Kollar-Kotelly
      All Counsel Via Deal Room