UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>                Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                Defendants. | Civil Action No. 1:05CV02195 (CKK)<br>Judge Colleen Kollar-Kotelly |
| WALGREEN CO., *et al.*,<br><br>                Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                Defendants. | Civil Action No. 1:06CV00494 (CKK)<br>Judge Colleen Kollar-Kotelly |
| CVS PHARMACY, INC., *et al.*,<br><br>                Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                Defendants. | Civil Action No. 1:06CV00795 (CKK)<br>Judge Colleen Kollar-Kotelly |

**MOTION OF DEFENDANTS
FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (collectively "Defendants") move for the admission of Meryl G. Rosen of the law firm Simpson Thacher & Bartlett LLP to represent

Defendants in this action. Ms. Rosen is a member in good standing of the following bars: the State of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Rosen should this Motion be granted.

May 30, 2007                                         Respectfully submitted,

                              By:    /s/ Peter C. Thomas
                                     _____
                                     Peter C. Thomas, D.C. Bar # 495928
                                     SIMPSON THACHER & BARTLETT LLP
                                     601 Pennsylvania Avenue, N.W.
                                     North Building
                                     Washington, D.C. 20004
                                     (202) 220-7700

                                     *Counsel for Defendants*