UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC.,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

### NOTICE OF COMPLIANCE TO COURT'S MAY 30, 2007 MINUTE ORDER

PLEASE TAKE NOTICE that the Direct Purchaser Class Plaintiffs' have previously filed said pleadings stated in the Court's May 30, 2007 Minute Order in a redacted and publicly available version with the ECF system. The correct docket entry of reference is #93 and not #95 as stated in the May 30, 2007 order.

Dated: May 31, 2007.

Respectfully submitted,

/s/ William Isaacson

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)


Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

>Thomas M. Sobol
>HAGENS BERMAN SOBOL
>& SHAPIRO LLP
>One Main Street, 4th Floor
>Cambridge, MA 02142
>(617) 482-3700
>(617) 482-3003 (Fax)
>***Counsel for Direct Purchaser Class***

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, a copy of the forgoing **Notice of Compliance** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Tanya Chutkan*
>Tanya Chutkan (D.C. Bar No. 420478)
>BOIES, SCHILLER & FLEXNER LLP
>5301 Wisconsin Avenue, N.W., Suite 800
>Washington, D.C. 20015
>(202) 237-2727
>(202) 237-6131 (Fax)