IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. et al., | Civil Action No. 05-2195 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al., | |
|     Defendants. | |
| | |
| WALGREEN CO. et al., | Civil Action No. 06-494 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |
| | |
| CVS PHARMACY, INC. et al., | Civil Action No. 06-795 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |

**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On this day came on to be heard in the above-styled action, Direct Purchaser Plaintiffs' Motion For Partial Summary Judgment (the "Motion"). The Court has considered the Motion, the representations of counsel, the pleadings, and the record, and rules as follows:

1. The March 24, 2004 Agreement (as defined in the Motion) between Warner Chilcott[1] and Barr Pharmaceuticals, Inc. was a *per se* violation of Section 1 of the Sherman Act.

2. This determination does not resolve the issues of causation and damages in this case.

SO ORDERED.

SIGNED this _____ day of _____, 2007.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

---

[1] "Warner Chilcott" collectively refers to Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corp., Warner Chilcott (US) Inc., Warner Chilcott Co. In., and Galen (Chemicals), Ltd.