**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al*.,<br><br>                Plaintiffs,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al*.,<br><br>                Defendants. | Civil Action No. 1:05-cv-02195-CKK<br><br>Judge Colleen Kollar-Kotelly |

**NOTICE OF DEFENDANTS' WITHDRAWAL OF MOTION TO STRIKE ALL REFERENCES TO DR. LEITZINGER'S MAY 18, 2007 RULE 26(a) EXPERT REPORT IN PLAINTIFFS' REPLY BRIEF AND IN DR. LEITZINGER'S MAY 21, 2007 "REBUTTAL DECLARATION" IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION DATED JUNE 5, 2007**

Defendants Barr Pharmaceuticals, Inc., Warner Chilcott Holdings Company, III, Ltd., Warner Chilcott Corporation, Warner Chilcott (U.S.) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. hereby withdraw their joint Motion to Strike All References to Dr. Leitzinger's May 18, 2007 Rule 26(a) Expert Report in Plaintiffs' Reply Brief and in Dr. Leitzinger's May 21, 2006 "Rebuttal Declaration" in Support of Plaintiffs' Motion for Class Certification (D.E. 109), dated June 5, 2007, pending the filing of an amended motion.

Dated: June 13, 2007

                                   Respectfully submitted,

                                   */s/ Karen N. Walker*

                                   Karen N. Walker (D.C. Bar # 412137)
                                   Mark L. Kovner (D.C. Bar # 430431)
                                   Patrick M. Bryan (D.C. Bar # 490177)
                                   KIRKLAND & ELLIS LLP
                                   655 Fifteenth Street, N.W., Suite 1200
                                   Washington, DC 20005

(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*


  /s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar # 495928)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings
Company III, Ltd., Warner Chilcott
Corporation, Warner Chilcott (US) Inc.,
Warner Chilcott Company, Inc., and Galen
(Chemicals), Ltd.*