UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>       Defendants. | Civil Action No. 05-2179 (CKK) |
| STATE OF COLORADO, *et al.*,<br><br>       Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>       Defendants. | Civil Action No. 05-2182 (CKK) |
| MEIJER, INC., *et al.*,<br><br>       Plaintiffs,<br> v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>       Defendants. | Civil Action No. 05-2195 (CKK) |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>                      Plaintiffs,<br>  v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>                      Defendants. | Civil Action No. 05-2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>                      Plaintiffs,<br>  v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>                      Defendants. | Civil Action No. 06-401 (CKK) |
| WALGREEN CO., *et al.*,<br><br>                      Plaintiffs,<br>  v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>                      Defendants. | Civil Action No. 06-494 (CKK) |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>      Defendants. | Civil Action No. 06-795 (CKK) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective July 2, 2007, the firm of Kaplan Fox & Kilsheimer LLP, counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc., will be 850 Third Avenue, 14th Floor, New York, New York 1004.

The firm's telephone number and fax numbers will remain the same.

Dated: June 28, 2007

             Yours, etc.

             KAPLAN FOX & KILSHEIMER LLP

             By: */s/ Linda P. Nussbaum*
               Linda P. Nussbaum
               Robert N. Kaplan
               Richard J. Kilsheimer
             850 Third Avenue, 14th Floor
             New York, NY 10022
             Tel: (212) 687-1980
             Fax: (212) 687-7714
             E-mail: lnussbaum@kaplanfox.com

             *Counsel for Plaintiffs Meijer, Inc. and*
             *Meijer Distribution, Inc.*