# EXHIBIT F

**1**

```
1           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
2
   MEIJER, INC.  2929 Walker Avenue NW,   :
3  Grand Rapids, Michigan 49544
                                 :05 Civ. 2195
4  MEIJER DISTRIBUTION, INC., 2929 Walker  : (CKK)
   Avenue NW, Grand Rapids, Michigan 49544 :
5
   LOUISIANA WHOLESALE DRUG CO., INC., 2085 :
6  I-49, South Service Road, Sunset,       :
   Louisiana 70584                         :
7
   ROCHESTER DRUG CO-OPERATIVE, INC., 50  :
8  Jet View Drive, Rochester, New York 14624:
9  VALLEY WHOLESALE DRUG COMPANY, INC.,   :
   1401 West Fremont Street, Stockton,     :
10 California 95203-2627                   :
11 AMERICAN SALES COMPANY, INC., 4201 Walden:
   Ave., Lancaster, New York 14086         :
12
   SAJ DISTRIBUTORS, INC. 3017 N. Midland  :
13 Pine Bluff, Arkansas  71603             :
14 STEPHEN L. LaFRANCE HOLDINGS, INC. 3017 :
   N. Midland, Pine Bluff, Arkansas  71603 :
15
   on behalf of themselves and all others  :
16 similarly situated,                     :
17          Plaintiffs, :
            vs.         :
18
   WARNER CHILCOTT HILDINGS COMPANY III,  :
19 LTD., 100 Enterprise Drive, Rockaway, NJ :
   07866-2129                              :
20
   WARNER CHILCOTT CORPORATION, 100       :
21 Enterprise Drive, Rockaway, NJ 07866-2129:
22 WARNER CHILCOTT (US) INC., 100 Enterprise:
   Drive, Rockaway, NJ 07866-2129          :
23
   WARNER CHILCOTT COMPANY, INC., Union  :
24 Street, Km 1.1, Fajardo, Puerto Rico    :
   00738                                   :
25                                         :
```

**2**

```
1  GALEN (CHEMICALS), LTD., 10 Ardee      :
   Business Park, Hale Street, Ardee, County:
2  Louth, Ireland                         :
                                          :
3  BARR PHARMACEUTICALS, INC., 2 Quaker Road:
   P.O. Box 2900, Pomona, NY 10970-0519   :
4
5          * * * * * * *
       Deposition of:
           BRIAN JONES
6          * * * * * * *
7      T R A N S C R I P T of the stenographic
8  notes of LISA FORLANO, a Notary Public and Certified
9  Court Reporter, taken at the law offices of Buchanan
10 Ingersoll & Rooney, P.C., 1835 Market Street, 14th
11 Floor, Philadelphia, PA, 19103, on Thursday, June 14,
12 2007, commencing at 1:00 p.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1  A p p e a r a n c e s :
2
3    BUCHANAN INGERSOLL & ROONEY PC
     BY:  HOWARD D. SCHER, ESQUIRE
4    1835 Market Street, 14th Floor
     Philadelphia, PA  19103-2985
5    Attorneys for the Witness and
     AmerisourceBergen
6
7
     BERGER & MONTAGUE, P.C.
8    BY:  ERIC L. CRAMER, ESQUIRE
     1622 Locust Street
9    Philadelphia, PA  19103-6305
     Attorneys for Direct Purchaser Class
10   Plaintiffs
11
     KIRKLAND & ELLIS LLP
12   BY:  EUNNICE H. EUN, ESQUIRE
        RAINA A. JONES, ESQUIRE
13   655 Fifteenth Street, N.W.
     Washington, D.C.  20005
14   Attorneys for Barr Pharmaceuticals
15
     SIMPSON THACHER & BARTLETT LLP
16   BY:  FRANCISCO J. NAVARRO, ESQUIRE
     425 Lexington Avenue
17   New York, NY  10017-3954
     Attorneys for Warner Chilcott
18
19   KENNY NACHWALTER
     BY:  SCOTT E. PERWIN, ESQUIRE
20   1100 Miami Center
     201 South Biscayne Boulevard
21   Miami, Florida  33131-4327
     Attorneys for Walgreen Plaintiffs
22
23   Also present:
24   Jonathan R. Sturz, Counsel for
     AmerisourceBergen
25
```

**4**

```
1            I N D E X
2
3  WITNESS                          PAGE
4  BRIAN JONES
5   By Ms. Eun                      4, 85
6   By Mr. Scher                    82
7
8            E X H I B I T S
9  Jones-1  Amended Class Action Complaint in the   10
   Meijer Litigation
10
   Jones-2  Declaration of Brian Jones in the       12
11 Meijer Litigation
12 Jones-3  Agreement for Assignment of Claims      33
13 Jones-4  Subpoena                                75
14
15
16
17
18
19
20
21
22
23
24
25
```

5

1      (Amended Class Action Complaint in the
2  Meijer Litigation was marked Jones-1 for
3  identification.)
4      BRIAN JONES, having been duly sworn,
5  was examined and testified as follows:
6  BY MS. EUN:
7      Q    Mr. Jones, could you please state your
8  name for the record?
9      A    Brian Jones.
10      Q    And is that your full name?
11      A    Yes.  Well, Brian Edward Jones.
12      Q    And you're employed by
13  AmerisourceBergen Corporation?
14      A    That's correct.
15      Q    How long have you been employed by
16  AmerisourceBergen?
17      A    Twenty-nine years.
18      Q    Can you -- but right now -- currently,
19  you're serving as Vice-President of Generic
20  Pharmaceuticals Product Development, is that
21  correct?
22      A    That's correct.
23      Q    How long have you served in that
24  capacity?
25      A    Three years.

6

1      Q    And what did you do before you were
2  Vice-President of Generic Pharmaceuticals Product
3  Development?
4      A    I was Vice-President of Business
5  Development.
6      Q    How long were you Vice-President of
7  Business Development?
8      A    Two years.
9      Q    And before that?
10      A    Vice-President of Inventory Systems.
11      Q    And how long were you Vice-President of
12  Inventory Systems?
13      A    Approximately, four years or so.
14      Q    Currently, as Vice-President of Generic
15  Pharmaceuticals Product Development, what are your
16  job responsibilities?
17      A    I manage our generic program.
18      Q    Could you elaborate?
19      A    Sure.  We have -- we group our products
20  that we distribute into three main categories,
21  branded pharmaceuticals, generic pharmaceuticals and
22  then non-prescription products.  I'm associated with
23  the generic pharmaceutical group and I manage our
24  commercialization programs, programs that we put
25  together to help us commercialize or sell generic

7

1  products into the marketplace.
2      Q    So as part of your responsibilities,
3  your job responsibilities, do you have the authority
4  to negotiate and approve contracts between
5  AmerisourceBergen and drug manufacturers?
6      A    I did up until very recently.
7      Q    Up until when?
8      A    This past March.
9      Q    And why do you not have that job
10  responsibility anymore?
11      A    We brought in some additional resources
12  into the generics area and have formed two groups
13  now.  One that's focused on the manufacturing
14  community and one that's focused on our
15  commercialization efforts, so I lead the
16  commercialization side now.
17      Q    And just to be clear, commercialization
18  has to do with the sales side of your business, is
19  that right?
20      A    That's right.
21      Q    And who now has the authority to
22  negotiate and approve contracts since March, 2007
23  between AmerisourceBergen and manufacturers?
24      A    A gentleman named Mark Kikuchi.
25      Q    Could you spell the last name, please?

8

1      A    K-I-K-U-C-H-I.
2      Q    So since you're in charge of the
3  commercialization side of the generic
4  pharmaceuticals, you have the authority to negotiate
5  and approve contracts between AmerisourceBergen and
6  your customers, is that right?
7      A    That's right.
8      Q    Do your job responsibilities also
9  include authority to set pricing to your customers?
10      A    Yes.
11      Q    And just to be clear, since there's a
12  lot of people in the room, you understand that I'm
13  from Kirkland & Ellis and I represent Barr
14  Pharmaceuticals?
15      A    Okay.
16      Q    Are you represented today by counsel?
17      A    Yes.
18      Q    And who is that?
19      A    Howard Scher.
20      Q    Is there anyone else that you're
21  represented here by today?
22      A    No, just Howard.
23      Q    And you understand that my client,
24  Barr, Warner Chilcott, have been named as defendants
25  in a lawsuit brought by a putative class of direct

9

1 purchasers of Ovcon 35?
2     A    Yes.
3     Q    When did you first learn of this
4 litigation?
5     A    I think about a couple months ago it
6 seems.
7     Q    And how did you come to learn about
8 this litigation, and just to be clear, when I say
9 this litigation, I mean the putative class action
10 brought by direct purchasers in this case and for
11 shorthand, I'll call it the Meijer litigation.  Is
12 that clear?
13     A    Yes.
14     Q    And how did you come to learn about the
15 Meijer litigation a couple of months ago?
16     A    Someone from our legal department made
17 me aware of it.
18     Q    And why did the in-house person make
19 you aware of the Meijer litigation?
20     MR. SCHER:  Object to the form.  You
21 can answer it, if you're able to.
22     THE WITNESS:  Because they requested
23     that I read and approve a document that stated
24     our position related to this case.
25 BY MS. EUN:

10

1     Q    I'm going to hand you what's been
2 premarked as Jones Deposition Exhibit 1 and it's the
3 Amended Class Action Complaint in the Meijer
4 Litigation.  You can take a moment to take a look at
5 it, if you need to.
6     Have you ever seen Jones Deposition
7 Exhibit 1 before?
8     A    I don't recall seeing it, no.
9     Q    You haven't seen it before, just to be
10 clear?
11     A    I don't recall having seen this before.
12     Q    Jones Deposition Exhibit 1 is the
13 Complaint filed by the putative class members in the
14 Meijer litigation.  Do you understand that the
15 Plaintiffs in the Meijer litigation have moved the
16 Court to certify a class of direct purchasers of
17 Ovcon?
18     A    Could you ask that question again?
19     Q    Sure.
20     MS. EUN:  Could you have the question
21     read back, please?
22     (At which time the following question
23     was read by the reporter: "Question: Jones
24     Deposition Exhibit 1 is the Complaint filed by
25     the putative class members in the Meijer

11

1 litigation.  Do you understand that the
2 Plaintiffs in the Meijer litigation have moved
3 the Court to certify a class of direct
4 purchasers of Ovcon?")
5     THE WITNESS:  I'll say no.
6 BY MS. EUN:
7     Q    Do you understand what a direct
8 purchaser in the context of the Meijer litigation
9 is?
10     MR. CRAMER:  Object to the form.  If the
11     witness understands it, you can answer the
12     question.
13     MR. CRAMER:  I join in that objection.
14     THE WITNESS:  I believe I do.
15 BY MS. EUN:
16     Q    Can you explain to me what it is just
17 so we can make sure we're on the same grounds?
18     MR. SCHER:  Objection, you can answer
19     it.
20     MR. CRAMER:  Same objection.
21     THE WITNESS:  I believe it to be an
22     entity that purchases product directly from
23     the specific manufacturer.
24 BY MS. EUN:
25     Q    And if there's a putative class action

12

1 involving direct purchasers of Ovcon, do you
2 understand that AmerisourceBergen would be part of
3 that class?
4     MR. SCHER:  Objection.  You can answer
5     it.
6     THE WITNESS:  My belief is that we're
7     part of that class.
8 BY MS. EUN:
9     Q    Let me hand to you -- can you mark this
10 as Jones Deposition Exhibit 2, please.
11     (Declaration of Brian Jones in the
12     Meijer Litigation was marked Jones-2 for
13     identification.)
14 BY MS. EUN:
15     Q    You've now been handed what's been
16 marked as Jones Deposition Exhibit 2.  It's entitled
17 Declaration of Brian Jones and it has the Meijer
18 Litigation caption on the top.  Is this a true and
19 correct copy of the deposition that you signed
20 recently?
21     A    It appears to be.
22     Q    Let's turn to the last page, page four
23 of this Declaration.  Is that your signature there?
24     A    Yes.
25     Q    Can you please tell me why you

13

1   submitted this Declaration?
2       A    I was asked by our legal department to
3   do so.
4       Q    And when did your legal department ask
5   you to submit this Declaration?
6       A    I think it was some time in May.
7       Q    And who asked you to submit this
8   Declaration?
9       A    I think Jon Sturz.
10      Q    Could you please spell Jon Sturz's last
11  name?
12      A    S-T-U-R-Z maybe.
13      Q    Did you draft this Declaration that is
14  embodied in Jones Deposition Exhibit 2?
15      A    No.
16      Q    Do you know who did?
17      A    No.
18      Q    Was the Declaration already drafted
19  when you signed it?
20      A    Yes.
21      Q    And the Declaration was given to you by
22  Jon Sturz to sign, is that correct?
23      A    That's correct.
24      Q    Did you discuss it with anyone before
25  signing it?

14

1           MR. SCHER:  You could answer that yes
2   or no.
3           THE WITNESS:  No.
4   BY MS. EUN:
5       Q    So you didn't discuss it with anyone
6   internally at AmerisourceBergen?
7       A    No.
8       Q    And you didn't discuss it with counsel
9   before you signed it?
10      A    Well, no, I did talk with Jon.
11      Q    And did you sign it on the same day
12  that you received the Declaration?
13      A    Probably not.
14      Q    Can you estimate about how long you had
15  the Declaration before you signed it?
16      A    No.  I don't recall.
17      Q    In the period of time that you received
18  the Declaration and signed it, did you make any
19  changes to it?
20      A    No.
21      Q    Let's turn to Paragraph 1 of Deposition
22  Exhibit 2.  It's on page one.  The second sentence
23  of Paragraph 1 reads: I have authority to execute
24  this Declaration on behalf of ABC.  ABC stands for
25  AmerisourceBergen.

15

1           What does it mean that you have the
2   authority to execute this Declaration?
3       A    Our legal department requested that I
4   do so.
5       Q    So your legal department gave you the
6   authority to execute the Declaration on behalf of
7   AmerisourceBergen?
8       A    Yes.
9       Q    Did you have to seek permission from
10  anyone before signing the Declaration?
11          MR. SCHER:  Objection.  You can answer
12  it.
13          THE WITNESS:  No.
14  BY MS. EUN:
15      Q    Did you discuss the signing of the
16  Declaration with anyone at AmerisourceBergen before
17  signing?
18      A    No one other than Jon.
19      Q    Were you asked to investigate any of
20  the assertions in the Declaration?
21      A    I was asked to review the document.
22      Q    And when you say you were asked to
23  review the document, you mean you were asked to
24  review Deposition Exhibit 2?
25      A    Yes.

16

1       Q    Did you review any other documents
2   before signing this Declaration?
3       A    I don't believe so, no.
4       Q    So you didn't investigate or research
5   in any manner any of the things asserted or the
6   facts asserted in the Declaration that you signed?
7           MR. SCHER:  Objection.
8           MR. CRAMER:  Objection.
9           THE WITNESS:  I'm not sure what you
10  mean by research.
11  BY MS. EUN:
12      Q    Prior to signing the Declaration, did
13  you talk to anyone to see if the facts asserted in
14  the Declaration were true?
15          MR. SCHER:  Objection.
16          THE WITNESS:  No.
17  BY MS. EUN:
18      Q    Prior to signing the Declaration, did
19  you review any documents to see whether the facts
20  asserted in the Declaration were true?
21      A    No.
22      Q    Did you look into -- strike that,
23  please.
24          This type of Declaration, have you ever
25  executed anything similar to it before?

17

1    MR. SCHER:  Objection.
2    MR. CRAMER:  Same objection.
3    THE WITNESS:  I think so.
4  BY MS. EUN:
5    Q    When was that?
6    A    I don't recall.
7    Q    Are the facts asserted in this
8  Declaration based on your personal knowledge?
9    A    Yes.
10   Q    How did you personally come to know the
11 facts asserted in your Declaration?
12   MR. SCHER:  Objection.
13   THE WITNESS:  As part of my normal
14 course of business.
15 BY MS. EUN:
16   Q    Let's talk about some of the facts
17 asserted in the Declaration.
18       In Paragraph 3 of Deposition Exhibit 2,
19 you state: ABC purchased a brand name prescription
20 pharmaceutical Ovcon 35 directly from Warner
21 Chilcott during the period April 22, 2004 through
22 present.
23       Did you review any documents to see
24 whether this statement was true?
25   MR. CRAMER:  Objection to form.

18

1    THE WITNESS:  No.
2  BY MS. EUN:
3    Q    Did you discuss this statement with
4  anyone to see whether it was true?
5    A    No.
6    Q    And you're in charge of generic
7  pharmaceuticals, the commercialization side, is that
8  right?
9    A    That's right.
10   Q    Do you have personal knowledge that
11 AmerisourceBergen purchases Ovcon 35 directly?
12   A    That's right.
13   Q    And how did you come to have that
14 knowledge?
15   A    Being part of the supply chain group
16 and having access to our systems, it's often helpful
17 to monitor activity not just with generics, but both
18 sub-branded products and I'd been associated with
19 the supply chain organization of AmerisourceBergen
20 for quite some time now, so that's how I became
21 aware of it.
22   Q    So have you monitored activity
23 regarding both branded as well as generic for quite
24 some time?
25   MR. SCHER:  Objection.

