# APPENDIX A

(Plaintiffs' Responses appear directly beneath each entry)

*Meijer, Inc. et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*

<u>American Sales Company, Inc.</u>

- American Sales Company's contract with Cardinal Health (under which it purchased Ovcon 35)

Cumulative (Ovcon 35 purchase price data already produced)

- American Sales Company's market share agreement with Watson Pharmaceuticals (under which it purchased Zenchent)

Does not exist (no Zenchent purchases)

*Walgreen Co., et al., v. Warner Chilcott Holdings Co. III, Ltd., et al.*

<u>Albertson's, Inc.</u>

- Contracts and agreements under which Albertson's purchased Ovcon 35 from McKesson Corporation ("McKesson")

Will produce

- Contracts and agreements under which McKesson purchased Ovcon 35 from Warner Chilcott for resale to Albertson's

Not in Albertson's' possession, custody or control

- Contracts and agreements under which Albertson's purchased Balziva and Zenchent

Will produce if they exist

- Records of Albertson's purchases of Ovcon 35 for the period from April 2006 to the present

Will produce if they exist

- Records of McKesson's purchases of Ovcon 35 for resale to Albertson's for the period from January 1, 2000 to the present

Not in Albertson's' possession, custody or control

- Records of Albertson's purchases of Balziva, Zenchent, Ovcon Chewable, and Femcon for the period from January 1,2000 to the present

For the period January 1, 2000 to late 2006/early 2007: Do not exist (drugs were not on the market)
For the period late 2006/early 2007 to present: Will produce if they exist

- Supply forecasts for Ovcon 35, Balziva, and Zenchent

Do not exist

- Analyses and other documents regarding the following subjects: (1) the increase in generic prescriptions over the 2002-2006 period; (2) the impact of Balziva on the total combined purchases of branded and generic Ovcon 35; (3) generic substitution rates; and (4) rebates received by Albertson's on its purchases of Ovcon 35

Already produced to the extent they exist

Hy-vee, Inc.

- Contracts and agreements under which McKesson purchased Ovcon 35 from Warner Chilcott for resale to Hy-vee

Not in Hy-Vee's possession, custody or control

- Contracts and agreements under which Hy-vee purchased Balziva and Zenchent

Will produce if they exist

- Records of Hy-vee's purchases of Ovcon 35 for the period from January 1, 2000 to the present

Not in Hy-Vee's possession, custody or control; requested from McKesson

- Records of McKesson's purchases of Ovcon 35 for resale to Hy-vee for the period from January 1, 2000 to the present

Not in Hy-Vee's possession, custody or control

- Records of Hy-vee's purchases of Balziva, Zenchent, Ovcon Chewable, and Femcon for the period from January 1, 2000 to the present

For the period January 1, 2000 to late 2006/early 2007: Do not exist (drugs were not on the market)
For the period late 2006/early 2007 to present: Will produce if they exist

- Supply forecasts for Ovcon 35, Balziva, or Zenchent.

Do not exist

## The Kroger Company

- Contracts and agreements under which Kroger purchased Ovcon 35 from Warner Chilcott

Do not exist

- Contracts and agreements under which Kroger purchased Balziva

Already produced

- Records of Kroger's purchases of Ovcon 35 for the period from April 2006 to the present

Will produce to the extent they are included in Kroger's damage claim

- Records of Kroger's purchases of Balziva, Zenchent, Ovcon Chewable, and Femcon for the period from January 1, 2000 to the present

For the period January 1, 2000 to late 2006/early 2007: Do not exist (drugs were not on the market)
For the period late 2006/early 2007 to present: Will produce if they exist

## Maxi Drug, Inc., d/b/a/ Brooks Pharmacy and Eckerd Corporation ("Brooks/Eckerd")

- Contracts and agreements under which Brooks/Eckerd purchased Ovcon 35 from McKesson

Will produce

- Contracts and agreements under which McKesson purchased Ovcon 35 from Warner Chilcott for resale to Brooks/Eckerd

Not in Brooks/Eckerd's possession, custody or control

- Contracts and agreements under which Brooks/Eckerd purchased Zenchent

Will produce if they exist

- Records of Brooks/Eckerd's purchases of Ovcon 35 for the period from August 2006 to the present

Will produce if they exist

- Records of McKesson purchases of Ovcon 35 for resale to Brooks/Eckerd for the period from January 1, 2000 to the present

Not in Brooks/Eckerd's possession, custody or control

- Records of Brooks/Eckerd's purchases of Balziva, Zenchent, Ovcon Chewable, and Femcon for the period from January 1, 2000 to the present.

For the period January 1, 2000 to late 2006/early 2007: Do not exist (drugs were not on the market)
For the period late 2006/early 2007 to present: Will produce if they exist

Safeway, Inc.

- Contracts and agreements under which Safeway purchased Ovcon 35 from McKesson

Will produce

- Contracts and agreements under which McKesson purchased Ovcon 35 from Warner Chilcott for resale to Safeway

Not in Safeway's possession, custody or control

- Contracts and agreements under which Safeway purchased Zenchent, including Safeway's market share agreement with Watson Pharmaceuticals

Will produce if they exist

- Records of Safeway's purchases of Ovcon 35 for the period from January 1, 2000 to the present

Already produced for most of the period; will produce the rest if they exist

- Records of McKesson's purchases of Ovcon 35 for resale to Safeway for the period from January 1, 2000 to the present

Not in Safeway's possession, custody or control

- Records of Safeway's purchases of Balziva, Zenchent, Ovcon Chewable, and Femcon for the period from January 1, 2000 to the present

For the period January 1, 2000 to late 2006/early 2007: Do not exist (drugs were not on the market)
For the period late 2006/early 2007 to present: Will produce if they exist

<u>Walgreen Company</u>

- Contracts and agreements under which Walgreen has purchased Ovcon 35 from Amerisource Bergen

Will produce

- Contracts and agreements under which Arnerisource Bergen has purchased Ovcon 35 from Warner Chilcott for resale to Walgreen

Not in Walgreen's possession, custody or control

- Contracts and agreements under which Walgreen purchased Balziva and Zenchent, including Walgreen's market share agreement with Watson Pharmaceuticals

Will produce if they exist

- Records of Walgreen's purchases of Ovcon 35 for the period from April 2006 to the present

Will produce if they exist

- Records of Amerisource Bergen's purchases of Ovcon 35 for resale to Walgreen for the period from January 1, 2000 to the present

Not in Walgreen's possession, custody or control

- Records of Walgreen's purchases of Balziva, Zenchent, Ovcon Chewable, and Femcon for the period from January 1, 2000 to the present

For the period January 1, 2000 to late 2006/early 2007: Do not exist (drugs were not on the market)
For the period late 2006/early 2007 to present: Will produce if they exist

- Documents prepared in anticipation of a generic version of Ovcon 35, including product analysis forms and pricing models

Will produce if they exist

- A legible copy of the document Bates stamped WAL-000022 and marked as Walgreen Exhibit 4

Most legible copy has been produced