**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

**Howard D. Scher**
215 665 3920
howard.scher@bipc.com

1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
T 215 665 8700
F 215 665 8760
www.buchananingersoll.com

July 10, 2007

Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Re: Meijer, Inc., et al. v. Warner Chilcott Holdings Co., et al., No. 1:05-cv-02195

Your Honor :

I write on behalf of my client AmerisourceBergen Corporation ["ABC"], an absent class member in the above-referenced litigation.

On May 14, 2007, at the request of the class representatives, Brian Jones, an ABC employee, executed a Declaration in this case. In this Declaration, Mr. Jones described ABC's purchases of the products at issue in this case; stated ABC's willingness to proceed as an absent class member rather than attempting to intervene directly in the suit; and stated that there is no conflict of interest between ABC and the named Plaintiffs, and that, if any did exist, ABC would waive any such conflict.

As with any corporate act, the investigation and decision-making associated with the preparation of this document were carried out by various employees of ABC. However, the Declaration does represent Mr. Jones' opinion, both individually and as a representative of ABC. The Defendants' attempts to force ABC to execute a second Declaration, or multiple Declarations, which will inevitably reflect the same corporate decision making process, will only serve to delay these proceedings and impose additional unwarranted costs on ABC and the other absent class members.

As counsel for ABC, I represent to the Court that the facts and statements set out in the Jones Declaration do, in fact, reflect ABC's position with regard to this case. For the reasons set out in the Declaration, it is ABC's considered business judgment that participating in this case as an absent member of a certified class is in the company's best interests.

Very truly yours,

/Howard D. Sr.—

Howard D. Scher

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC