**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No: 1:05CV02195 (CKK)<br><br>Jury Trial Demanded |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No: 1:06CV00795 (CKK)<br><br>Jury Trial Demanded |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No: 1:06CV00494 (CKK)<br><br>Jury Trial Demanded |

**JOINT MOTION AND STIPULATION**

2

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc., Stephen L. LaFrance Holdings, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc. (collectively the "Direct Purchaser Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to allow the Direct Purchaser Plaintiffs to take the depositions of Drs. Tracy Lewis and Jerry Hausman after the August 22, 2007 deadline set by the Court for expert depositions. In support thereof, the Direct Purchaser Plaintiffs and the Defendants jointly state as follows:

1.  The Court's April 10, 2007 Order specifies that the parties shall make their experts available for deposition on or before August 22, 2007.

2.  To accommodate the schedules of certain witnesses and counsel, and to allow one of Warner Chilcott's experts sufficient time to recover from medical treatment, the Direct Purchaser Plaintiffs and the Defendants have agreed and ask this Court to enter an Order allowing: 1) the deposition of Dr. Jerry Hausman to occur on August 24, 2007; and 2) the deposition of Dr. Tracy Lewis to occur on September 6, 2007.

3.  Under the proposed revised schedule, all expert deposition will be completed by the time of the Status Conference scheduled by the Court for September 7, 2007.

WHEREFORE, the Direct Purchaser Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. The Direct Purchaser Plaintiffs may take the deposition of Dr. Jerry Hausman on August 24, 2007.

2. The Direct Purchaser Plaintiffs may take the deposition of Dr. Tracy Lewis on September 6, 2007.


Date:  July 17, 2007                                   Respectfully submitted,


                                                          /s/
                                                       _____
                                                       Linda P. Nussbaum (D.C. Bar # 483254)
                                                       Christine M. Fox
                                                       KAPLAN FOX & KILSHEIMER LLP
                                                       805 Third Avenue, 14th Floor
                                                       New York, NY 10022
                                                       (212) 687-1980
                                                       (212) 687-7714 (fax)

                                                       Richard B. Drubel (D.C. Bar # 334359)
                                                       Kimberly H. Schultz
                                                       BOIES, SCHILLER & FLEXNER LLP
                                                       26 South Main Street
                                                       Hanover, NH 03755
                                                       (603) 643-9090
                                                       (603) 643-9010 (fax)

                                                       William Isaacson (D.C. Bar # 414788)
                                                       Tanya Chutkan (D.C. Bar # 420478)
                                                       BOIES, SCHILLER & FLEXNER LLP
                                                       5301 Wisconsin Avenue, N.W., Suite 800
                                                       Washington, DC 20015
                                                       (202) 237-2727

                                                       *Counsel for Meijer, Inc. and Meijer Distribution, Inc.*


                                                          /s/
                                                       _____
                                                       Bruce E. Gerstein

Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Louisiana Wholesale Drug Co., Inc.*

/s/
_____
Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*

/s/
_____
Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000

(717) 892-1200 (fax)

Linda P. Nussbaum (D.C. Bar # 483254)
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)

*Counsel for SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*


    /s/
_____
Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar # 483254)
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)

*Counsel for American Sales Company, Inc.*


    /s/
_____
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

        Steve D. Shadowen
        Monica L. Rebuck
        HANGLEY ARONCHICK SEGAL &PUDLIN
        30 North Third Street, Suite 700
        Harrisburg, PA 17101-1713
        (717) 364-1030
        (717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc.*

/s/
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


/s/
_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*