UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | No. 05 Civ. 2195 (CKK) |

NOTICE OF SERVICE OF DIRECT PURCHASER
CLASS PLAINTIFFS' EXPERT REBUTTAL REPORTS

PLEASE TAKE NOTICE that the Direct Purchaser Class Plaintiffs' expert rebuttal report of Dr. Jeffrey J. Leitzinger was served today on the below defense counsel via e-mail and overnight mail. Counsel for the Individual Direct Purchaser Plaintiffs in *Walgreen Co. v. Warner Chilcott Holdings Co. III, Ltd.* (C.A. No. 06-494) and *CVS Pharmacy, Inc. v. Warner Chilcott Holdings Co. III, Ltd.* (C.A. No. 06-795) are separately serving defense counsel today with the expert rebuttal reports of Neil Flanzraich, Dr. Larry Karp, Dr. Richard J. Derman, and Dr. Keith Leffler on behalf of their clients and the Direct Purchaser Class Plaintiffs (note: only the liability section of Dr. Leffler's expert rebuttal report is being submitted on behalf of the Direct Purchaser Class Plaintiffs).

Peter C. Thomas, Esq.
SIMPSON THACHER & BARTLETT, LLP
555 11th Street., N.W., Suite 725
Washington, D.C. 20004

Charles E. Koob, Esq.
Kevin Arquit, Esq.
Annette C. Rizzi, Esq.
SIMPSON THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, New York 10017

*ATTORNEYS FOR DEFENDANT WARNER CHILCOTT*

Karen N. Walker, Esq.
Mark L. Kovner, Esq.
Chong S. Park, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

*ATTORNEYS FOR DEFENDANT BARR PHARMACEUTICALS, INC.*

Dated:   July 20, 2007.

Respectfully submitted,

_____
Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090 (Telephone)
(603) 643-9010 (Facsimile)

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727 (Telephone)
(202) 237-6131 (Facsimile)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (Fax)

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

*Executive Committee for*
*Direct Purchaser Class Plaintiffs*