# EXHIBIT A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Jason R. Parish
To Call Writer Directly:
202-879-5066
Jparish@kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: 202 879-5200

March 29, 2007

**By E-Mail and Electronic Filing Service**

Linda P. Nussbaum
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022

   Re: *Meijer, Inc., et al., v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. Action No. 1:05-CV-02195-CKK

Dear Ms. Nussbaum,

  Barr Pharmaceuticals, Inc. seeks production of the following relevant documents and information discussed during Jacquelyn DeBruler's November 1, 2006 deposition:

Records of Ovcon Purchases

  First, Ms. DeBruler testified that the document marked as DeBruler Exhibit 1 lists all purchases of Ovcon-35 made by Meijer from Frank W. Kerr Company between January 1, 2003 and November 7, 2005. DeBruler Tr. at 95, lines 24-25; *id.* at 96, line 1. However, this document does not reference any Ovcon-35 purchases for the period between December 18, 2003 and July 2, 2004. *See id.* at 97-98. Records related to Meijer's Ovcon-35 purchases are responsive to Barr's Request for Production Number 1. We therefore request that you supplement DeBruler Exhibit 1 by producing all records of Meijer's Ovcon-35 purchases for the period between December 18, 2003 and July 2, 2004. We additionally request that you supplement DeBruler Exhibit 1 by producing all records of Meijer's Ovcon-35 purchases for the period between November 7, 2005 and the present.

  Ms. DeBruler also testified that Meijer is asserting in this litigation the claims of Frank W. Kerr Company and that the document marked as DeBruler Exhibit 3 lists all purchases of Ovcon-35 made by Frank W. Kerr Company from Warner Chilcott between January 2000 and March 2006. *Id.* at 120, line 9; *id.* at 116, lines 23-25. We request that you supplement DeBruler Exhibit 3 by producing all records of Frank W. Kerr Company's Ovcon-35 purchases for the period between March 2006 and the present.

Chicago  Hong Kong  London  Los Angeles  Munich  New York  San Francisco

March 29, 2007
Page 2

### Meijer's Contract(s) with Frank W. Kerr Company

Second, Ms. DeBruler testified that Meijer purchases branded and generic pharmaceuticals from Frank W. Kerr Company pursuant to a verbal "handshake agreement." *Id.* at 41, line 21; *id.* at 42, line 18. Documents referencing the terms and conditions of this "handshake agreement" are responsive to Barr's Request for Production Numbers 1, 5, and 16. We request that you produce all documents referencing the terms and conditions of the current agreement between Meijer and Frank W. Kerr Company, as well as documents referencing the terms and conditions of any prior agreements between Meijer and Frank W. Kerr Company, effective during the period between 2004 and the present, for the purchase of branded and generic pharmaceuticals.

### Frank W. Kerr Company's Contract(s) with Warner Chilcott

Third, Ms. DeBruler testified that Frank W. Kerr Company purchases Ovcon-35 directly from Warner Chilcott. *See id.* at 86, lines 8-10. Any contract or agreement between Frank W. Kerr Company and Warner Chilcott for the purchase of Ovcon-35 is responsive to Barr's Request for Production Number 1. Accordingly, we request that you produce any contract(s), supply agreement(s), and similar documents pursuant to which Frank W. Kerr Company has purchased Ovcon-35 from Warner Chilcott.

### Records of Balziva and Zenchent Purchases and Sales

Fourth, records of Balziva and Zenchent purchases and sales are responsive to Barr's Request for Production Number 8. We request that you produce all records of Meijer and Frank W. Kerr Company's Balziva and Zenchent purchases and sales.

As you are no doubt aware, the time for discovery in this case is rapidly drawing to a close. Therefore, we request that you confirm, no later than the close of business on Friday, April 13, 2007, that Meijer will produce the requested documents and data no later than Friday, April 20, 2007.

We look forward to working with you to resolve these outstanding discovery matters.

Sincerely,

/s/ Jason R. Parish

Jason R. Parish