19

1    THE WITNESS:  Yes.
2  BY MS. EUN:
3    Q    You also state that
4  AmerisourceBergen -- excuse me, to quote directly,
5  ABC also has purchased generic versions of Ovcon 35.
6  When generics became available, did ABC substitute
7  most of their generic purchases with generic?
8    MR. SCHER:  Objection.
9    MR. CRAMER:  Same objection.
10   THE WITNESS:  I wouldn't use the word
11 substitute.
12 BY MS. EUN:
13   Q    What word would you use?
14   A    AmerisourceBergen purchases product
15 based on customer demand, so to the extent that
16 customer demand would have changed due to the
17 introduction of the generic products, then our
18 purchase behavior would be likely to change in a
19 similar fashion.
20   Q    So AmerisourceBergen didn't substitute
21 most of their brand purchases with purchases of
22 generic Ovcon 35 products?
23   MR. CRAMER:  Objection to form.
24   THE WITNESS:  I'm not sure how to
25 answer that other than how I responded to the

20

1  last question.
2  BY MS. EUN:
3    Q    I understand your response to the last
4  question.  I'm just asking whether AmerisourceBergen
5  substituted its purchases of brand name Ovcon with
6  generic Ovcon after generic Ovcon became available?
7    MR. CRAMER:  Asked and answered and
8  form.
9    MR. SCHER:  I'm going to direct the
10 witness not to answer it.  He's answered it
11 twice now.
12   MS. EUN:  Mr. Scher, you understand
13 that under the Federal Rules of Evidence you
14 can't instruct a witness not to answer based
15 on asked and answered?
16   MR. SCHER:  I do understand that.  I do
17 instruct the witness not to answer that
18 question.  You're not going to ask him the
19 same question repeatedly.
20   MS. EUN:  I haven't gotten an answer to
21 the question that I asked.
22   MR. SCHER:  I'll read you the answer if
23 you'd like me to.  I have it right on the
24 transcript and so do you.  You asked him the
25 question, he answered the question.  You're

21

1    not going to ask him the same question again.
2        MS. EUN:  Actually, Mr. Scher, I asked
3    him the question and the witness stated that
4    he wouldn't use the word substitute.
5        MR. SCHER:  That's correct.
6        MS. EUN:  I asked him what word he
7    would use and he gave an explanation and then
8    I reasked the question just using the word
9    substitute because the witness had stated that
10   he wouldn't use the word substitute. I'm
11   merely seeking a yes or no answer.
12       Could you please reask the question?
13       (At which time the following question
14   was read back by the reporter:  "Question: I
15   understand your response to the last question.
16   I'm just asking whether AmerisourceBergen
17   substituted its purchases of brand name Ovcon
18   with generic Ovcon after generic Ovcon became
19   available?")
20       MR. CRAMER:  Asked and answered.
21       MR. SCHER:  You can answer it.
22       THE WITNESS:  No.
23   BY MS. EUN:
24   **Q      Let's turn to Paragraph 4 of the**
25   **Declaration.  It's also located on page one of**

22

1    **Deposition Exhibit 2.  You state:  ABC has had no**
2    **contracts under which its customers are obligated to**
3    **purchase from ABC fixed quantities of prescription**
4    **pharmaceuticals at predetermined prices.**
5        **Did you examine ABC's contracts to**
6    **determine whether it indeed has no contracts under**
7    **which its customers are obligated to purchase from**
8    **ABC fixed quantities of prescription pharmaceuticals**
9    **at predetermined prices?**
10       MR. SCHER:  Object to the form of the
11   question.
12       MR. CRAMER:  Join.
13       THE WITNESS:  No.
14   BY MS. EUN:
15   **Q      Did you review any documents to see**
16   **whether this statement was true?**
17   A    No.
18   **Q      Did you discuss it with anyone to see**
19   **whether the statement was true?**
20   A    No.
21   **Q      The second sentence of Paragraph 4**
22   **states that prevailing market conditions cause**
23   **quantities of pharmaceutical products ABC's**
24   **customers purchase from ABC to fluctuate.**
25       **What do you mean by prevailing market**

23

1    **conditions?**
2    A    Product availability, changes in
3    prescribing trends, shift in customers.  Those would
4    be examples.
5    **Q      Would the costs that the manufacturer**
6    **sets for its products be a prevailing market**
7    **condition?**
8    A    It could be.
9    **Q      If a manufacturer raised a price at**
10   **which it sold a contraceptive product to**
11   **AmerisourceBergen, would that influence the**
12   **quantities of product that AmerisourceBergen**
13   **purchased?**
14       MR. SCHER:  Object to the form.
15       MR. CRAMER:  Same objection.
16       THE WITNESS:  It could if it was a
17   multi-source product.  Not as likely if it was
18   a brand product.
19   BY MS. EUN:
20   **Q      When you say multi-source, do you mean**
21   **that both brand and generic versions are available**
22   **of the product?**
23   A    Well, technically I really just mean
24   more than one person can supply the product.
25   Typically, it's going to be a brand and generic

24

1    situation, but I really just mean more than one
2    source.
3    **Q      More than one manufacturer?**
4    A    Yes.
5    **Q      If the manufacturer raised the price at**
6    **which it sold a contraceptive product to you would**
7    **that influence the quantities of pharmaceutical**
8    **products that ABC's customers purchased from ABC to**
9    **fluctuate?**
10   A    It could, again, in the same context as
11   before and that being if it was a multi-source
12   environment.
13   **Q      So just to be clear, if it were a**
14   **multi-source environment, then if the manufacturer**
15   **raised a price, it would influence the quantities**
16   **that ABC's customers purchased from ABC?**
17       MR. CRAMER:  Asked and answered.
18       THE WITNESS:  Yes.
19   BY MS. EUN:
20   **Q      You also state that prevailing market**
21   **conditions influence the prices that ABC charges for**
22   **prescription pharmaceutical products.**
23       **What are those prevailing market**
24   **conditions?**
25   A    Introduction of processing efficiencies

25

1  can take costs out of the channel and that can and
2  sometimes those costs are used to affect pricing in
3  the marketplace, introduction of competent
4  advertising, so moving from a sole source to a
5  multi-source environment can affect pricing in the
6  marketplace.  Those would be two examples.
7      Q    Could you explain how the introduction
8  of processing efficiencies takes costs out of the
9  channel of distribution?
10     A    If you can introduce a more cost
11 effective process say through the application of
12 automation, it costs you less to do some set amount
13 of work, you could choose to pass on some of that
14 savings to your customers if you so desired.
15     Q    Automation such as automatic ordering?
16     A    That could be an example.
17     Q    Does AmerisourceBergen choose to pass
18 on those types of savings to its customers?
19         MR. SCHER:  Objection.  You can answer
20     that question.
21         MR. CRAMER:  Join.
22         THE WITNESS:  I would say
23     AmerisourceBergen reacts to the marketplace as
24     it needs to.
25 BY MS. EUN:

26

1      Q    Could you explain that answer, please?
2  What do you mean by AmerisourceBergen reacts to the
3  marketplace as it needs to?
4      A    We assess the market in terms of what
5  the prevailing prices are that correspond to the
6  services, the products and services that we provide
7  our customers and we price them accordingly -- price
8  our products and services accordingly.
9      Q    If the manufacturer raised the price at
10 which it sold a product to ABC, would that raise the
11 price that ABC charges for prescription
12 pharmaceutical products?
13         MR. CRAMER:  Asked and answered.
14         MS. EUN:  Actually, this is a new
15     question, counsel.
16         MR. CRAMER:  Same objection.
17         THE WITNESS:  Probably.
18 BY MS. EUN:
19     Q    In what way would it influence the
20 price that ABC charges for prescription
21 pharmaceutical products?
22         MR. CRAMER:  Objection.
23         THE WITNESS:  Well, if our cost goes
24     up, then typically that increase will be
25     passed on to our customers.

27

1  BY MS. EUN:
2      Q    What if the cost goes down, does that
3  cost decrease pass on to your customers?
4      A    It depends.
5      Q    What does it depend on?
6      A    Market conditions.
7      Q    Could you explain the market
8  conditions, please?
9         MR. SCHER:  Objection, asked and
10     answered, but if it's a different answer, you
11     can provide that.
12         THE WITNESS:  It's not different.  If
13     the marketplace is supporting a specific price
14     for a particular product, and the market
15     continues to support that price, then there is
16     no need to change it.
17 BY MS. EUN:
18     Q    Let's go back to the prevailing market
19 conditions that we've been discussing in Paragraph 4
20 of your Declaration.
21         Would you also say that the cost that
22 AmerisourceBergen sets for its product for sale to
23 its customer, is that a prevailing market condition?
24         MR. SCHER:  Object to the form.
25         MR. CRAMER:  Same objection.

28

1         THE WITNESS:  I'm not sure what you
2     mean by the cost that we set.
3  BY MS. EUN:
4      Q    The prices that you set for the
5  pharmaceutical products that you sell to your
6  customers, is that prevailing market condition?
7         MR. SCHER:  Object to the form.
8         THE WITNESS:  I would say it's not.  I
9     would say it influences the market.
10 BY MS. EUN:
11     Q    Could you please describe how it
12 influences the market?
13     A    Once the price is put out to the
14 marketplace and business is being transacted at that
15 price, it becomes part of the market.
16     Q    What about customer demand, is that a
17 prevailing market condition?
18     A    Yes.
19     Q    In what way?
20         MR. CRAMER:  What's this question
21     about?  I'm sorry, I didn't hear the word,
22     customer --
23         MS. EUN:  Customer demand.
24         MR. CRAMER:  Thank you.
25         THE WITNESS:  Often times, the more

29

1    demand there is for a particular product, the
2    more attention that is paid to that product.
3  BY MS. EUN:
4      Q    When you say more attention is paid to
5  the product, you mean that purchases of the product
6  are increased?
7      A    Well, in our world demand means
8  customer purchase activity.  That's what demand
9  means to us.
10     Q    What about promotion by branded drug
11 manufacturer, is that a prevailing market condition?
12     A    I'm sorry, promotions --
13     Q    By branded drug manufacturers.
14     A    I would say they could be.
15     Q    In what way could they be?
16     A    To the extent that they can influence
17 either purchasers or consumers and can affect them
18 to either buy more or request more, they can affect
19 the market.
20     Q    Have you ever seen promotion by branded
21 drug manufacturers to be a prevailing market
22 condition at AmerisourceBergen?
23     A    Yes.
24     Q    Could you give me an example?
25     A    If a manufacturer offered the

30

1  opportunity to purchase product at a discounted
2  price, we would typically purchase additional
3  product than we normally would purchase without the
4  offer of that discount.
5      Q    Paragraph 5 of your Declaration, it's
6  on page two.  In Paragraph 5A, you state:  A number
7  of entities, and you state that they have filed an
8  action on behalf of direct purchasers of Ovcon 35, a
9  group that includes ABC.
10          How did you become aware or how did
11 AmerisourceBergen become aware that these entities
12 had filed an action on behalf of direct purchasers
13 of Ovcon 35?
14     A    I don't know how AmerisourceBergen
15 became aware.
16     Q    How did you become aware?
17     A    Jon told me.
18     Q    And was this at the meeting at which he
19 gave you the Declaration to sign?
20     A    I think so.
21     Q    Could it have been any other time?
22     A    That's not likely.
23     Q    In Paragraph 5C, it states that or you
24 state that the named Plaintiffs seek to recover
25 damages in the form of overcharges.

31

1          Can you tell me what overcharges are?
2      A    A situation when you pay more for
3  something than you would expect to or otherwise
4  could.
5      Q    And how did you become aware that these
6  types of damages were the damages that the named
7  Plaintiffs seek to recover?
8      MR. SCHER:  Objection.  You can answer
9  it.
10     THE WITNESS:  Through Jon.
11 BY MS. EUN:
12     Q    At that same meeting where you were
13 given the Declaration to sign?
14     A    Yes.
15     Q    In Paragraph 5C of your Declaration,
16 what do you mean when you say aggregate damages, if
17 recovered, to be allocated proportionately to Class
18 members based on each Class member's proportionate
19 share of the aggregate damages?
20     MR. SCHER:  Objection.
21     THE WITNESS:  I believe it means that
22 it will be shared based on the pro rata amount
23 of each Class member's purchase activity.
24 BY MS. EUN:
25     Q    And do you know how the proportionate

32

1  share of aggregate damages would be determined?
2      A    No.
3      Q    Do you contend that AmerisourceBergen
4  was damaged in any way by Barr or Warner Chilcott?
5      MR. SCHER:  Objection.
6      MR. CRAMER:  Same objection.
7      THE WITNESS:  I don't know.
8  BY MS. EUN:
9      Q    In Paragraph 5F of your Declaration you
10 state that some of the named Plaintiffs are
11 proceeding is assignees or partial assignees of
12 direct purchasers of Ovcon 35.
13          How did you become aware that some
14 named Plaintiffs are proceeding as assignees or
15 partial assignees of direct purchasers of Ovcon 35?
16     A    Through Jon.
17     Q    Prior to Jon telling you, did you have
18 any knowledge that some of the named Plaintiffs were
19 proceeding as assignees or partial assignees of
20 purchasers or direct purchasers of Ovcon 35?
21     A    No.
22     Q    Do you know whether any of either the
23 named Plaintiffs or people in the putative or
24 entities in the putative direct purchaser class are
25 proceeding under assignment from ABC?

33

1    A    No, I don't.
2    Q    You don't know whether
3  AmerisourceBergen has assigned or conveyed any
4  interest, if any, that they have in the Meijer
5  Litigation against either Barr or Warner Chilcott
6  relating to its purchasers of Ovcon 35?
7    A    No, I don't know.
8       (Agreement for Assignment of Claims was
9       marked Jones-3 for identification.)
10  BY MS. EUN:
11    Q    I'm handing you what's been marked as
12  Jones Deposition Exhibit 3.  You can take a moment
13  to look at it.  It's entitled Agreement for
14  Assignment of Claims.  On the second page it
15  indicates that it has been entered into by Walgreen
16  and AmerisourceBergen Drug Corporation.  I assume
17  you've never seen Deposition Exhibit 3 before?
18    A    That's right.
19    Q    Can you tell me who signed on behalf of
20  AmerisourceBergen?  It looks like a W. Sprague,
21  Walter Sprague perhaps?
22    A    No.  I think William Sprague.
23    Q    And who is William Sprague?
24    A    He was our chief counsel.
25    Q    Chief in-house counsel?

34

1    A    Yes.
2    Q    Is he no longer the chief in-house
3  counsel?
4    A    I don't believe he is.  He's retiring.
5  As you know, sometimes those things take time.
6    Q    When Mr. Sprague retires, who would
7  sign assignments like this on AmerisourceBergen's
8  behalf, if you know?
9       MR. SCHER:  Objection.
10       MR. CRAMER:  Same objection.
11       MR. SCHER:  Don't guess.
12       THE WITNESS:  I don't know.
13  BY MS. EUN:
14    Q    Do you know whether there are any other
15  assignments similar to Deposition Exhibit 3 in
16  existence between AmerisourceBergen and any other
17  entity?
18       MR. SCHER:  Are you talking about with
19    respect to Barr and Ovcon?
20       MS. EUN:  Yes.  When I say similar
21    to --
22       MR. SCHER:  You mean in that respect?
23       MS. EUN:  Right.
24       THE WITNESS:  No, I'm not aware of any.
25  BY MS. EUN:

35

1    Q    Who would know?
2    A    I would think someone in our legal
3  department.
4    Q    And you didn't see Deposition Exhibit 3
5  before you signed your Declaration?
6    A    No.
7    Q    You can put that aside.  We're going to
8  turn back to Deposition Exhibit 2, which is your
9  Declaration.
10       In Paragraph 6, which is on Page 2 of
11  Deposition Exhibit 2, you state that ABC has
12  determined, in its considered business judgment,
13  that its interests would best be served by the Court
14  certifying the proposed class of direct purchasers.
15       How did AmerisourceBergen reach this
16  considered business judgment?
17    A    I don't know how AmerisourceBergen did.
18    Q    Do you know when AmerisourceBergen
19  reached this considered business judgment?
20    A    No.
21    Q    Were you not involved in reaching this
22  considered business judgment?
23    A    That's correct.
24    Q    Do you know who was involved in
25  reaching this considered business judgment?

36

1    A    I believe that came from our legal
2  department.
3    Q    You refer to AmerisourceBergen's
4  interests in the first sentence of Paragraph 6 of
5  your Declaration.  Did you have any discussions with
6  anyone about whether certifying the Meijer
7  Plaintiffs proposed class would be in
8  AmerisourceBergen's best interests?
9    A    No, other than Jon.
10    Q    And the discussion that you had with
11  Jon was on the date on which you signed the
12  Declaration?
13       MR. SCHER:  Objection, asked and
14    answered.
15       THE WITNESS:  Yeah, I believe so.
16  BY MS. EUN:
17    Q    Did you review any documents in order
18  to make the statement that AmerisourceBergen's
19  interests would best be served by the Court
20  certifying the proposed class of direct purchasers
21  of Ovcon 35?
22       MR. SCHER:  Objection.
23       MR. CRAMER:  Objection.
24       THE WITNESS:  No.
25  BY MS. EUN:

37

1    Q    Do you know whether any documents were
2  generated to reach this considered business
3  judgment?
4    A    I don't know.
5    Q    Did you have any communications with
6  named Plaintiffs' counsel in order to reach
7  considered business -- I'm sorry, let me rephrase.
8  You had stated that you weren't involved in reaching
9  the considered business judgment.
10      Did you have any communications with
11  named Plaintiffs' counsel prior to signing this
12  Declaration?
13    A    No.
14    Q    Did you have any communications with
15  named Plaintiffs' counsel subsequent to signing the
16  Declaration?
17    A    No.
18    Q    And I'm sorry, just to be clear, when I
19  say named Plaintiffs, I meant in the Meijer
20  Litigation.  I just wanted to make the record clear.
21      Did you have any communications with
22  any other counsel outside of AmerisourceBergen
23  in-house counsel or AmerisourceBergen outside
24  counsel, Mr. Scher?
25    A    No.

38

1    Q    The interests that you referred to in
2  Paragraph 6, what interests are you referring to
3  there?
4    A    The company's interests.
5    Q    Could you be a little bit more
6  specific?
7    A    No.  Well, their business interests.
8    Q    When you say business interests, what
9  do you mean by that?
10    A    The business that AmerisourceBergen
11  operates.
12    Q    I'm sorry, perhaps I'm not being clear.
13  In Paragraph 6 of your Declaration you state that
14  AmerisourceBergen's interests would best be served
15  by the Court certifying the proposed class of direct
16  purchasers of Ovcon 35 and I'm not asking generally
17  about AmerisourceBergen's business interests.  I'm
18  asking about what particular interests would be
19  served for AmerisourceBergen by certifying the
20  proposed class of direct purchasers of Ovcon 35.
21      MR. SCHER:  Object to the form of the
22  question.  He's answered that question.  He
23  said it's the business interests of
24  AmerisourceBergen that would be served.
25      MR. CRAMER:  Join in the objection.

39

1      MR. SCHER:  You're telling him not to
2  say that by asking him that question, but I'll
3  let the witness answer the question.  He's
4  done well so far.
5      MS. EUN:  I'm actually not saying that
6  if you read my question carefully, but please
7  go ahead and answer and if you need the
8  question read back, we can do so.
9      MR. SCHER:  You said you're not asking
10  him generally about Amerisource's business
11  interests, but that's what his answer is, that
12  it is Amerisource's business interests and
13  you're telling him not to answer it that way
14  and that's not fair, but I'm going to let the
15  witness answer it anyway.
16      MS. EUN:  Mr. Scher, that's not my
17  question.
18      Could you please read my question back?
19      MR. SCHER:  I'm reading your question
20  and it says I'm not asking generally --
21      MS. EUN:  I'm asking the court reporter
22  to read my question back, Mr. Scher.  It's
23  inappropriate for you to read the question
24  back from a rough transcript that is coming up
25  on your computer by Live Note.  I'm asking the

40

1  court reporter to read the question back,
2  please.  Can you do so?
3      MR. SCHER:  Let's talk about what's
4  appropriate and what's not and what's not
5  appropriate is your interrupting me when I'm
6  speaking and I won't abide by that.  That's
7  rude.
8      MS. EUN:  What's rude, Mr. Scher, is
9  you attempting to phrase my question or
10  rephrase my question.  I'm asking the court
11  reporter to read the question back so that the
12  record can be clear.
13      Could you please read the question
14  back?
15      MR. SCHER:  And you know the court
16  reporter is reading directly from what I'm
17  reading, but you may do so any way you want
18  to.
19      MS. EUN:  Could you please read the
20  question back?
21      (At which time the following question
22  was read back by the reporter: "Question:  In
23  Paragraph 6 of your Declaration you state that
24  AmerisourceBergen's interests would best be
25  served by the Court certifying the proposed

41

1　class of direct purchasers of Ovcon 35 and I'm
2　not asking generally about AmerisourceBergen's
3　business interests. I'm asking about what
4　particular interests would be served for
5　AmerisourceBergen by certifying the proposed
6　class of direct purchasers of Ovcon 35?")
7　　　　MR. PERWIN: Objection to the form of
8　the question.
9　　　　MR. CRAMER: Join.
10　　　　THE WITNESS: I believe it's our
11　general business issues.
12　　　　MR. SCHER: Interests.
13　　　　THE WITNESS: Or interests, excuse me,
14　interests.
15　BY MS. EUN:
16　　**Q　　Do you have any financial agreement or**
17　**understanding with named Plaintiffs' counsel with**
18　**respect to the distribution of any damages in this**
19　**case?**
20　　　　MR. PERWIN: You mean the witness
21　personally or AmerisourceBergen Corporation?
22　　　　MS. EUN: I mean AmerisourceBergen.
23　　　　THE WITNESS: I'm sorry, what are you
24　asking me?
25　　　　MS. EUN: Could you please read the

42

1　question back?
2　　　　MR. SCHER: Why don't you restate it
3　because you used the word you and you didn't
4　mean that.
5　　　　MS. EUN: I've clarified that it's
6　AmerisourceBergen.
7　　　　Could you please read the question
8　back?
9　　　　MR. SCHER: When the court reporter
10　reads it back and says you, it means
11　AmerisourceBergen because the interrogator
12　won't give you the courtesy of asking you an
13　accurate and complete question.
14　　　　MS. EUN: Please read my question back.
15　　　　(At which time the following question
16　was read back by the reporter: "Question: Do
17　you have any financial agreement or
18　understanding with named Plaintiffs' counsel
19　with respect to the distribution of any
20　damages in this case?")
21　　　　THE WITNESS: Do we have an agreement
22　with named Plaintiff counsel?
23　BY MS. EUN:
24　　**Q　　Yes.**
25　　A　　I don't think so.

43

1　　**Q　　In Paragraph 6 of your Declaration you**
2　**also state that AmerisourceBergen has determined,**
3　**and I'll paraphrase slightly, at the end of the**
4　**paragraph it says: And allowing this action to**
5　**proceed as a class action with ABC remaining a**
6　**member of the class.**
7　　　　**Do you contend that ABC would not opt**
8　**out of the class if certified?**
9　　　　MR. SCHER: Objection.
10　　　　THE WITNESS: I'm sorry, what specific
11　paragraph?
12　BY MS. EUN:
13　　**Q　　I apologize. At Paragraph 6, at the**
14　**very end of the paragraph, the last clause of the**
15　**paragraph reads: Allowing this action to proceed as**
16　**a class action with AmerisourceBergen or ABC**
17　**remaining a member of the class.**
18　　　　**Do you contend that if the class were**
19　**certified, AmerisourceBergen wouldn't opt out of the**
20　**class?**
21　　　　MR. SCHER: Object to the form.
22　　　　MR. CRAMER: Join.
23　　　　THE WITNESS: I don't know.
24　BY MS. EUN:
25　　**Q　　Do you know what it means to opt out of**

44

1　**a Class?**
2　　A　　I'm not sure.
3　　**Q　　Is it your decision at**
4　**AmerisourceBergen whether or not to remain a member**
5　**of a Class in any Class action?**
6　　A　　No.
7　　**Q　　Whose is it?**
8　　A　　I would think it would be someone in
9　our legal department.
10　　**Q　　In Paragraph 7, you state: Based on**
11　**past experience, ABC is confident that the named**
12　**Plaintiffs and their counsel are fully capable of**
13　**representing ABC's interests for purposes of this**
14　**action.**
15　　　　**What past experience are you referring**
16　**to?**
17　　A　　Past experience that the company has
18　had.
19　　**Q　　Specifically, what past experience that**
20　**the company has had are you referring to?**
21　　A　　I don't know the specific experiences.
22　　**Q　　Were you involved in any of the past**
23　**experiences that you referred to in Paragraph 7 of**
24　**your Declaration?**
25　　　　MR. SCHER: Object to the form.

45

1        THE WITNESS:  I think so, yes.
2  BY MS. EUN:
3    **Q      How were you involved?**
4    A     Just from a general awareness
5  perspective and it's possible that there was one or
6  more situations where I also signed a document
7  similar to this.
8    **Q      Can you tell me which experiences that**
9  **you're referring to that you have a general**
10  **awareness of?**
11    A     No, I don't recall them specifically.
12    **Q      You state that AmerisourceBergen is**
13  **confident that the named Plaintiffs and their**
14  **counsel are fully capable of representing ABC's**
15  **interests for purposes of this action.**
16        **Is that based on your personal**
17  **knowledge?**
18    A     No, it's based on a recommendation from
19  our legal group.
20    **Q      Turning to Paragraph 8 of your**
21  **Declaration, in the second sentence you state: ABC**
22  **decided in past cases that its economic and other**
23  **interests were best served by participating as a**
24  **Class member in those cases.**
25        **What economic and other interests are**

46

1  **you referring to?  I'm sorry, why don't I break that**
2  **up.  What economic interests are you referring to?**
3    A     Time and money spent.
4    **Q      Time and money spent on what?**
5    A     On this activity.
6    **Q      On litigating interests on**
7  **AmerisourceBergen's behalf?**
8    A     Yes, I believe so.
9    **Q      Is that all you mean by economic**
10  **interests?**
11    A     And just a general business interest of
12  the company.
13    **Q      What do you mean by other interests,**
14  **specifically in Paragraph 8 in the last sentence of**
15  **your Declaration?**
16    A     Well, I think I made reference to a
17  time, distractions from other business activities,
18  things like that.
19    **Q      Distractions from other business**
20  **activity, any other interests?**
21    A     No, not that I can think of.
22    **Q      Does AmerisourceBergen generally make**
23  **more on the sale of Ovcon 35 than Balziva, which is**
24  **the generic form of Ovcon 35?**
25        MR. SCHER:  I direct the witness not to

47

1  answer.
2        MS. EUN:  On what basis, counsel?
3        MR. CRAMER:  Objection.
4        MR. SCHER:  That would be downstream
5  discovery.
6        MR. CRAMER:  Objection.
7        MS. EUN:  As you know, and I apologize,
8  Eric, under the Federal Rules of Evidence, you
9  can't object or instruct a witness not to
10  answer on the basis of relevance.  You can
11  only instruct the witness not to answer based
12  on privilege based on moving under 30D4.
13        MR. SCHER:  Uh-huh.
14        MS. EUN:  So on what basis are you
15  instructing your witness not to answer?
16        MR. SCHER:  I'm instructing the witness
17  not to answer because this discovery is
18  outside the rules.  You're not permitted to
19  take discovery of absent Class members and
20  that's what we are.  We're accommodating you
21  by allowing you to take the deposition of an
22  absent Class member and on that basis, I'm
23  instructing the witness that you will not be
24  permitted to interrogate this witness on the
25  relative profitability of generic versus

48

1  branded.  Downstream discovery is not
2  permitted.
3        MS. EUN:  It's simply not true that
4  downstream discovery is not permitted.
5        MR. SCHER:  Well, it's not going to be
6  permitted in this deposition.  Okay?
7        MS. EUN:  No.  Actually, I don't think
8  that that is okay.
9        MR. SCHER:  You don't have to agree to
10  it.  That's fine.  Do you have another
11  question?
12  BY MS. EUN:
13    **Q      Are you going to listen to your**
14  **counsel's instruction?**
15        MR. SCHER:  No, he heard me.  Now, the
16  question is is he going to abide by my
17  instruction, not listen to it.
18        MS. EUN:  Please don't correct me,
19  counsel.
20        MR. SCHER:  I'm sorry, she just wants
21  to know if you heard me.
22        MS. EUN:  Please don't instruct your
23  witness or coach your witness.
24        MR. SCHER:  I just instructed my
25  witness not to answer your question.

49

1          MS. EUN:  Mr. Scher, I think it's
2    inappropriate, the tone in which you're
3    speaking to me.
4          MR. SCHER:  I apologize.
5          MS. EUN:  I'm speaking in a perfectly
6    respectful tone to you and your witness.
7          MR. SCHER:  I apologize.
8          MS. EUN:  This is my deposition and I
9    would appreciate it if you would let me
10   conduct the deposition.
11         MR. SCHER:  I understand that you would
12   appreciate that.  Go ahead.
13   BY MS. EUN:
14   **Q      Did your hear your counsel's**
15   **instruction not to answer on the basis of relevance?**
16   A    I did.
17   **Q      Are you going to heed your counsel's**
18   **instruction not to answer on the basis of relevance?**
19   A    I am.
20   **Q      When a generic enters the market, do**
21   **your purchases of a branded -- the branded version**
22   **decrease?**
23         MR. SCHER:  How is that different than
24   the question that you asked at the outset of
25   this deposition?

50

1          MS. EUN:  I'm entitled to an answer.
2          THE WITNESS:  Yeah, usually.
3    BY MS. EUN:
4    **Q      In what way?**
5          MR. SCHER:  Form.
6          THE WITNESS:  I'm sorry, in what way do
7    they decrease?
8    BY MS. EUN:
9    **Q      Yes.**
10         MR. SCHER:  Object to the form.
11         THE WITNESS:  Well, it depends some
12   time very dramatically, sometimes not quite so
13   dramatic.  It depends.
14   BY MS. EUN:
15   **Q      What does it depend on?**
16         MR. SCHER:  Objection, asked and
17   answered.  You can answer it again.
18         THE WITNESS:  Prevailing market
19   conditions surrounding the generic entry.
20   BY MS. EUN:
21   **Q      Do prevailing market conditions include**
22   **less demand by your customers for a branded version?**
23         MR. SCHER:  Objection, asked and
24   answered.  You can answer it again.
25         THE WITNESS:  Yeah.  I would say the

51

1    other way around and that is increased demand
2    or interest in the new generic.
3    BY MS. EUN:
4    **Q      When you purchase the generic version**
5    **of a drug once it becomes available, do you purchase**
6    **it for all of your customers or some of your**
7    **customers?**
8          MR. SCHER:  Object.
9    BY MS. EUN:
10   **Q      When I say customer, I'm referring to**
11   **the same customers that buy the branded version of**
12   **the drug.**
13         MR. SCHER:  Object to the form of the
14   question.
15         MR. CRAMER:  Same objection.
16         THE WITNESS:  We purchase product based
17   on what we believe to be our customer's demand
18   for that particular product, all customers.
19   BY MS. EUN:
20   **Q      Do the same customers who purchase the**
21   **generic product when it becomes available from**
22   **AmerisourceBergen -- excuse me, let me rephrase.**
23         **Did the same customers that purchased**
24   **the branded version of the drug from**
25   **AmerisourceBergen purchase the generic version from**

52

1    **AmerisourceBergen when it becomes available?**
2          MR. SCHER:  Objection.
3          MR. CRAMER:  Same objection.
4          THE WITNESS:  No.
5    BY MS. EUN:
6    **Q      Why not?**
7    A    We have some customers that purchase
8    generics from another source.
9    **Q      What other sources?**
10   A    Typically, directly from manufacturers.
11   **Q      And why do they do that?**
12         MR. CRAMER:  Foundation.
13         MR. PERWIN:  Object to the form.
14         MR. SCHER:  Objection.
15         THE WITNESS:  They believe that they
16   can be advantaged somehow, I assume.
17         MR. SCHER:  Don't guess or assume
18   unless you know.
19   BY MS. EUN:
20   **Q      What do you mean by advantaged somehow?**
21   A    Well, it's a purchase decision that
22   they're making and usually when you choose, you make
23   the choice based on some reason.
24   **Q      It's cheaper?**
25   A    That would be a reason.

53

1    Q    Paragraph 9 of your Declaration, which
2 is located on Page 3 of Deposition Exhibit 2, you
3 state:  ABC has previously chosen to pursue its
4 overcharged claims as part of a class represented by
5 one or more of these same Named Plaintiffs, such as
6 regional wholesalers Louisiana Wholesale Drug Co.,
7 Inc. and Rochester Drug Co-Operative, Inc. and you
8 list a few cases.
9        What was the In re Cardizem Antitrust
10 Litigation that you refer to in Paragraph 9 of your
11 Declaration about?
12    A    I just have a very cursory knowledge of
13 what it was.
14    Q    Whatever knowledge you have, you can
15 state here.
16    A    I believe it had something to do with
17 some kind of disruption to the launching of a
18 generic product that was equivalent to the Cardizem
19 product.
20    Q    And do you know why AmerisourceBergen
21 previously chose to pursue its overcharge claims as
22 part of a class in the In re Cardizem case?
23        MR. SCHER:  Why don't you start all
24    over.  It's garbled now.
25        (At which time the following question

54

1    was read back by the reporter:  "Question:
2    And do you know why AmerisourceBergen
3    previously chose to pursue its overcharge
4    claims as part of a class in the In re
5    Cardizem case?")
6        THE WITNESS:  No.
7 BY MS. EUN:
8    Q    You also list the In re Buspirone case.
9 Can you tell me what that case was about?
10    A    I believe it was similar in nature,
11 again, having to do with some kind of disruption
12 with the generic launch.
13    Q    And do you know why AmerisourceBergen
14 previously chose to pursue its overcharged claims as
15 part of a class in the In re Buspirone case?
16    A    No, I don't.
17    Q    You also list the In re Remeron case in
18 Paragraph 6 of your Declaration.
19        Do you know what that was about?
20    A    I believe it's similar as well.
21    Q    Do you know why AmerisourceBergen
22 previously chose to pursue its overcharge claims as
23 part of the class in the In re Remeron case?
24    A    No.
25    Q    And you also list the In re Relafen

55

1 case.
2        Do you know what that case was about?
3    A    I again believe it was the same type of
4 situation.
5    Q    As Cardizem, Buspirone and Remeron?
6    A    Yes.
7    Q    Do you know why AmerisourceBergen
8 previously chose to pursue its overcharge claims as
9 part of a case in In re Relafen?
10    A    No.
11    Q    You also state that those four cases
12 were cases in which AmerisourceBergen chose to
13 pursue its overcharge claims as part of a class,
14 among others.
15        Can you tell me what the other cases
16 are?
17    A    No.  No, I don't recall.
18    Q    You then state that ABC, in Paragraph 9
19 of your Declaration, also has affirmatively
20 expressed its support of other similarly pending
21 class actions.  And you list the In re TriCor
22 Litigation.  What was the In re TriCor Litigation
23 about?
24    A    I'm actually not sure.
25    Q    What about the In re K-Dur Litigation?

56

1    A    I believe that is similar to the others
2 that we talked about.
3    Q    Similar to the other cases in Paragraph
4 9 of your Declaration?
5    A    Yes.
6    Q    How did AmerisourceBergen affirmatively
7 express its support of In re TriCor and In re K-Dur?
8    A    I don't know.
9    Q    Why didn't AmerisourceBergen choose to
10 pursue its overcharge claims as part of a direct
11 purchaser class In re TriCor and In re K-Dur as it
12 did in the Cardizem, Buspirone and Relafen cases?
13        MR. SCHER:  Objection to form,
14    misstates the evidence of facts.
15        MR. PERWIN:  Objection.
16        THE WITNESS:  I don't know.
17 BY MS. EUN:
18    Q    Paragraph 10 of your Declaration, it's
19 the last page, you state that there is no antagonism
20 or conflict between the interests of the named
21 Plaintiffs in pursuing overcharges damages in this
22 case and ABC's overall and economic interests.
23        What do you mean by no antagonism or
24 conflict?
25    A    No issues between the members of this

57

1  group.
2      Q     When you say members of the group, you
3  mean the putative direct class of purchasers of
4  Ovcon?
5      A    Yes.
6      Q     And what types of issues are you
7  talking about that there are none of?
8          MR. SCHER:  Object to the form.
9          THE WITNESS:  Issues that would make
10     us -- issues that would conflict with us
11     participating in this type of a process.
12 BY MS. EUN:
13     Q     What type of issues would conflict with
14 AmerisourceBergen participating in this type of
15 process?
16         MR. CRAMER:  Objection to form.
17         MR. SCHER:  Same objection.
18         THE WITNESS:  If for some reason we
19     thought one of the other members had a
20     different kind of business relationship or
21     process than we did.
22 BY MS. EUN:
23     Q     And by we you mean AmerisourceBergen?
24     A    Yes.
25     Q     Are there any other types of issues

58

1  that would conflict with AmerisourceBergen
2  participating in this type of process?
3      A    No, not that I'm aware of.
4      Q     What do you mean in Paragraph 10 of
5  your Declaration when you say:  ABC's overall
6  economic and legal interests?  And you can take
7  those one at a time if you want to take economic
8  interests first.
9      A     Well, economic would be the financial
10 performance or impact to the company and legal
11 interests would be exposure to some kind of
12 litigation activity.
13     Q     Did you conduct any analysis of
14 AmerisourceBergen's overall economic and legal
15 interests?
16     A    No.
17         MR. CRAMER:  At any time?  Objection.
18 BY MS. EUN:
19     Q     Did you conduct any analysis of the
20 economic and legal interests of the other putative
21 Class members in the Ovcon 35 litigation?
22         MR. CRAMER:  Objection.
23         THE WITNESS:  No.
24 BY MS. EUN:
25     Q     Did you investigate the economic and

59

1  legal interests of any of the putative class members
2  in the Ovcon 35 direct purchaser litigation?
3      A    No.
4      Q     Do you contend that AmerisourceBergen's
5  economic and legal interests are not in conflict
6  with any other putative class member in the Meijer
7  Litigation?
8      A    I do.
9      Q     Do you know who the other putative
10 Class members are?
11     A    Not other than the ones that were
12 referenced in this document.
13     Q     And you're talking specifically about
14 Paragraph 5A of your Declaration?
15     A    Yes.
16     Q     You don't know any other putative class
17 members besides those listed in 5A of your
18 Declaration?
19     A    No.
20     Q     Have you considered that there may be
21 Class members outside of the putative Class members
22 listed in 5A of your Declaration that may have an
23 economic or legal interest -- conflicts with
24 AmerisourceBergen?
25         MR. SCHER:  Object to the form.

60

1          MR. CRAMER:  Join.
2          THE WITNESS:  Yes, I considered it.
3  BY MS. EUN:
4      Q     But you don't know who any of the other
5  Class members are besides those listed in 5A of your
6  Declaration?
7      A     That's correct, I don't know them
8  specifically, no.
9      Q     You didn't investigate or analyze the
10 economic and legal interests of putative class
11 members outside those listed in 5A of your
12 Declaration?
13         MR. CRAMER:  Asked and answered.
14         MR. SCHER:  Objection, asked and
15     answered.  You can answer it again.
16         THE WITNESS:  That's correct.
17 BY MS. EUN:
18     Q     AmerisourceBergen could pursue claims
19 against Warner Chilcott and Barr separately from the
20 putative class in the Meijer Litigation, isn't that
21 right?
22         MR. SCHER:  Objection.
23         THE WITNESS:  I don't know.
24         (Brief recess.)
25 BY MS. EUN:

61

1    Q    Let's turn again to Paragraph 5C of
2  **your deposition, which is Deposition Exhibit 2.**
3  **It's a paragraph in which you state that aggregate**
4  **damages, if recovered, shall be allocated**
5  **proportionately to Class members based on each Class**
6  **member's proportionate share of the aggregate**
7  **damages.**
8          **Is it fair to say that by participating**
9  **as a member of putative class of direct purchasers**
10 **of Ovcon 35 that AmerisourceBergen may obtain less**
11 **damages than if it had sued Warner Chilcott and Barr**
12 **on its own?**
13         MR. SCHER:  Object to the form.
14         MR. CRAMER:  Join.
15         THE WITNESS:  I don't know.
16 BY MS. EUN:
17    Q    Is it fair to say that as a result of
18 **pursuing overcharged damages and allocating them**
19 **proportionately, that AmerisourceBergen may receive**
20 **less than its full overcharge damages than if it had**
21 **sued on its own?**
22         MR. CRAMER:  Objection.
23         MR. SCHER:  Objection.
24         THE WITNESS:  I don't know.
25 BY MS. EUN:

62

1    Q    **Have you looked into it?**
2         MR. SCHER:  Objection.
3         MR. CRAMER:  Join.
4         THE WITNESS:  I have not.
5  BY MS. EUN:
6    Q    **Does AmerisourceBergen have any**
7  **contracts in which it sells pharmaceutical products**
8  **at its cost to purchase a pharmaceutical product**
9  **plus a set margin or markup?**
10         MR. CRAMER:  Objection to form.
11         MR. SCHER:  How is that not downstream
12  discovery?  I can't see how it could not be?
13  Is there anything in this Declaration that
14  ties into that question, do you know?  I'll
15  let him answer it, if you can show me where in
16  this Declaration he makes an assertion.
17         MS. EUN:  I'm referring to Paragraph 4.
18         MR. SCHER:  Four, okay.
19         MS. EUN:  Could you read back my
20  question, please?
21         (At which time the following question
22  was read back by the reporter:  "Question:
23  Does AmerisourceBergen have any contracts in
24  which it sells pharmaceutical products at its
25  cost to purchase a pharmaceutical product plus

63

1  a set margin or markup?")
2         MR. SCHER:  Object to the form.
3         MR. CRAMER:  Join.
4         THE WITNESS:  Yes.
5  BY MS. EUN:
6    Q    **With whom?**
7         MR. SCHER:  I instruct the witness not
8  to answer.
9         MS. EUN:  The witness has already begun
10  to testify on this topic.
11         MR. SCHER:  Because you represented to
12  me that it tied in somehow to Paragraph 4 and
13  it doesn't, so --
14         MS. EUN:  Mr. Scher, you have the
15  Declaration right in front of you.  I pointed
16  you to the paragraph and you allowed your
17  witness to answer the question.  I'm merely
18  asking a question that leads logically from my
19  last question and answer with Mr. Jones.
20         MR. SCHER:  Okay.
21         MS. EUN:  Can you please read back my
22  question?
23         (At which time the following question
24  was read back by the reporter:  "Question:
25  With whom?")

64

1         MR. SCHER:  I direct the witness not to
2  answer.
3         MS. EUN:  On what basis?
4         MR. SCHER:  It's irrelevant.
5         MS. EUN:  Under the Federal Rules, you
6  can't instruct a witness not to answer based
7  on irrelevance.
8         MR. SCHER:  I'm not going to repeat the
9  reasons I gave you earlier.
10         MS. EUN:  I'm not asking you to.  I'm
11  just telling you what the Federal rules say.
12         MR. SCHER:  They're the same reasons.
13         MS. EUN:  Excuse me, let me finish.
14  I'm not -- I'm just telling you what the
15  Federal rules say.
16         MR. SCHER:  Thank you.  I appreciate
17  that.  My instruction remains.
18  BY MS. EUN:
19    Q    **Are you going to heed your counsel's**
20  **instruction?**
21    A    Yes.
22    Q    **Do you have any contracts in which you**
23  **use the term cost plus?**
24    A    Yes.
25    Q    **With whom?**

16 (Pages 61 to 64)

65

1     MR. SCHER:  Instruct the witness not to
2   answer.
3 BY MS. EUN:
4     Q     Are you going to heed your counsel's
5 instruction?
6     A     Yes.
7     Q     How many contracts do you use the term
8 cost plus?
9     MR. SCHER:  I instruct the witness not
10   to answer.
11 BY MS. EUN:
12     Q     Are you going to heed your counsel's
13 instruction?
14     A     Yes.
15     Q     Do you have any contracts in which you
16 use WAC as a benchmark and plus or minus a certain
17 percentage?
18     A     Yes.
19     Q     WAC plus or WAC minus?
20     A     Both.
21     Q     With whom?
22     MR. SCHER:  I instruct the witness not
23   to answer.
24 BY MS. EUN:
25     Q     Are you going to heed your counsel's

66

1 instruction?
2     A     Yes.
3     Q     Do you use any other benchmark, plus or
4 minus a certain percentage in your contracts for the
5 sale of pharmaceutical products?
6     MR. CRAMER:  Objection to the form of
7   the question.
8     MR. PERWIN:  Join.
9     THE WITNESS:  Yes.
10 BY MS. EUN:
11     Q     What types of benchmarks?
12     A     Our list price.
13     Q     I'm sorry, I didn't hear you.
14     A     Our list price.
15     Q     And what is your list price based on?
16     A     It's based on WAC.
17     Q     I apologize, I was asking about any
18 benchmarks other than WAC.  Is your list price
19 different in some way than WAC?
20     A     Yes.
21     Q     Could you explain how, please?
22     A     It's a price that's WAC plus a default
23 markup.
24     Q     And what is a default markup?
25     A     A markup that's associated with a

67

1 particular group of products or say a particular
2 supplier's group of products.
3     Q     When you say a particular group of
4 products, do you mean a category of products like
5 contraceptive products?
6     A     It would typically be much broader than
7 that, prescription products.
8     Q     I see, prescription products or
9 non-prescription products?
10     A     Right.
11     Q     And when you say a particular
12 supplier's group of products, you mean a particular
13 supplier's entire group of products?
14     A     Yes.
15     Q     Any other benchmarks plus or minus a
16 certain percentage that you use to price
17 pharmaceutical products for resale besides WAC, plus
18 or minus, plus or minus?
19     A     No, not that I'm aware of.
20     Q     And are the customers with whom you
21 have contracts using the term cost plus different
22 from the contracts in which you use the term WAC
23 plus or minus or are they contained within the same
24 contract?
25     MR. SCHER:  Object to the form.

68

1     MR. PERWIN:  Objection to the form.
2     MR. CRAMER:  Join.
3     THE WITNESS:  You know, we have many,
4   many contracts and I certainly have not
5   familiarized myself with every single one of
6   them, so I don't know if they all have both,
7   some have one or the other.  Some may not have
8   either.
9 BY MS. EUN:
10     Q     So is it fair to say that a cost plus,
11 WAC plus or minus or a list price plus or minus a
12 certain percentage, those contract terms are not
13 mutually exclusive in one contract with a customer
14 of AmerisourceBergen?
15     MR. PERWIN:  Objection to the form of
16   the question.
17     THE WITNESS:  List -- arrangements
18   based on list are not -- they could even be
19   done in conjunction with WAC.  That's
20   possible, I guess.  They're typically not done
21   if we're using list and we don't use it very
22   often and that would be separate from the
23   others.
24 BY MS. EUN:
25     Q     But WAC and cost plus could -- the WAC

69

1 benchmark plus or minus a certain percentage and
2 cost plus could possibly be contained in the same
3 contract to a customer to whom you sell
4 pharmaceutical products and by you I mean
5 AmerisourceBergen?
6    A    Yes, they could be contained in the
7 same contract.
8    Q    Would contraceptive products be
9 included in the types of contracts that we've been
10 talking about that include the terms cost plus, WAC
11 plus or minus a certain percentage or list price
12 plus or minus a certain percentage?
13         MR. CRAMER: Form.
14         THE WITNESS: Branded contraceptive
15    products would be, yes.
16 BY MS. EUN:
17    Q    But not generic contraceptive products?
18         THE WITNESS: Generally, not generics.
19 BY MS. EUN:
20    Q    And just to be clear, that would mean
21 that Ovcon would be included in these contracts if
22 contraceptive products are included in cost plus,
23 WAC plus or minus or list plus or minus contracts?
24 Ovcon would be included in those types of contracts
25 for resale pharmaceutical products to

70

1 AmerisourceBergen customers?
2         MR. SCHER: Objection.
3         MR. CRAMER: Join.
4         THE WITNESS: The Ovcon product would
5    be covered by those contracts, yes.
6 BY MS. EUN:
7    Q    Just for my own personal knowledge, is
8 there a difference between covered and included?
9    A    Well, typically, specific products
10 aren't identified, typically.
11    Q    It's just all the products that you
12 receive from that particular manufacturer are
13 included in those contracts?
14         MR. SCHER: Objection.
15         THE WITNESS: It's actually usually
16    much, much broader than that. It's usually
17    your whole portfolio products that we sell are
18    usually included in that product or at least
19    major groups of those products.
20 BY MS. EUN:
21    Q    Does AmerisourceBergen have any
22 contracts with its customers in which its customers
23 received tier pricing depending on the quantity of
24 pharmaceutical products it purchases or that
25 particular customer purchases?

71

1         MR. CRAMER: Objection. It's
2    downstream discovery.
3         THE WITNESS: Not that I'm aware of.
4    That's not real common. I'm not aware of any.
5 BY MS. EUN:
6    Q    Does AmerisourceBergen have any
7 contracts in which its customers receive increasing
8 rebates depending on the quantity of pharmaceutical
9 products they purchase from AmerisourceBergen?
10         MR. CRAMER: Objection. This is more
11    downstream discovery. How is this possibly
12    relevant to this litigation?
13         MR. SCHER: I direct the witness not to
14    answer.
15         MS. EUN: Eric, I just want to be clear
16    that relevance is not a valid reason to object
17    or instruct a witness not to answer in a
18    deposition under the Federal rules. It's
19    simply not proper and it doesn't matter --
20    even if downstream discovery were not relevant
21    to the liability portion of this litigation,
22    it would certainly be relevant to the damages
23    portion of this litigation.
24         MR. CRAMER: I don't understand.
25         MR. SCHER: That's exactly why I

72

1    instructed the witness not to answer.
2 BY MS. EUN:
3    Q    Are you going to heed your counsel's
4 instruction?
5    A    Yes.
6         MR. CRAMER: I would add that it's
7    abusive and you're asking him to answer
8    questions that have no possible relevance to
9    this litigation.
10         MS. EUN: The Rules of Civil Procedure
11    are very broad in this respect. I'm allowed
12    discovery on anything that's relevant or that
13    could lead -- that could reasonably lead to
14    the discovery of relevant evidence.
15         MR. CRAMER: I agree with both of those
16    things.
17         MS. EUN: And direct purchasers cannot
18    unilaterally determine what's relevant and
19    what's not relevant in a litigation. That's
20    for the Court to decide.
21 BY MS. EUN:
22    Q    Does AmerisourceBergen have any
23 inventory management agreements with manufacturers
24 in which AmerisourceBergen receives a fee for
25 managing inventory levels?

73

1    A    Yes.
2    **Q    With whom?**
3        MR. SCHER: I'm going to instruct the
4    witness not to answer.
5        MS. EUN: That is not downstream
6    discovery. I'm asking the witness about
7    inventory management with manufacturers. That
8    has to do with the purchase of pharmaceutical
9    products by AmerisourceBergen.
10        MR. SCHER: I understand that. If you
11    ask him about that question as it relates to
12    any defendant in this case, go right ahead.
13    But if your question is regarding all other
14    suppliers, I make my instruction. So if you
15    want to work within that, be my guest. If you
16    don't, that's fine.
17        MS. EUN: Mr. Jones is entitled to the
18    answer as he sees fit. My question is merely
19    with whom.
20        MR. SCHER: I direct the witness not to
21    answer.
22    BY MS. EUN:
23    **Q    Are you going to heed your counsel's**
24    **instruction?**
25    A    Yes.

74

1    **Q    Do you have inventory management**
2    **agreements with Warner Chilcott in which**
3    **AmerisourceBergen receives a fee for managing**
4    **inventory levels?**
5    A    I don't know.
6    **Q    Who would know?**
7    A    Someone from our branded team.
8    **Q    And who is the equivalent person,**
9    **Vice-President of Branded Pharmaceuticals Product**
10    **Development on the commercialization side?**
11        MR. SCHER: There is no one that is the
12    equal of Brian Jones. I just want you to know
13    that. I'll put that on the record right now.
14    BY MS. EUN:
15    **Q    Is there anyone who is Vice-President**
16    **of a Branded Pharmaceutical Products equivalent?**
17    A    Actually, as of today, no, that
18    position is currently open.
19    **Q    Is there anyone that you can name from**
20    **the branded side and branded pharmaceuticals product**
21    **development that would know whether Warner Chilcott**
22    **and AmerisourceBergen have an inventory management**
23    **agreement?**
24    A    Yes.
25    **Q    And can you tell me who that person is?**

75

1    A    Robert Sugarman.
2    **Q    And what's Robert Sugarman's title?**
3    A    Director of Branded Product
4    Development, I believe.
5        (Brief recess.)
6    BY MS. EUN:
7    **Q    If we could just turn really quickly to**
8    **Paragraph 11. It's the last Paragraph of your**
9    **Declaration. You state: ABC hereby waives any such**
10    **alleged conflict of interest.**
11        **Was it your decision to waive any such**
12    **alleged conflict of interest?**
13    A    No.
14    **Q    Whose decision was that?**
15    A    It was recommended from our legal
16    group.
17    **Q    Did you discuss this decision to waive**
18    **any such alleged conflict of interest with anyone**
19    **besides the legal group?**
20    A    No.
21    **Q    And did you personally do any research**
22    **or investigation into a decision to waive any such**
23    **alleged conflict of interest?**
24    A    No.
25        (Subpoena was marked Jones-4 for

76

1    identification.)
2    BY MS. EUN:
3    **Q    I'm handing you what has been marked as**
4    **Jones Deposition Exhibit 4. It says Subpoena for**
5    **your deposition and also for the production of**
6    **documents. I'll give you a minute to look through**
7    **it real quick.**
8    A    Okay.
9    **Q    Have you seen Deposition Exhibit 4**
10    **before?**
11    A    No.
12    **Q    On the last page of Deposition Exhibit**
13    **4, it says -- page three at the bottom under**
14    **Schedule A, it lists nine categories of documents**
15    **that we're seeking. Have you been asked to locate**
16    **any of the documents listed in Schedule A of**
17    **Deposition Exhibit 4?**
18    A    No, I don't believe so.
19    **Q    And in number one, it asks for**
20    **contracts you have with any named Plaintiff in the**
21    **Meijer Litigation, as well as two other direct**
22    **purchaser litigations, the Walgreen litigation and**
23    **the CVS litigation. And number one in Schedule A**
24    **asks you for any and all contracts you have with any**
25    **Named Plaintiffs in these three litigations that**

77

1 refer or relate to your sales of combined hormonal
2 contraceptive products, including Ovcon 35 and its
3 generic equivalents.
4      Do you have access to these types of
5 contracts?
6      MR. PERWIN:  Objection to the form of
7 the question.
8      MR. SCHER:  I could tell you that we
9 received this subpoena yesterday and we have
10 objections to it and we will submit -- we will
11 serve those objections on you in due course.
12 So I just -- you can answer that question, if
13 you know.
14      THE WITNESS:  So your question was do I
15 have access to these contracts?
16 BY MS. EUN:
17      Q    Yes.
18      A    Well, I know where they typically
19 reside.  They would be with our -- the legal team
20 that supports our sales organization.
21      Q    Do you know who maintains custody of
22 the documents referred to in number one of Schedule
23 A?
24      MR. PERWIN:  Objection to the form.
25      MR. SCHER:  Do you know whether any of

78

1 these contracts exist?
2      MS. EUN:  Excuse me, you'll have a
3 chance to question the witness after I'm
4 finished.
5      Could you please repeat my question?
6      (At which time the following question
7 was read back by the reporter:  "Question:  Do
8 you know who maintains custody of the
9 documents referred to in number one of
10 Schedule A?")
11      MR. SCHER:  Object to the form of the
12 question.  It presumes that such documents
13 exist.
14      THE WITNESS:  To the extent that we
15 would have contracts with these entities, they
16 would reside either with one or more resources
17 and no, I don't know specifically in our legal
18 group that supports the sales organization or
19 it could also reside with the sales individual
20 that has responsibility for that customer.
21 BY MS. EUN:
22      Q    Number two, we ask for any and all
23 contracts in which AmerisourceBergen conveys,
24 assigns or transfers to any person or entity any
25 rights, title or interest that AmerisourceBergen may

79

1 have in any causes of action against Barr or Warner
2 Chilcott relating to AmerisourceBergen's purchasers
3 or sales of Ovcon 35 or its generic equivalents.
4      Do you have access to these type of
5 assignment agreements?
6      MR. SCHER:  Object to the form of the
7 question.
8      THE WITNESS:  No, I don't have direct
9 access, no.
10 BY MS. EUN:
11      Q    Do you know who would?
12      A    I would think someone in our legal
13 group.
14      Q    I'd like to direct you to number three
15 of Schedule A.  It asks for any and all documents
16 you have referring or relating to the May 14, 2007
17 Declaration of Brian Jones, including, but not
18 limited to, e-mail, correspondence and notes.
19      Would you have access to this type of
20 information if it existed?
21      MR. SCHER:  Object to the form.
22      THE WITNESS:  I would have access to
23 any e-mail that I may have received or sent
24 relating to this to Jon.
25 BY MS. EUN:

80

1      Q    Did you send or receive any e-mails
2 with Jon Sturz is it?
3      A    Yes.
4      Q    Related to your May 14, 2007
5 Declaration, which is also Deposition Exhibit 2?
6      A    Yes.
7      Q    Do you have any notes?
8      A    No, I don't think so.
9      Q    Do you have any correspondence?
10      A    Other than the e-mail, no.
11      Q    Do you have any other documents?
12      A    No, not that I'm aware of.  And
13 actually, I should clarify, I'm not even certain I
14 have the e-mail.  I just know that there was at
15 least one e-mail that Jon and I exchanged, but I
16 actually don't know that I have it.  I just know
17 that I did receive one.
18      Q    Number four asks for any and all
19 contracts you had with Warner Chilcott referring or
20 relating to the purchase or sale of combined
21 hormonal contraceptives, including Ovcon.
22      Would you have access to these types of
23 contracts in number four, Schedule A, Deposition
24 Exhibit 4?
25      A    No, I wouldn't have direct access, no.

81

1    Q    Who would?
2    A    It would either be our brand team or
3 the legal group that supports the brand team.
4    Q    Number five in Schedule A asks for
5 documents sufficient to show your sales of Ovcon 35
6 to any Named Plaintiff in the Meijer action,
7 Walgreen action and CVS action.
8        Do you have access to these types of
9 documents listed in number five of Schedule A?
10    A    I have access to our sales information.
11    Q    Number 6 asks for documents sufficient
12 to show your purchases of Balziva from Barr.
13        Do you have access to the documents
14 asked for in number six?
15    A    Yes.
16    Q    Number 7 asks for documents sufficient
17 to show your sales of Balziva to any Named Plaintiff
18 in the Meijer action, Walgreen action and CVS
19 action.
20        You said that you had access to sales
21 information.  Would that include the documents asked
22 for in number seven of Schedule A, Deposition
23 Exhibit 4?
24    A    Yes.
25    Q    Do you have access to the documents

82

1 asked for in number eight of Schedule A, documents
2 sufficient to show ABC's purchases of Zenchent from
3 Watson?
4    A    Yes.
5    Q    And do you have access to number nine
6 in Schedule A, documents sufficient to show your
7 sales to Zenchent to any named Plaintiff in the
8 Meijer Litigation, the Walgreen action, the CVS
9 action since you have access to sales information?
10    A    Yes.
11        MS. EUN:  That's all I've got.
12        MR. NAVARRO:  No questions.
13        MR. SCHER:  I just want to clarify a
14 few things, Mr. Jones.
15 BY MR. SCHER:
16    Q    Do you know generally who the direct
17 purchasers are of Ovcon 35 and its generic
18 substitutes?
19    A    Generally, yes, generally.
20    Q    Can you identify any of them that are
21 not included in the list of named Plaintiffs in
22 Paragraph 5?
23    A    Sure; McKesson Drug, Cardinal, HD
24 Smith, Bally Drug.  You could include some of the
25 big chains, Walgreens, Wal-Mart, Rite-Aid.

83

1    Q    Do you know whether any of those direct
2 purchasers have elected to opt out of a Class
3 involving this product, the Ovcon 35 and its generic
4 substitute?
5        MS. EUN:  Objection.  I believe the
6    witness has testified that he doesn't know
7    what opt out means.
8        THE WITNESS:  No, I don't know if any
9    of them opted out.
10 BY MR. SCHER:
11    Q    Do you know whether any of them are in
12 the Class?
13    A    I don't know.
14    Q    There was a question regarding
15 substitution, the word substitute.  You were asked
16 when generics became available, did ABC substitute
17 most of their brand purchases with generic and you
18 answered that question AmerisourceBergen purchases
19 product based on customer demand.  So to the extent
20 that customer demand would have changed due to the
21 introduction of the generic products, then our
22 purchase behavior would likely change in a similar
23 fashion.
24        Could you amplify that response?
25        MS. EUN:  Objection.  I think the

84

1    deposition transcript speaks for itself.
2        MR. NAVARRO:  Objection to form.
3        MS. EUN:  And I also object that it's
4    leading.
5 BY MR. SCHER:
6    Q    What, if any, amplification to that
7 answer can you provide?
8    A    All I was trying to articulate was that
9 when we make purchase decisions, those decisions are
10 based on expected demand, not other activities.
11 It's all based on expected demand.  So it's very
12 possible that demand will change due to events such
13 as the entrance of a generic product into the
14 marketplace.  But our purchase decisions are based
15 on that anticipated demand change, not an arbitrary
16 switch.  We used to buy a hundred of this, now we're
17 going to buy a hundred of that kind of thing.  It's
18 based on expected demand movement.
19    Q    And several questions you were asked
20 about AmerisourceBergen Corporation's economic
21 interests, business interests.  Can you tell me what
22 AmerisourceBergen Corporation's interest is in this
23 litigation?
24        MR. NAVARRO:  Objection to form.
25        THE WITNESS:  Well, to the extent that

85

1    the result, it results in monies being
2    available to the Plaintiffs, then obviously
3    that would benefit the company.
4    BY MR. SCHER:
5        **Q     And has AmerisourceBergen experienced**
6    **monies to the company from litigation involving**
7    **disruptions caused by the introduction of generics?**
8        A    Yes.
9        **Q     In the past?**
10       A    Yes.
11       **Q     And are some of those litigation**
12   **matters referenced in your Declaration?**
13           MS. EUN:  Objection, vague.
14           THE WITNESS:  Yes, I believe so.
15           MR. NAVARRO:  No questions.
16           MR. PERWIN:  No questions.
17           MR. CRAMER:  No questions.
18           MS. EUN:  I just have a couple
19       follow-up questions.
20   BY MS. EUN:
21       **Q     Mr. Jones, you testified that McKesson**
22   **and Cardinal also generally purchase Ovcon and its**
23   **generic equivalents, is that right?**
24           MR. SCHER:  Objection.
25           THE WITNESS:  That's right.

86

1    BY MS. EUN:
2        **Q     And you also testified that Walgreen,**
3    **Wal-Mart, Rite-Aid are other entities who generally**
4    **purchase Ovcon and its generic equivalents?**
5        A    That's right.
6        **Q     To the extent that you know, do**
7    **wholesalers like McKesson, Cardinal and**
8    **AmerisourceBergen experience more favorable pricing**
9    **when they purchase drugs from manufacturers than**
10   **other entities would on their own?**
11           MR. CRAMER:  Beyond the scope,
12       objection.
13           THE WITNESS:  I don't know.
14   BY MS. EUN:
15       **Q     Would McKesson, Cardinal and**
16   **AmerisourceBergen, for example, be able to have more**
17   **favorable purchasing power from drug manufacturers**
18   **than Louisiana Drug Wholesale or Rochester Drug,**
19   **smaller regional wholesalers?**
20           MR. PERWIN:  For branded?
21           MS. EUN:  For pharmaceutical products.
22           MR. PERWIN:  Branded pharmaceutical
23       products?
24           MS. EUN:  Pharmaceutical products
25       generally.

87

1            MR. PERWIN:  Objection to the form,
2        broad.
3            MR. CRAMER:  Join.
4            THE WITNESS:  I don't know.
5    BY MS. EUN:
6        **Q     What about with the entities such as**
7    **Wal-Mart and Rite-Aid, would they have different**
8    **pricing for manufacturers than wholesalers do with**
9    **manufacturers?**
10           MR. PERWIN:  Same objection.
11           MR. CRAMER:  Form.
12           THE WITNESS:  I don't know.
13           MS. EUN:  I have no further questions.
14           (The deposition was concluded at
15       3:18 p.m.)

88

1
2            J U R A T
3
4        I,  BRIAN JONES, the witness herein,
5    the foregoing testimony of the pages of this
6    deposition, do hereby certify it to be a true
7    and correct transcript, subject to the corrections, if
8    any, shown on the attached page.
9
10   _____
11           BRIAN JONES
12
13
14
15
16   Subscribed and Sworn to before me
17   this _____ day of     2007.
18   _____
19   Notary Public
20
21
22
23
24
25

89

```
1  STATE OF          )
2  COUNTY OF         )
3       I wish to make the following changes, for
4  the following reason:
5  PAGE   LINE
6  ____   ____  CHANGE: _____
7  ____   ____  REASON: _____
8  ____   ____  CHANGE: _____
9  ____   ____  REASON: _____
10 ____   ____  CHANGE: _____
11 ____   ____  REASON: _____
12 ____   ____  CHANGE: _____
13 ____   ____  REASON: _____
14 ____   ____  CHANGE: _____
15 ____   ____  REASON: _____
16 ____   ____  CHANGE: _____
17 ____   ____  REASON: _____
18 ____   ____  CHANGE: _____
19 ____   ____  REASON: _____
20 ____   ____  CHANGE: _____
21 ____   ____  REASON: _____
22 ____   ____  CHANGE: _____
23 ____   ____  REASON: _____
24 ____   ____  CHANGE: _____
25 ____   ____  REASON: _____
```

90

```
1  PAGE   LINE
2  ____   ____  CHANGE: _____
3  ____   ____  REASON: _____
4  ____   ____  CHANGE: _____
5  ____   ____  REASON: _____
6  ____   ____  CHANGE: _____
7  ____   ____  REASON: _____
8  ____   ____  CHANGE: _____
9  ____   ____  REASON: _____
10 ____   ____  CHANGE: _____
11 ____   ____  REASON: _____
12 ____   ____  CHANGE: _____
13 ____   ____  REASON: _____
14 ____   ____  CHANGE: _____
15 ____   ____  REASON: _____
16 ____   ____  CHANGE: _____
17 ____   ____  REASON: _____
18 ____   ____  CHANGE: _____
19 ____   ____  REASON: _____
20 ____   ____  CHANGE: _____
21 ____   ____  REASON: _____
22 ____   ____  CHANGE: _____
23 ____   ____  REASON: _____
24
25
```

91

```
1           C E R T I F I C A T I O N
2
3       I, LISA FORLANO, a Certified Realtime
4  Reporter, Certified Court Reporter and Notary
5  Public, do hereby certify that I reported the
6  deposition in the above-captioned matter, that
7  the said witness was duly sworn by me; that
8  the foregoing is a true and correct transcript
9  of the stenographic notes of testimony taken
10 by me in the above-captioned matters.
11      I further certify that I am not an
12 attorney or counsel for any of the parties,
13 not a relative or employee of any attorney or
14 counsel connected with the action, nor
15 financially interested in the action.
16
17      LISA FORLANO, CRR, CCR #XI01143
18
19 DATED:  June 21, 2007
20
21
22
23
24
25
```

## A

**ABC** 14:24,24 17:19
19:5,6 22:1,3,8,24
24:8,16,21 26:10
26:11,20 30:9
32:25 35:11 43:5,7
43:16 44:11 45:21
53:3 55:18 75:9
83:16
**ABC's** 22:5,23 24:8
24:16 44:13 45:14
56:22 58:5 82:2
**abide** 40:6 48:16
**able** 9:21 86:16
**above-captioned**
91:6,10
**absent** 47:19,22
**abusive** 72:7
**access** 18:16 77:4,15
79:4,9,19,22 80:22
80:25 81:8,10,13
81:20,25 82:5,9
**accommodating**
47:20
**accurate** 42:13
**action** 4:9 5:1 9:9
10:3 11:25 30:8,12
43:4,5,15,16 44:5
44:14 45:15 79:1
81:6,7,7,18,18,19
82:8,9 91:14,15
**actions** 55:21
**activities** 46:17
84:10
**activity** 18:17,22
29:8 31:23 46:5,20
58:12
**add** 72:6
**additional** 7:11 30:2
**advantaged** 52:16
52:20
**advertising** 25:4
**affect** 25:2,5 29:17
29:18
**affirmatively** 55:19
56:6
**aggregate** 31:16,19
32:1 61:3,6
**ago** 9:5,15
**agree** 48:9 72:15

**agreement** 4:12
33:8,13 41:16
42:17,21 74:23
**agreements** 72:23
74:2 79:5
**ahead** 39:7 49:12
73:12
**alleged** 75:10,12,18
75:23
**allocated** 31:17 61:4
**allocating** 61:18
**allowed** 63:16 72:11
**allowing** 43:4,15
47:21
**Amended** 4:9 5:1
10:3
**AMERICAN** 1:11
**AmerisourceBerg...**
3:5,24 5:13,16 7:5
7:23 8:5 12:2 14:6
14:25 15:7,16
18:11,19 19:4,14
19:20 20:4 21:16
23:11,12 25:17,23
26:2 27:22 29:22
30:11,14 32:3 33:3
33:16,20 34:16
35:15,17,18 37:22
37:23 38:10,19,24
41:5,21,22 42:6,11
43:2,16,19 44:4
45:12 46:22 51:22
51:25 52:1 53:20
54:2,13,21 55:7,12
56:6,9 57:14,23
58:1 59:24 60:18
61:10,19 62:6,23
68:14 69:5 70:1,21
71:6,9 72:22,24
73:9 74:3,22 78:23
78:25 83:18 84:20
84:22 85:5 86:8,16
**AmerisourceBerg...**
34:7 36:3,8,18
38:14,17 40:24
41:2 46:7 58:14
59:4 79:2
**Amerisource's**
39:10,12
**amount** 25:12 31:22

**amplification** 84:6
**amplify** 83:24
**analysis** 58:13,19
**analyze** 60:9
**answer** 9:21 11:11
11:18 12:4 14:1
15:11 19:25 20:10
20:14,17,20,22
21:11,21 25:19
26:1 27:10 31:8
39:3,7,11,13,15
47:1,10,11,15,17
48:25 49:15,18
50:1,17,24 60:15
62:15 63:8,17,19
64:2,6 65:2,10,23
71:14,17 72:1,7
73:4,18,21 77:12
84:7
**answered** 20:7,10
20:15,25 21:20
24:17 26:13 27:10
36:14 38:22 50:17
50:24 60:13,15
83:18
**antagonism** 56:19
56:23
**anticipated** 84:15
**Antitrust** 53:9
**anymore** 7:10
**anyway** 39:15
**apologize** 43:13
47:7 49:4,7 66:17
**appears** 12:21
**application** 25:11
**appreciate** 49:9,12
64:16
**appropriate** 40:4,5
**approve** 7:4,22 8:5
9:23
**Approximately** 6:13
**April** 17:21
**arbitrary** 84:15
**Ardee** 2:1,1
**area** 7:12
**Arkansas** 1:13,14
**arrangements** 68:17
**articulate** 84:8
**aside** 35:7
**asked** 13:2,7 15:19

15:21,22,23 20:7
20:15,21,24 21:2,6
21:20 24:17 26:13
27:9 36:13 49:24
50:16,23 60:13,14
76:15 81:14,21
82:1 83:15 84:19
**asking** 20:4 21:16
38:16,18 39:2,9,20
39:21,25 40:10
41:2,3,24 42:12
63:18 64:10 66:17
72:7 73:6
**asks** 76:19,24 79:15
80:18 81:4,11,16
**asserted** 16:5,6,13
16:20 17:7,11,17
**assertion** 62:16
**assertions** 15:20
**assess** 26:4
**assigned** 33:3
**assignees** 32:11,11
32:14,15,19,19
**assignment** 4:12
32:25 33:8,14 79:5
**assignments** 34:7,15
**assigns** 78:24
**associated** 6:22
18:18 66:25
**assume** 33:16 52:16
52:17
**attached** 88:8
**attempting** 40:9
**attention** 29:2,4
**attorney** 91:12,13
**Attorneys** 3:5,9,14
3:17,21
**authority** 7:3,21 8:4
8:9 14:23 15:2,6
**automatic** 25:15
**automation** 25:12
25:15
**availability** 23:2
**available** 19:6 20:6
21:19 23:21 51:5
51:21 52:1 83:16
85:2
**Ave** 1:11
**Avenue** 1:2,4 3:16
**aware** 9:17,19 18:21

30:10,11,15,16
31:5 32:13 34:24
58:3 67:19 71:3,4
80:12
**awareness** 45:4,10

## B

**B** 4:8
**back** 10:21 21:14
27:18 35:8 39:8,18
39:22,24 40:1,11
40:14,20,22 42:1,8
42:10,14,16 54:1
62:19,22 63:21,24
78:7
**Bally** 82:24
**Balziva** 46:23 81:12
81:17
**Barr** 2:3 3:14 8:13
8:24 32:4 33:5
34:19 60:19 61:11
79:1 81:12
**BARTLETT** 3:15
**based** 17:8 19:15
20:14 31:18,22
44:10 45:16,18
47:11,12 51:16
52:23 61:5 64:6
66:15,16 68:18
83:19 84:10,11,14
84:18
**basis** 47:2,10,14,22
49:15,18 64:3
**begun** 63:9
**behalf** 1:15 14:24
15:6 30:8,12 33:19
34:8 46:7
**behavior** 19:18
83:22
**belief** 12:6
**believe** 11:14,21
16:3 31:21 34:4
36:1,15 41:10 46:8
51:17 52:15 53:16
54:10,20 55:3 56:1
75:4 76:18 83:5
85:14
**benchmark** 65:16
66:3 69:1
**benchmarks** 66:11

66:18 67:15
**benefit** 85:3
**BERGER** 3:7
**best** 35:13 36:8,19
38:14 40:24 45:23
**Beyond** 86:11
**big** 82:25
**Biscayne** 3:20
**bit** 38:5
**Bluff** 1:13,14
**bottom** 76:13
**Boulevard** 3:20
**Box** 2:3
**brand** 17:19 19:7,21
20:5 21:17 23:18
23:21,25 81:2,3
83:17
**branded** 6:21 18:23
29:10,13,20 48:1
49:21,21 50:22
51:11,24 69:14
74:7,9,16,20,20
75:3 86:20,22
**break** 46:1
**Brian** 2:5 4:4,10 5:4
5:9,11 12:11,17
74:12 79:17 88:4
88:11
**Brief** 60:24 75:5
**broad** 72:11 87:2
**broader** 67:6 70:16
**brought** 7:11 8:25
9:10
**Buchanan** 2:9 3:3
**business** 2:1 6:4,7
7:18 17:14 28:14
35:12,16,19,22,25
37:2,7,9 38:7,8,10
38:17,23 39:10,12
41:3,11 46:11,17
46:19 57:20 84:21
**Buspirone** 54:8,15
55:5 56:12
**buy** 29:18 51:11
84:16,17

---

**C**

**c** 2:7 3:1 91:1,1
**California** 1:10
**call** 9:11

**capable** 44:12 45:14
**capacity** 5:24
**caption** 12:18
**Cardinal** 82:23
85:22 86:7,15
**Cardizem** 53:9,18
53:22 54:5 55:5
56:12
**carefully** 39:6
**case** 9:10,24 41:19
42:20 53:22 54:5,8
54:9,15,17,23 55:1
55:2,9 56:22 73:12
**cases** 45:22,24 53:8
55:11,12,15 56:3
56:12
**categories** 6:20
76:14
**category** 67:4
**cause** 22:22
**caused** 85:7
**causes** 79:1
**CCR** 91:17
**Center** 3:20
**certain** 65:16 66:4
67:16 68:12 69:1
69:11,12 80:13
**certainly** 68:4 71:22
**certified** 2:8 43:8,19
91:3,4
**certify** 10:16 11:3
88:6 91:5,11
**certifying** 35:14
36:6,20 38:15,19
40:25 41:5
**chain** 18:15,19
**chains** 82:25
**chance** 78:3
**change** 19:18 27:16
83:22 84:12,15
89:6,8,10,12,14,16
89:18,20,22,24
90:2,4,6,8,10,12
90:14,16,18,20,22
**changed** 19:16
83:20
**changes** 14:19 23:2
89:3
**channel** 25:1,9
**charge** 8:2 18:6

**charges** 24:21 26:11
26:20
**cheaper** 52:24
**CHEMICALS** 2:1
**chief** 33:24,25 34:2
**Chilcott** 1:18,20,22
1:23 3:17 8:24
17:21 32:4 33:5
60:19 61:11 74:2
74:21 79:2 80:19
**choice** 52:23
**choose** 25:13,17
52:22 56:9
**chose** 53:21 54:3,14
54:22 55:8,12
**chosen** 53:3
**Civ** 1:3
**Civil** 72:10
**CKK** 1:4
**claims** 4:12 33:8,14
53:4,21 54:4,14,22
55:8,13 56:10
60:18
**clarified** 42:5
**clarify** 80:13 82:13
**class** 3:9 4:9 5:1
8:25 9:9 10:3,13
10:16,25 11:3,25
12:3,7 31:17,18,23
32:24 35:14 36:7
36:20 38:15,20
41:1,6 43:5,6,8,16
43:17,18,20 44:1,5
44:5 45:24 47:19
47:22 53:4,22 54:4
54:15,23 55:13,21
56:11 57:3 58:21
59:1,6,10,16,21,21
60:5,10,20 61:5,5
61:9 83:2,12
**clause** 43:14
**clear** 7:17 8:11 9:8
9:12 10:10 24:13
37:18,20 38:12
40:12 69:20 71:15
**client** 8:23
**coach** 48:23
**COLUMBIA** 1:1
**combined** 77:1
80:20

**come** 9:7,14 17:10
18:13
**coming** 39:24
**commencing** 2:12
**commercialization**
6:24 7:15,16,17
8:3 18:7 74:10
**commercialize** 6:25
**common** 71:4
**communications**
37:5,10,14,21
**community** 7:14
**company** 1:9,11,18
1:23 44:17,20
46:12 58:10 85:3,6
**company's** 38:4
**competent** 25:3
**Complaint** 4:9 5:1
10:3,13,24
**complete** 42:13
**computer** 39:25
**concluded** 87:14
**condition** 23:7
27:23 28:6,17
29:11,22
**conditions** 22:22
23:1 24:21,24 27:6
27:8,19 50:19,21
**conduct** 49:10 58:13
58:19
**confident** 44:11
45:13
**conflict** 56:20,24
57:10,13 58:1 59:5
75:10,12,18,23
**conflicts** 59:23
**conjunction** 68:19
**connected** 91:14
**considered** 35:12,16
35:19,22,25 37:2,7
37:9 59:20 60:2
**consumers** 29:17
**contained** 67:23
69:2,6
**contend** 32:3 43:7
43:18 59:4
**context** 11:8 24:10
**continues** 27:15
**contraceptive** 23:10
24:6 67:5 69:8,14

69:17,22 77:2
**contraceptives**
80:21
**contract** 67:24
68:12,13 69:3,7
**contracts** 7:4,22 8:5
22:2,5,6 62:7,23
64:22 65:7,15 66:4
67:21,22 68:4 69:9
69:21,23,24 70:5
70:13,22 71:7
76:20,24 77:5,15
78:1,15,23 80:19
80:23
**conveyed** 33:3
**conveys** 78:23
**copy** 12:19
**Corporation** 1:20
5:13 33:16 41:21
**Corporation's** 84:20
84:22
**correct** 5:14,21,22
12:19 13:22,23
21:5 35:23 48:18
60:7,16 88:7 91:8
**corrections** 88:7
**correspond** 26:5
**correspondence**
79:18 80:9
**cost** 25:10 26:23
27:2,3,21 28:2
62:8,25 64:23 65:8
67:21 68:10,25
69:2,10,22
**costs** 23:5 25:1,2,8
25:12
**counsel** 3:24 8:16
14:8 26:15 33:24
33:25 34:3 37:6,11
37:15,22,23,24
41:17 42:18,22
44:12 45:14 47:2
48:19 91:12,14
**counsel's** 48:14
49:14,17 64:19
65:4,12,25 72:3
73:23
**County** 2:1 89:2
**couple** 9:5,15 85:18
**course** 17:14 77:11

**court** 1:1 2:9 10:16
11:3 35:13 36:19
38:15 39:21 40:1
40:10,15,25 42:9
72:20 91:4
**courtesy** 42:12
**covered** 70:5,8
**Co-Operative** 1:7
53:7
**CRAMER** 3:8 11:13
11:20 16:8 17:2,25
19:9,23 20:7 21:20
22:12 23:15 24:17
25:21 26:13,16,22
27:25 28:20,24
32:6 34:10 36:23
38:25 41:9 43:22
47:3,6 51:15 52:3
52:12 57:16 58:17
58:22 60:1,13
61:14,22 62:3,10
63:3 66:6 68:2
69:13 70:3 71:1,10
71:24 72:6,15
85:17 86:11 87:3
87:11
**CRR** 91:17
**currently** 5:18 6:14
74:18
**cursory** 53:12
**custody** 77:21 78:8
**customer** 19:15,16
27:23 28:16,22,23
29:8 51:10 68:13
69:3 70:25 78:20
83:19,20
**customers** 8:6,9
22:2,7,24 23:3
24:8,16 25:14,18
26:7,25 27:3 28:6
50:22 51:6,7,11,18
51:20,23 52:7
67:20 70:1,22,22
71:7
**customer's** 51:17
**CVS** 76:23 81:7,18
82:8

**D**

**D** 3:3 4:1

**damaged** 32:4
**damages** 30:25 31:6
31:6,16,19 32:1
41:18 42:20 56:21
61:4,7,11,18,20
71:22
**date** 36:11
**DATED** 91:19
**day** 14:11 88:17
**decide** 72:20
**decided** 45:22
**decision** 44:3 52:21
75:11,14,17,22
**decisions** 84:9,9,14
**Declaration** 4:10
12:11,17,23 13:1,5
13:8,13,18,21
14:12,15,18,24
15:2,6,10,16,20
16:2,6,12,14,18,20
16:24 17:8,11,17
21:25 27:20 30:5
30:19 31:13,15
32:9 35:5,9 36:5
36:12 37:12,16
38:13 40:23 43:1
44:24 45:21 46:15
53:1,11 54:18
55:19 56:4,18 58:5
59:14,18,22 60:6
60:12 62:13,16
63:15 75:9 79:17
80:5 85:12
**decrease** 27:3 49:22
50:7
**default** 66:22,24
**defendant** 73:12
**defendants** 8:24
**demand** 19:15,16
28:16,23 29:1,7,8
50:22 51:1,17
83:19,20 84:10,11
84:12,15,18
**department** 9:16
13:2,4 15:3,5 35:3
36:2 44:9
**depend** 27:5 50:15
**depending** 70:23
71:8
**depends** 27:4 50:11

50:13
**deposition** 2:5 10:2
10:6,12,24 12:10
12:16,19 13:14
14:21 15:24 17:18
22:1 33:12,17
34:15 35:4,8,11
47:21 48:6 49:8,10
49:25 53:2 61:2,2
71:18 76:4,5,9,12
76:17 80:5,23
81:22 84:1 87:14
88:6 91:6
**describe** 28:11
**desired** 25:14
**determine** 22:6
72:18
**determined** 32:1
35:12 43:2
**development** 5:20
6:3,5,7,15 74:10
74:21 75:4
**difference** 70:8
**different** 27:10,12
49:23 57:20 66:19
67:21 87:7
**direct** 3:9 8:25 9:10
10:16 11:3,7 12:1
20:9 30:8,12 32:12
32:15,20,24 35:14
36:20 38:15,20
41:1,6 46:25 56:10
57:3 59:2 61:9
64:1 71:13 72:17
73:20 76:21 79:8
79:14 80:25 82:16
83:1
**directly** 11:22 17:20
18:11 19:4 40:16
52:10
**Director** 75:3
**discount** 30:4
**discounted** 30:1
**discovery** 47:5,17
47:19 48:1,4 62:12
71:2,11,20 72:12
72:14 73:6
**discuss** 13:24 14:5,8
15:15 18:3 22:18
75:17

**discussing** 27:19
**discussion** 36:10
**discussions** 36:5
**disruption** 53:17
54:11
**disruptions** 85:7
**distractions** 46:17
46:19
**distribute** 6:20
**distribution** 1:4
25:9 41:18 42:19
**DISTRIBUTORS**
1:12
**DISTRICT** 1:1,1
**document** 9:23
15:21,23 45:6
59:12
**documents** 16:1,19
17:23 22:15 36:17
37:1 76:6,14,16
77:22 78:9,12
79:15 80:11 81:5,9
81:11,13,16,21,25
82:1,6
**downstream** 47:4
48:1,4 62:11 71:2
71:11,20 73:5
**draft** 13:13
**drafted** 13:18
**dramatic** 50:13
**dramatically** 50:12
**Drive** 1:8,19,21,22
**drug** 1:5,7,9 7:5
29:10,13,21 33:16
51:5,12,24 53:6,7
82:23,24 86:17,18
86:18
**drugs** 86:9
**due** 19:16 77:11
83:20 84:12
**duly** 5:4 91:7
**D.C** 3:13

**E**

**e** 3:1,1,19 4:1,8 91:1
**earlier** 64:9
**economic** 45:22,25
46:2,9 56:22 58:6
58:7,9,14,20,25
59:5,23 60:10

84:20
**Edward** 5:11
**effective** 25:11
**efficiencies** 24:25
25:8
**efforts** 7:15
**eight** 82:1
**either** 29:17,18
32:22 33:5 68:8
78:16 81:2
**elaborate** 6:18
**elected** 83:2
**Ellis** 3:11 8:13
**embodied** 13:14
**employed** 5:12,15
**employee** 91:13
**entered** 33:15
**Enterprise** 1:19,21
1:22
**enters** 49:20
**entire** 67:13
**entities** 30:7,11
32:24 78:15 86:3
86:10 87:6
**entitled** 12:16 33:13
50:1 73:17
**entity** 11:22 34:17
78:24
**entrance** 84:13
**entry** 50:19
**environment** 24:12
24:14 25:5
**equal** 74:12
**equivalent** 53:18
74:8,16
**equivalents** 77:3
79:3 85:23 86:4
**Eric** 3:8 47:8 71:15
**ESQUIRE** 3:3,8,12
3:12,16,19
**estimate** 14:14
**Eun** 3:12 4:5 5:6
9:25 10:20 11:6,15
11:24 12:8,14 14:4
15:14 16:11,17
17:4,15 18:2 19:2
19:12 20:2,12,20
21:2,6,23 22:14
23:19 24:19 25:25
26:14,18 27:1,17

28:3,10,23 29:3
31:11,24 32:8
33:10 34:13,20,23
34:25 36:16,25
39:5,16,21 40:8,19
41:15,22,25 42:5
42:14,23 43:12,24
45:2 47:2,7,14
48:3,7,12,18,22
49:1,5,8,13 50:1,3
50:8,14,20 51:3,9
51:19 52:5,19 54:7
56:17 57:12,22
58:18,24 60:3,17
60:25 61:16,25
62:5,17,19 63:5,9
63:14,21 64:3,5,10
64:13,18 65:3,11
65:24 66:10 68:9
68:24 69:16,19
70:6,20 71:5,15
72:2,10,17,21 73:5
73:17,22 74:14
75:6 76:2 77:16
78:2,21 79:10,25
82:11 83:5,25 84:3
85:13,18,20 86:1
86:14,21,24 87:5
87:13
**EUNNICE** 3:12
**events** 84:12
**evidence** 20:13 47:8
56:14 72:14
**exactly** 71:25
**examine** 22:5
**examined** 5:5
**example** 25:16
29:24 86:16
**examples** 23:4 25:6
**exchanged** 80:15
**exclusive** 68:13
**excuse** 19:4 41:13
51:22 64:13 78:2
**execute** 14:23 15:2,6
**executed** 16:25
**Exhibit** 10:2,7,12,24
12:10,16 13:14
14:22 15:24 17:18
22:1 33:12,17
34:15 35:4,8,11

53:2 61:2 76:4,9
76:12,17 80:5,24
81:23
**exist** 78:1,13
**existed** 79:20
**existence** 34:16
**expect** 31:3
**expected** 84:10,11
84:18
**experience** 44:11,15
44:17,19 86:8
**experienced** 85:5
**experiences** 44:21
44:23 45:8
**explain** 11:16 25:7
26:1 27:7 66:21
**explanation** 21:7
**exposure** 58:11
**express** 56:7
**expressed** 55:20
**extent** 19:15 29:16
78:14 83:19 84:25
86:6
**e-mail** 79:18,23
80:10,14,15
**e-mails** 80:1

**F**
**F** 91:1
**facts** 16:6,13,19
17:7,11,16 56:14
**fair** 39:14 61:8,17
68:10
**Fajardo** 1:24
**familiarized** 68:5
**far** 39:4
**fashion** 19:19 83:23
**favorable** 86:8,17
**Federal** 20:13 47:8
64:5,11,15 71:18
**fee** 72:24 74:3
**Fifteenth** 3:13
**filed** 10:13,24 30:7
30:12
**financial** 41:16
42:17 58:9
**financially** 91:15
**fine** 48:10 73:16
**finish** 64:13
**finished** 78:4

**first** 9:3 36:4 58:8
**fit** 73:18
**five** 81:4,9
**fixed** 22:3,8
**Floor** 2:11 3:4
**Florida** 3:21
**fluctuate** 22:24 24:9
**focused** 7:13,14
**following** 10:22
21:13 40:21 42:15
53:25 62:21 63:23
78:6 89:3,4
**follows** 5:5
**follow-up** 85:19
**foregoing** 88:5 91:8
**FORLANO** 2:8
91:3,17
**form** 9:20 11:10
17:25 19:23 20:8
22:10 23:14 27:24
28:7 30:25 38:21
41:7 43:21 44:25
46:24 50:5,10
51:13 52:13 56:13
57:8,16 59:25
61:13 62:10 63:2
66:6 67:25 68:1,15
69:13 77:6,24
78:11 79:6,21 84:2
84:24 87:1,11
**formed** 7:12
**Foundation** 52:12
**four** 6:13 12:22
55:11 62:18 80:18
80:23
**FRANCISCO** 3:16
**Fremont** 1:9
**front** 63:15
**full** 5:10 61:20
**fully** 44:12 45:14
**further** 87:13 91:11

**G**
**GALEN** 2:1
**garbled** 53:24
**general** 41:11 45:4,9
46:11
**generally** 38:16
39:10,20 41:2
46:22 69:18 82:16

82:19,19 85:22
86:3,25
**generated** 37:2
**generic** 5:19 6:2,14
6:17,21,23,25 8:3
18:6,23 19:5,7,17
19:22 20:6,6 21:18
21:18 23:21,25
46:24 47:25 49:20
50:19 51:2,4,21,25
53:18 54:12 69:17
77:3 79:3 82:17
83:3,17,21 84:13
85:23 86:4
**generics** 7:12 18:17
19:6 52:8 69:18
83:16 85:7
**gentleman** 7:24
**give** 29:24 42:12
76:6
**given** 13:21 31:13
**go** 27:18 39:7 49:12
73:12
**goes** 26:23 27:2
**going** 10:1 20:9,18
21:1 23:25 35:7
39:14 48:5,13,16
49:17 64:8,19 65:4
65:12,25 72:3 73:3
73:23 84:17
**gotten** 20:20
**Grand** 1:3,4
**grounds** 11:17
**group** 6:19,23 18:15
30:9 45:19 57:1,2
67:1,2,3,12,13
75:16,19 78:18
79:13 81:3
**groups** 7:12 70:19
**guess** 34:11 52:17
68:20
**guest** 73:15

**H**
**H** 3:12 4:8
**Hale** 2:1
**hand** 10:1 12:9
**handed** 12:15
**handing** 33:11 76:3
**HD** 82:23

**hear** 28:21 49:14
66:13
**heard** 48:15,21
**heed** 49:17 64:19
65:4,12,25 72:3
73:23
**help** 6:25
**helpful** 18:16
**HILDINGS** 1:18
**HOLDINGS** 1:14
**hormonal** 77:1
80:21
**Howard** 3:3 8:19,22
**hundred** 84:16,17

**I**
**identification** 5:3
12:13 33:9 76:1
**identified** 70:10
**identify** 82:20
**III** 1:18
**impact** 58:10
**inappropriate** 39:23
49:2
**include** 8:9 50:21
69:10 81:21 82:24
**included** 69:9,21,22
69:24 70:8,13,18
82:21
**includes** 30:9
**including** 77:2
79:17 80:21
**increase** 26:24
**increased** 29:6 51:1
**increasing** 71:7
**indicates** 33:15
**individual** 78:19
**influence** 23:11 24:7
24:15,21 26:19
29:16
**influences** 28:9,12
**information** 79:20
81:10,21 82:9
**Ingersoll** 2:10 3:3
**instruct** 20:14,17
47:9,11 48:22 63:7
64:6 65:1,9,22
71:17 73:3
**instructed** 48:24
72:1

**instructing** 47:15,16
47:23
**instruction** 48:14,17
49:15,18 64:17,20
65:5,13 66:1 72:4
73:14,24
**interest** 33:4 46:11
51:2 59:23 75:10
75:12,18,23 78:25
84:22
**interested** 91:15
**interests** 35:13 36:4
36:8,19 38:1,2,4,7
38:8,14,17,18,23
39:11,12 40:24
41:3,4,12,13,14
44:13 45:15,23,25
46:2,6,10,13,20
56:20,22 58:6,8,11
58:15,20 59:1,5
60:10 84:21,21
**internally** 14:6
**interrogate** 47:24
**interrogator** 42:11
**interrupting** 40:5
**introduce** 25:10
**introduction** 19:17
24:25 25:3,7 83:21
85:7
**inventory** 6:10,12
72:23,25 73:7 74:1
74:4,22
**investigate** 15:19
16:4 58:25 60:9
**investigation** 75:22
**involved** 35:21,24
37:8 44:22 45:3
**involving** 12:1 83:3
85:6
**in-house** 9:18 33:25
34:2 37:23
**Ireland** 2:2
**irrelevance** 64:7
**irrelevant** 64:4
**issues** 41:11 56:25
57:6,9,10,13,25
**I-49** 1:6

**J**

**J** 3:16 88:2

**Jet** 1:8
**job** 6:16 7:3,9 8:8
**join** 11:13 22:12
25:21 38:25 41:9
43:22 60:1 61:14
62:3 63:3 66:8
68:2 70:3 87:3
**Jon** 13:9,10,22
14:10 15:18 30:17
31:10 32:16,17
36:9,11 79:24 80:2
80:15
**Jonathan** 3:24
**Jones** 2:5 3:12 4:4
4:10 5:4,7,9,11
10:2,6,12,23 12:10
12:11,16,17 13:14
33:12 63:19 73:17
74:12 76:4 79:17
82:14 85:21 88:4
88:11
**Jones-1** 4:9 5:2
**Jones-2** 4:10 12:12
**Jones-3** 4:12 33:9
**Jones-4** 4:13 75:25
**judgment** 35:12,16
35:19,22,25 37:3,9
**June** 2:11 91:19

**K**

**KENNY** 3:19
**Kikuchi** 7:24
**kind** 53:17 54:11
57:20 58:11 84:17
**Kirkland** 3:11 8:13
**Km** 1:24
**know** 13:16 17:10
30:14 31:25 32:7
32:22 33:2,7 34:5
34:8,12,14 35:1,17
35:18,24 37:1,4
40:15 43:23,25
44:21 47:7 48:21
52:18 53:20 54:2
54:13,19,21 55:2,7
56:8,16 59:9,16
60:4,7,23 61:15,24
62:14 68:3,6 74:5
74:6,12,21 77:13
77:18,21,25 78:8

**78:17 79:11 80:14**
80:16,16 82:16
83:1,6,8,11,13
86:6,13 87:4,12
**knowledge** 17:8
18:10,14 32:18
45:17 53:12,14
70:7
**K-Dur** 55:25 56:7
56:11
**K-I-K-U-C-H-I** 8:1

**L**

**L** 1:14 3:8
**LaFRANCE** 1:14
**Lancaster** 1:11
**launch** 54:12
**launching** 53:17
**law** 2:9
**lawsuit** 8:25
**lead** 7:15 72:13,13
**leading** 84:4
**leads** 63:18
**learn** 9:3,7,14
**legal** 9:16 13:2,4
15:3,5 35:2 36:1
44:9 45:19 58:6,10
58:14,20 59:1,5,23
60:10 75:15,19
77:19 78:17 79:12
81:3
**Let's** 12:22 14:21
17:16 21:24 27:18
40:3 61:1
**levels** 72:25 74:4
**Lexington** 3:16
**liability** 71:21
**limited** 79:18
**LINE** 89:5 90:1
**LISA** 2:8 91:3,17
**list** 53:8 54:8,17,25
55:21 66:12,14,15
66:18 68:11,17,18
68:21 69:11,23
82:21
**listed** 59:17,22 60:5
60:11 76:16 81:9
**listen** 48:13,17
**lists** 76:14
**litigating** 46:6

**litigation** 4:9,11 5:2
9:4,8,9,11,15,19
10:4,14,15 11:1,2
11:8 12:12,18 33:5
37:20 53:10 55:22
55:22,25 58:12,21
59:2,7 60:20 71:12
71:21,23 72:9,19
76:21,22,23 82:8
84:23 85:6,11
**litigations** 76:22,25
**little** 38:5
**Live** 39:25
**LLP** 3:11,15
**locate** 76:15
**located** 21:25 53:2
**Locust** 3:8
**logically** 63:18
**long** 5:15,23 6:6,11
14:14
**longer** 34:2
**look** 10:4 16:22
33:13 76:6
**looked** 62:1
**looks** 33:20
**lot** 8:12
**Louisiana** 1:5,6 53:6
86:18
**Louth** 2:2

**M**

**main** 6:20
**maintains** 77:21
78:8
**major** 70:19
**making** 52:22
**manage** 6:17,23
**management** 72:23
73:7 74:1,22
**managing** 72:25
74:3
**manner** 16:5
**manufacturer** 11:23
23:5,9 24:3,5,14
26:9 29:11,25
70:12
**manufacturers** 7:5
7:23 29:13,21
52:10 72:23 73:7
86:9,17 87:8,9

**manufacturing** 7:13
**March** 7:8,22
**margin** 62:9 63:1
**mark** 7:24 12:9
**marked** 5:2 12:12
12:16 33:9,11
75:25 76:3
**market** 2:10 3:4
22:22,25 23:6
24:20,23 26:4 27:6
27:7,14,18,23 28:6
28:9,12,15,17
29:11,19,21 49:20
50:18,21
**marketplace** 7:1
25:3,6,23 26:3
27:13 28:14 84:14
**markup** 62:9 63:1
66:23,24,25
**matter** 71:19 91:6
**matters** 85:12 91:10
**McKesson** 82:23
85:21 86:7,15
**mean** 9:9 15:1,23
16:10 22:25 23:20
23:23 24:1 26:2
28:2 29:5 31:16
34:22 38:9 41:20
41:22 42:4 46:9,13
52:20 56:23 57:3
57:23 58:4 67:4,12
69:4,20
**means** 29:7,9 31:21
42:10 43:25 83:7
**meant** 37:19
**meeting** 30:18 31:12
**Meijer** 1:2,4 4:9,11
5:2 9:11,15,19
10:3,14,15,25 11:2
11:8 12:12,17 33:4
36:6 37:19 59:6
60:20 76:21 81:6
81:18 82:8
**member** 43:6,17
44:4 45:24 47:22
59:6 61:9
**members** 10:13,25
31:18 47:19 56:25
57:2,19 58:21 59:1
59:10,17,21,21

60:5,11 61:5
**member's** 31:18,23
61:6
**merely** 21:11 63:17
73:18
**Miami** 3:20,21
**Michigan** 1:3,4
**Midland** 1:12,14
**minus** 65:16,19 66:4
67:15,18,18,23
68:11,11 69:1,11
69:12,23,23
**minute** 76:6
**misstates** 56:14
**moment** 10:4 33:12
**money** 46:3,4
**monies** 85:1,6
**monitor** 18:17
**monitored** 18:22
**MONTAGUE** 3:7
**months** 9:5,15
**moved** 10:15 11:2
**movement** 84:18
**moving** 25:4 47:12
**multi-source** 23:17
23:20 24:11,14
25:5
**mutually** 68:13

**N**

**n** 1:12,14 2:7 3:1 4:1
91:1
**NACHWALTER**
3:19
**name** 5:8,10 7:25
13:11 17:19 20:5
21:17 74:19
**named** 7:24 8:24
30:24 31:6 32:10
32:14,18,23 37:6
37:11,15,19 41:17
42:18,22 44:11
45:13 53:5 56:20
76:20,25 81:6,17
82:7,21
**nature** 54:10
**NAVARRO** 3:16
82:12 84:2,24
85:15
**need** 10:5 27:16

39:7
**needs** 25:24 26:3
**negotiate** 7:4,22 8:4
**never** 33:17
**new** 1:8,11 3:17
26:14 51:2
**nine** 76:14 82:5
**NJ** 1:19,21,22
**non-prescription**
6:22 67:9
**normal** 17:13
**normally** 30:3
**Notary** 2:8 88:19
91:4
**Note** 39:25
**notes** 2:8 79:18 80:7
91:9
**number** 30:6 76:19
76:23 77:22 78:9
78:22 79:14 80:18
80:23 81:4,9,11,14
81:16,22 82:1,5
**NW** 1:2,4
**NY** 2:3 3:17
**N.W** 3:13

**O**

**O** 91:1
**object** 9:20 11:10
22:10 23:14 27:24
28:7 38:21 43:21
44:25 47:9 50:10
51:8,13 52:13 57:8
59:25 61:13 63:2
67:25 71:16 78:11
79:6,21 84:3
**objection** 11:13,18
11:20 12:4 15:11
16:7,8,15 17:1,2
17:12,25 18:25
19:8,9,23 23:15
25:19 26:16,22
27:9,25 31:8,20
32:5,6 34:9,10
36:13,22,23 38:25
41:7 43:9 47:3,6
50:16,23 51:15
52:2,3,14 56:13,15
57:16,17 58:17,22
60:14,22 61:22,23

62:2,10 66:6 68:1
68:15 70:2,14 71:1
71:10 77:6,24 83:5
83:25 84:2,24
85:13,24 86:12
87:1,10
**objections** 77:10,11
**obligated** 22:2,7
**obtain** 61:10
**obviously** 85:2
**offer** 30:4
**offered** 29:25
**offices** 2:9
**okay** 8:15 48:6,8
62:18 63:20 76:8
**once** 28:13 51:5
**ones** 59:11
**open** 74:18
**operates** 38:11
**opportunity** 30:1
**opt** 43:7,19,25 83:2
83:7
**opted** 83:9
**order** 36:17 37:6
**ordering** 25:15
**organization** 18:19
77:20 78:18
**outset** 49:24
**outside** 37:22,23
47:18 59:21 60:11
**Ovcon** 9:1 10:17
11:4 12:1 17:20
18:11 19:5,22 20:5
20:6,6 21:17,18,18
30:8,13 32:12,15
32:20 33:6 34:19
36:21 38:16,20
41:1,6 46:23,24
57:4 58:21 59:2
61:10 69:21,24
70:4 77:2 79:3
80:21 81:5 82:17
83:3 85:22 86:4
**overall** 56:22 58:5
58:14
**overcharge** 53:21
54:3,22 55:8,13
56:10 61:20
**overcharged** 53:4
54:14 61:18

**overcharges** 30:25
31:1 56:21

**P**

**p** 2:7 3:1,1
**PA** 2:11 3:4,9
**page** 4:3 12:22,22
14:22 21:25 30:6
33:14 35:10 53:2
56:19 76:12,13
88:8 89:5 90:1
**pages** 88:5
**paid** 29:2,4
**paragraph** 14:21,23
17:18 21:24 22:21
27:19 30:5,6,23
31:15 32:9 35:10
36:4 38:2,13 40:23
43:1,4,11,13,14,15
44:10,23 45:20
46:14 53:1,10
54:18 55:18 56:3
56:18 58:4 59:14
61:1,3 62:17 63:12
63:16 75:8,8 82:22
**paraphrase** 43:3
**Park** 2:1
**part** 7:2 12:2,7
17:13 18:15 28:15
53:4,22 54:4,15,23
55:9,13 56:10
**partial** 32:11,15,19
**participating** 45:23
57:11,14 58:2 61:8
**particular** 27:14
29:1 38:18 41:4
51:18 67:1,1,3,11
67:12 70:12,25
**parties** 91:12
**pass** 25:13,17 27:3
**passed** 26:25
**pay** 31:2
**PC** 3:3
**pending** 55:20
**people** 8:12 32:23
**percentage** 65:17
66:4 67:16 68:12
69:1,11,12
**perfectly** 49:5
**performance** 58:10

**period** 14:17 17:21
**permission** 15:9
**permitted** 47:18,24
48:2,4,6
**person** 9:18 23:24
74:8,25 78:24
**personal** 17:8 18:10
45:16 70:7
**personally** 17:10
41:21 75:21
**perspective** 45:5
**PERWIN** 3:19 41:7
41:20 52:13 56:15
66:8 68:1,15 77:6
77:24 85:16 86:20
86:22 87:1,10
**pharmaceutical**
6:23 17:20 22:23
24:7,22 26:12,21
28:5 62:7,8,24,25
66:5 67:17 69:4,25
70:24 71:8 73:8
74:16 86:21,22,24
**pharmaceuticals**
2:3 3:14 5:20 6:2
6:15,21,21 8:4,14
18:7 22:4,8 74:9
74:20
**Philadelphia** 2:11
3:4,9
**phrase** 40:9
**Pine** 1:13,14
**Plaintiff** 42:22
76:20 81:6,17 82:7
**Plaintiffs** 1:17 3:10
3:21 10:15 11:2
30:24 31:7 32:10
32:14,18,23 36:7
37:6,11,15,19
41:17 42:18 44:12
45:13 53:5 56:21
76:25 82:21 85:2
**please** 5:7 7:25
10:21 12:10,25
13:10 16:23 21:12
26:1 27:8 28:11
39:6,18 40:2,13,19
41:25 42:7,14
48:18,22 62:20
63:21 66:21 78:5

**plus** 62:9,25 64:23
65:8,16,19 66:3,22
67:15,17,18,21,23
68:10,11,11,25
69:1,2,10,11,12,22
69:23,23
**pointed** 63:15
**Pomona** 2:3
**portfolio** 70:17
**portion** 71:21,23
**position** 9:24 74:18
**possible** 45:5 68:20
72:8 84:12
**possibly** 69:2 71:11
**power** 86:17
**predetermined** 22:4
22:9
**premarked** 10:2
**prescribing** 23:3
**prescription** 17:19
22:3,8 24:22 26:11
26:20 67:7,8
**present** 3:23 17:22
**presumes** 78:12
**prevailing** 22:22,25
23:6 24:20,23 26:5
27:18,23 28:6,17
29:11,21 50:18,21
**previously** 53:3,21
54:3,14,22 55:8
**price** 23:9 24:5,15
26:7,7,9,11,20
27:13,15 28:13,15
30:2 66:12,14,15
66:18,22 67:16
68:11 69:11
**prices** 22:4,9 24:21
26:5 28:4
**pricing** 8:9 25:2,5
70:23 86:8 87:8
**prior** 16:12,18 32:17
37:11
**privilege** 47:12
**pro** 31:22
**Probably** 14:13
26:17
**Procedure** 72:10
**proceed** 43:5,15
**proceeding** 32:11,14
32:19,25

**process** 25:11 57:11
57:15,21 58:2
**processing** 24:25
25:8
**product** 5:20 6:2,15
11:22 19:14 23:2
23:10,12,17,18,22
23:24 24:6 26:10
27:14,22 29:1,2,5
29:5 30:1,3 51:16
51:18,21 53:18,19
62:8,25 70:4,18
74:9,20 75:3 83:3
83:19 84:13
**production** 76:5
**products** 6:19,22
7:1 18:18 19:17,22
22:23 23:6 24:8,22
26:6,8,12,21 28:5
62:7,24 66:5 67:1
67:2,4,4,5,7,8,9,12
67:13,17 69:4,8,15
69:17,22,25 70:9
70:11,17,19,24
71:9 73:9 74:16
77:2 83:21 86:21
86:23,24
**profitability** 47:25
**program** 6:17
**programs** 6:24,24
**promotion** 29:10,20
**promotions** 29:12
**proper** 71:19
**proportionate** 31:18
31:25 61:6
**proportionately**
31:17 61:5,19
**proposed** 35:14 36:7
36:20 38:15,20
40:25 41:5
**provide** 26:6 27:11
84:7
**Public** 2:8 88:19
91:5
**Puerto** 1:24
**purchase** 19:18 22:3
22:7,24 29:8 30:1
30:2,3 31:23 51:4
51:5,16,20,25 52:7
52:21 62:8,25 71:9

73:8 80:20 83:22
84:9,14 85:22 86:4
86:9
**purchased** 17:19
19:5 23:13 24:8,16
51:23
**purchaser** 3:9 11:8
32:24 56:11 59:2
76:22
**purchasers** 9:1,10
10:16 11:4 12:1
29:17 30:8,12
32:12,15,20,20
33:6 35:14 36:20
38:16,20 41:1,6
57:3 61:9 72:17
79:2 82:17 83:2
**purchases** 11:22
18:11 19:7,14,21
19:21 20:5 21:17
29:5 49:21 70:24
70:25 81:12 82:2
83:17,18
**purchasing** 86:17
**purposes** 44:13
45:15
**pursue** 53:3,21 54:3
54:14,22 55:8,13
56:10 60:18
**pursuing** 56:21
61:18
**put** 6:24 28:13 35:7
74:13
**putative** 8:25 9:9
10:13,25 11:25
32:23,24 57:3
58:20 59:1,6,9,16
59:21 60:10,20
61:9
**P.C** 2:10 3:7
**p.m** 2:12 87:15
**P.O** 2:3

**Q**

**Quaker** 2:3
**quantities** 22:3,8,23
23:12 24:7,15
**quantity** 70:23 71:8
**question** 10:18,20
10:22,23 11:12

20:1,4,18,19,21,25
20:25 21:1,3,8,12
21:13,14,15 22:11
25:20 26:15 28:20
38:22,22 39:2,3,6
39:8,17,18,19,22
39:23 40:1,9,10,11
40:13,20,21,22
41:8 42:1,7,13,14
42:15,16 48:11,16
48:25 49:24 51:14
53:25 54:1 62:14
62:20,21,22 63:17
63:18,19,22,23,24
66:7 68:16 73:11
73:13,18 77:7,12
77:14 78:3,5,6,7
78:12 79:7 83:14
83:18
**questions** 72:8
82:12 84:19 85:15
85:16,17,19 87:13
**quick** 70:7
**quickly** 75:7
**quite** 18:20,23 50:12
**quote** 19:4

**R**

**r** 2:7,7 3:1,24 88:2
91:1
**RAINA** 3:12
**raise** 26:10
**raised** 23:9 24:5,15
26:9
**Rapids** 1:3,4
**rata** 31:22
**reach** 35:15 37:2,6
**reached** 35:19
**reaching** 35:21,25
37:8
**reacts** 25:23 26:2
**read** 9:23 10:21,23
20:22 21:14 39:6,8
39:18,22,23 40:1
40:11,13,19,22
41:25 42:7,14,16
54:1 62:19,22
63:21,24 78:7
**reading** 39:19 40:16
40:17

**reads** 14:23 42:10
43:15
**real** 71:4 76:7
**really** 23:23 24:1
75:7
**Realtime** 91:3
**reask** 21:12
**reasked** 21:8
**reason** 52:23,25
57:18 71:16 89:4,7
89:9,11,13,15,17
89:19,21,23,25
90:3,5,7,9,11,13
90:15,17,19,21,23
**reasonably** 72:13
**reasons** 64:9,12
**rebates** 71:8
**recall** 10:8,11 14:16
17:6 45:11 55:17
**receive** 61:19 70:12
71:7 80:1,17
**received** 14:12,17
70:23 77:9 79:23
**receives** 72:24 74:3
**recess** 60:24 75:5
**recommendation**
45:18
**recommended**
75:15
**record** 5:8 37:20
40:12 74:13
**recover** 30:24 31:7
**recovered** 31:17
61:4
**refer** 36:3 53:10
77:1
**reference** 46:16
**referenced** 59:12
85:12
**referred** 38:1 44:23
77:22 78:9
**referring** 38:2 44:15
44:20 45:9 46:1,2
51:10 62:17 79:16
80:19
**regarding** 18:23
73:13 83:14
**regional** 53:6 86:19
**Relafen** 54:25 55:9
56:12

**relate** 77:1
**related** 9:24 80:4
**relates** 73:11
**relating** 33:6 79:2
  79:16,24 80:20
**relationship** 57:20
**relative** 47:25 91:13
**relevance** 47:10
  49:15,18 71:16
  72:8
**relevant** 71:12,20,22
  72:12,14,18,19
**remain** 44:4
**remaining** 43:5,17
**remains** 64:17
**Remeron** 54:17,23
  55:5
**repeat** 64:8 78:5
**repeatedly** 20:19
**rephrase** 37:7 40:10
  51:22
**reported** 91:5
**reporter** 2:9 10:23
  21:14 39:21 40:1
  40:11,16,22 42:9
  42:16 54:1 62:22
  63:24 78:7 91:4,4
**represent** 8:13
**represented** 8:16,21
  53:4 63:11
**representing** 44:13
  45:14
**request** 29:18
**requested** 9:22 15:3
**resale** 67:17 69:25
**research** 16:4,10
  75:21
**reside** 77:19 78:16
  78:19
**resources** 7:11
  78:16
**respect** 34:19,22
  41:18 42:19 72:11
**respectful** 49:6
**responded** 19:25
**response** 20:3 21:15
  83:24
**responsibilities** 6:16
  7:2,3 8:8
**responsibility** 7:10

78:20
**restate** 42:2
**result** 61:17 85:1
**results** 85:1
**retires** 34:6
**retiring** 34:4
**review** 15:21,23,24
  16:1,19 17:23
  22:15 36:17
**Rico** 1:24
**right** 5:18 7:19,20
  8:6,7 18:8,9,12
  20:23 33:18 34:23
  60:21 63:15 67:10
  73:12 74:13 85:23
  85:25 86:5
**rights** 78:25
**Rite-Aid** 82:25 86:3
  87:7
**Road** 1:6 2:3
**Robert** 75:1,2
**Rochester** 1:7,8
  53:7 86:18
**Rockaway** 1:19,21
  1:22
**room** 8:12
**Rooney** 2:10 3:3
**rough** 39:24
**rude** 40:7,8
**rules** 20:13 47:8,18
  64:5,11,15 71:18
  72:10

---

**S**
**s** 2:7 3:1 4:8
**SAJ** 1:12
**sale** 27:22 46:23
  66:5 80:20
**sales** 1:11 7:18 77:1
  77:20 78:18,19
  79:3 81:5,10,17,20
  82:7,9
**savings** 25:14,18
**saying** 39:5
**says** 39:20 42:10
  43:4 76:4,13
**Schedule** 74:16,14
  76:23 77:22 78:10
  79:15 80:23 81:4,9
  81:22 82:1,6

**Scher** 3:3 4:6 8:19
  9:20 11:10,18 12:4
  14:1 15:11 16:7,15
  17:1,12 18:25 19:8
  20:9,12,16,22 21:2
  21:5,21 22:10
  23:14 25:19 27:9
  27:24 28:7 31:8,20
  32:5 34:9,11,18,22
  36:13,22 37:24
  38:21 39:1,9,16,19
  39:22 40:3,8,15
  41:12 42:2,9 43:9
  43:21 44:25 46:25
  47:4,13,16 48:5,9
  48:15,20,24 49:1,4
  49:7,11,23 50:5,10
  50:16,23 51:8,13
  52:2,14,17 53:23
  56:13 57:8,17
  59:25 60:14,22
  61:13,23 62:2,11
  62:18 63:2,7,11,14
  63:20 64:1,4,8,12
  64:16 65:1,9,22
  67:25 70:2,14
  71:13,25 73:3,10
  73:20 74:11 77:8
  77:25 78:11 79:6
  79:21 82:13,15
  83:10 84:5 85:4,24
**scope** 86:11
**SCOTT** 3:19
**second** 14:22 22:21
  33:14 45:21
**see** 16:13,19 17:23
  18:4 22:15,18 35:4
  62:12 67:8
**seeing** 10:8
**seek** 15:9 30:24 31:7
**seeking** 21:11 76:15
**seen** 10:6,9,11 29:20
  33:17 76:9
**sees** 73:18
**sell** 6:25 28:5 69:3
  70:17
**sells** 62:7,24
**send** 80:1
**sent** 79:23
**sentence** 14:22

22:21 36:4 45:21
  46:14
**separate** 68:22
**separately** 60:19
**serve** 77:11
**served** 5:23 35:13
  36:19 38:14,19,24
  40:25 41:4 45:23
**Service** 1:6
**services** 26:6,6,8
**serving** 5:19
**set** 8:9 25:12 28:2,4
  62:9 63:1
**sets** 23:6 27:22
**seven** 81:22
**share** 31:19 32:1
  61:6
**shared** 31:22
**shift** 23:3
**shorthand** 9:11
**show** 62:15 81:5,12
  81:17 82:2,6
**shown** 88:8
**side** 7:16,18 8:3 18:7
  74:10,20
**sign** 13:22 14:11
  30:19 31:13 34:7
**signature** 12:23
**signed** 12:19 13:19
  14:9,15,18 16:6
  33:19 35:5 36:11
  45:6
**signing** 13:25 15:10
  15:15,17 16:2,12
  16:18 37:11,15
**similar** 16:25 19:19
  34:15,20 45:7
  54:10,20 56:1,3
  83:22
**similarly** 1:16 55:20
**simply** 48:3 71:19
**SIMPSON** 3:15
**single** 68:5
**situated** 1:16
**situation** 24:1 31:2
  55:4
**situations** 45:6
**six** 81:14
**slightly** 43:3
**smaller** 86:19

**Smith** 82:24
**sold** 23:10 24:6
  26:10
**sole** 25:4
**sorry** 28:21 29:12
  37:7,18 38:12
  41:23 43:10 46:1
  48:20 50:6 66:13
**source** 24:2 25:4
  52:8
**sources** 52:9
**South** 1:6 3:20
**speaking** 40:6 49:3
  49:5
**speaks** 84:1
**specific** 11:23 27:13
  38:6 43:10 44:21
  70:9
**specifically** 44:19
  45:11 46:14 59:13
  60:8 78:17
**spell** 7:25 13:10
**spent** 46:3,4
**Sprague** 33:20,21
  33:22,23 34:6
**stands** 14:24
**start** 53:23
**state** 5:7 17:19 19:3
  22:1 24:20 30:6,7
  30:24 32:10 35:11
  38:13 40:23 43:2
  44:10 45:12,21
  53:3,15 55:11,18
  56:19 61:3 75:9
  89:1
**stated** 9:23 21:3,9
  37:8
**statement** 17:24
  18:3 22:16,19
  36:18
**states** 1:1 22:22
  30:23
**stenographic** 2:7
  91:9
**STEPHEN** 1:14
**Stockton** 1:9
**Street** 1:9,24 2:1,10
  3:4,8,13
**strike** 16:22
**Sturz** 3:24 13:9,22

80:2
**Sturz's** 13:10
**subject** 88:7
**submit** 13:5,7 77:10
**submitted** 13:1
**subpoena** 4:13
75:25 76:4 77:9
**Subscribed** 88:16
**subsequent** 37:15
**substitute** 19:6,11
19:20 21:4,9,10
83:4,15,16
**substituted** 20:5
21:17
**substitutes** 82:18
**substitution** 83:15
**sub-branded** 18:18
**sued** 61:11,21
**sufficient** 81:5,11,16
82:2,6
**Sugarman** 75:1
**Sugarman's** 75:2
**Sunset** 1:6
**suppliers** 73:14
**supplier's** 67:2,12
67:13
**supply** 18:15,19
23:24
**support** 27:15 55:20
56:7
**supporting** 27:13
**supports** 77:20
78:18 81:3
**sure** 6:19 10:19
11:17 16:9 19:24
28:1 44:2 55:24
82:23
**surrounding** 50:19
**switch** 84:16
**sworn** 5:4 88:16
91:7
**systems** 6:10,12
18:16
**S-T-U-R-Z** 13:12

———————————————
                T
**T** 2:7,7 4:8 88:2 91:1
91:1
**take** 10:4,4 25:1
33:12 34:5 47:19

47:21 58:6,7
**taken** 2:9 91:9
**takes** 25:8
**talk** 14:10 16:13
17:16 40:3
**talked** 56:2
**talking** 34:18 57:7
59:13 69:10
**team** 74:7 77:19
81:2,3
**technically** 23:23
**tell** 12:25 31:1 33:19
45:8 54:9 55:15
74:25 77:8 84:21
**telling** 32:17 39:1,13
64:11,14
**term** 64:23 65:7
67:21,22
**terms** 26:4 68:12
69:10
**testified** 5:5 83:6
85:21 86:2
**testify** 63:10
**testimony** 88:5 91:9
**THACHER** 3:15
**Thank** 28:24 64:16
**thing** 84:17
**things** 16:5 34:5
46:18 72:16 82:14
**think** 9:5 13:6,9
17:3 30:20 33:22
35:2 42:25 44:8
45:1 46:16,21 48:7
49:1 79:12 80:8
83:25
**thought** 57:19
**three** 5:25 6:20
76:13,25 79:14
**Thursday** 2:11
**tied** 63:12
**tier** 70:23
**ties** 62:14
**time** 10:22 13:6
14:17 18:20,24
21:13 30:21 34:5
40:21 42:15 46:3,4
46:17 50:12 53:25
58:7,17 62:21
63:23 78:6
**times** 28:25

**title** 75:2 78:25
**today** 8:16,21 74:17
**told** 30:17
**tone** 49:2,6
**top** 12:18
**topic** 63:10
**transacted** 28:14
**transcript** 20:24
39:24 84:1 88:7
91:8
**transfers** 78:24
**trends** 23:3
**TriCor** 55:21,22
56:7,11
**true** 12:18 16:14,20
17:24 18:4 22:16
22:19 48:3 88:6
91:8
**trying** 84:8
**turn** 12:22 14:21
21:24 35:8 61:1
75:7
**Turning** 45:20
**Twenty-nine** 5:17
**twice** 20:11
**two** 6:8 7:12 25:6
30:6 76:21 78:22
**type** 16:24 55:3
57:11,13,14 58:2
79:4,19
**types** 25:18 31:6
57:6,25 66:11 69:9
69:24 77:4 80:22
81:8
**typically** 23:25
26:24 30:2 52:10
67:6 68:20 70:9,10
77:18

———————————————
                U
**U** 88:2
**Uh-huh** 47:13
**understand** 8:12,23
10:14 11:1,7 12:2
20:3,12,16 21:15
49:11 71:24 73:10
**understanding**
41:17 42:18
**understands** 11:11
**unilaterally** 72:18

**Union** 1:23
**UNITED** 1:1
**use** 19:10,13 21:4,7
21:10 64:23 65:7
65:16 66:3 67:16
67:22 68:21
**usually** 50:2 52:22
70:15,16,18

———————————————
                V
**vague** 85:13
**valid** 71:16
**VALLEY** 1:9
**version** 49:21 50:22
51:4,11,24,25
**versions** 19:5 23:21
**versus** 47:25
**Vice-President** 5:19
6:2,4,6,10,11,14
74:9,15
**View** 1:8
**vs** 1:17

———————————————
                W
**W** 33:20
**WAC** 65:16,19,19
66:16,18,19,22
67:17,22 68:11,19
68:25,25 69:10,23
**waive** 75:11,17,22
**waives** 75:9
**Walden** 1:11
**Walgreen** 3:21
33:15 76:22 81:7
81:18 82:8 86:2
**Walgreens** 82:25
**Walker** 1:2,4
**Walter** 33:21
**Wal-Mart** 82:25
86:3 87:7
**want** 40:17 58:7
71:15 73:15 74:12
82:13
**wanted** 37:20
**wants** 48:20
**Warner** 1:18,20,22
1:23 3:17 8:24
17:20 32:4 33:5
60:19 61:11 74:2
74:21 79:1 80:19

**Washington** 3:13
**Watson** 82:3
**way** 26:19 28:19
29:15 32:4 39:13
40:17 50:4,6 51:1
66:19
**weren't** 37:8
**West** 1:9
**we're** 11:17 12:6
35:7 47:20 68:21
76:15 84:16
**we've** 27:19 69:9
**Wholesale** 1:5,9
53:6 86:18
**wholesalers** 53:6
86:7,19 87:8
**William** 33:22,23
**wish** 89:3
**witness** 3:5 4:3 9:22
11:5,11,14,21 12:6
14:3 15:13 16:9,16
17:3,13 18:1 19:1
19:10,24 20:10,14
20:17 21:3,9,22
22:13 23:16 24:18
25:22 26:17,23
27:12 28:1,8,25
31:10,21 32:7
34:12,24 36:15,24
39:3,15 41:10,13
41:20,23 42:21
43:10,23 45:1
46:25 47:9,11,15
47:16,23,24 48:23
48:23,25 49:6 50:2
50:6,11,18,25
51:16 52:4,15 54:6
56:16 57:9,18
58:23 60:2,16,23
61:15,24 62:4 63:4
63:7,9,17 64:1,6
65:1,9,22 66:9
68:3,17 69:14,18
70:4,15 71:3,13,17
72:1 73:4,6,20
77:14 78:3,14 79:8
79:22 83:6,8 84:25
85:14,25 86:13
87:4,12 88:4 91:7
**word** 19:10,13 21:4

21:6,8,10 28:21
42:3 83:15
**work** 25:13 73:15
**world** 29:7
**wouldn't** 19:10 21:4
21:10 43:19 80:25

### X

**X** 4:1,8
**XI01143** 91:17

### Y

**Yeah** 36:15 50:2,25
**years** 5:17,25 6:8,13
**yesterday** 77:9
**York** 1:8,11 3:17

### Z

**Zenchent** 82:2,7

### 0

**00738** 1:24
**05** 1:3
**07866-2129** 1:19,21
1:22

### 1

**1** 10:2,7,12,24 14:21
14:23
**1.1** 1:24
**1:00** 2:12
**10** 2:1 4:9 56:18
58:4
**100** 1:19,20,22
**10017-3954** 3:17
**10970-0519** 2:3
**11** 75:8
**1100** 3:20
**12** 4:10
**14** 2:11 79:16 80:4
**14th** 2:10 3:4
**1401** 1:9
**14086** 1:11
**14624** 1:8
**1622** 3:8
**1835** 2:10 3:4
**19103** 2:11
**19103-2985** 3:4
**19103-6305** 3:9

### 2

**2** 2:3 12:10,16 13:14
14:22 15:24 17:18
22:1 35:8,10,11
53:2 61:2 80:5
**20005** 3:13
**2004** 17:21
**2007** 2:12 7:22
79:16 80:4 88:17
91:19
**201** 3:20
**2085** 1:5
**21** 91:19
**2195** 1:3
**22** 17:21
**2900** 2:3
**2929** 1:2,4

### 3

**3** 17:18 33:12,17
34:15 35:4 53:2
**3:18** 87:15
**30D4** 47:12
**3017** 1:12,14
**33** 4:12
**33131-4327** 3:21
**35** 9:1 17:20 18:11
19:5,22 30:8,13
32:12,15,20 33:6
36:21 38:16,20
41:1,6 46:23,24
58:21 59:2 61:10
77:2 79:3 81:5
82:17 83:3

### 4

**4** 4:5 21:24 22:21
27:19 62:17 63:12
76:4,9,13,17 80:24
81:23
**4201** 1:11
**425** 3:16
**49544** 1:3,4

### 5

**5** 30:5 82:22
**5A** 30:6 59:14,17,22
60:5,11
**5C** 30:23 31:15 61:1
**5F** 32:9
**50** 1:7

### 6

**6** 35:10 36:4 38:2,13
40:23 43:1,13
54:18 81:11
**655** 3:13

### 7

**7** 44:10,23 81:16
**70584** 1:6
**71603** 1:13,14
**75** 4:13

### 8

**8** 45:20 46:14
**82** 4:6
**85** 4:5

### 9

**9** 53:1,10 55:18 56:4
**95203-2627** 1:10