# EXHIBIT B

| WHSE | PONO | ITEM | LINE NO | RECQ | LIST | NET | RECV. DATE | PO QTY | VENDOR |
|---|---|---|---|---|---|---|---|---|---|
| 104 | 66535 | 775431 | 712 | 72 | 190.71 | 189.33689 | 3/13/2006 | 72 | 7242 |
| 104 | 66592 | 775431 | 712 | 72 | 190.71 | 189.33689 | 3/15/2006 | 72 | 7242 |
| 104 | 66673 | 775431 | 721 | 72 | 190.71 | 189.33689 | 3/20/2006 | 72 | 7242 |
| 104 | 66704 | 775431 | 640 | 72 | 190.71 | 189.33689 | 3/22/2006 | 72 | 7242 |
| 104 | 66828 | 775431 | 652 | 72 | 190.71 | 189.33689 | 3/29/2006 | 72 | 7242 |
| 104 | 66908 | 775431 | 787 | 72 | 190.71 | 189.33689 | 4/3/2006 | 72 | 7242 |
| 104 | 66931 | 775431 | 613 | 72 | 190.71 | 189.33689 | 4/5/2006 | 72 | 7242 |
| 104 | 67009 | 775431 | 790 | 72 | 190.71 | 189.33689 | 4/10/2006 | 72 | 7242 |
| 104 | 67053 | 775431 | 706 | 72 | 190.71 | 189.33689 | 4/12/2006 | 72 | 7242 |
| 104 | 67109 | 775431 | 805 | 72 | 190.71 | 189.33689 | 4/17/2006 | 72 | 7242 |
| 104 | 67136 | 775431 | 598 | 72 | 190.71 | 189.33689 | 4/19/2006 | 72 | 7242 |
| 104 | 67258 | 775431 | 703 | 72 | 190.71 | 189.33689 | 4/26/2006 | 72 | 7242 |
| 104 | 67334 | 775431 | 643 | 144 | 190.71 | 189.33689 | 5/1/2006 | 72 | 7242 |
| 104 | 67440 | 775431 | 790 | 72 | 190.71 | 189.33689 | 5/8/2006 | 72 | 7242 |
| 104 | 67475 | 775431 | 862 | 72 | 190.71 | 189.33689 | 5/10/2006 | 72 | 7242 |
| 104 | 67604 | 775431 | 376 | 72 | 190.71 | 189.33689 | 5/17/2006 | 72 | 7242 |
| 104 | 67670 | 775431 | 688 | 72 | 190.71 | 189.33689 | 5/22/2006 | 72 | 7242 |
| 104 | 67704 | 775431 | 478 | 72 | 190.71 | 189.33689 | 5/24/2006 | 72 | 7242 |
| 104 | 67817 | 775431 | 670 | 72 | 190.71 | 189.33689 | 5/31/2006 | 72 | 7242 |
| 104 | 67887 | 775431 | 808 | 144 | 190.71 | 189.33689 | 6/5/2006 | 144 | 7242 |
| 104 | 67995 | 775431 | 607 | 72 | 190.71 | 189.33689 | 6/12/2006 | 72 | 7242 |
| 104 | 68030 | 775431 | 595 | 72 | 190.71 | 189.33689 | 6/14/2006 | 72 | 7242 |
| 104 | 68118 | 775431 | 676 | 72 | 190.71 | 189.33689 | 6/19/2006 | 72 | 7242 |
| 104 | 68162 | 775431 | 628 | 72 | 190.71 | 189.33689 | 6/21/2006 | 72 | 7242 |
| 104 | 68300 | 775431 | 613 | 72 | 190.71 | 189.33689 | 6/28/2006 | 72 | 7242 |
| 104 | 68401 | 775431 | 817 | 144 | 190.71 | 189.33689 | 7/3/2006 | 144 | 7242 |
| 104 | 68499 | 775431 | 730 | 72 | 190.71 | 189.33689 | 7/10/2006 | 72 | 7242 |
| 104 | 68608 | 775431 | 730 | 72 | 199.29 | 197.85511 | 7/17/2006 | 72 | 7242 |
| 104 | 68640 | 775431 | 487 | 72 | 199.29 | 197.85511 | 7/19/2006 | 72 | 7242 |
| 104 | 68718 | 775431 | 628 | 72 | 199.29 | 197.85511 | 7/24/2006 | 72 | 7242 |
| 104 | 68749 | 775431 | 682 | 72 | 199.29 | 197.85511 | 7/26/2006 | 72 | 7242 |
| 104 | 68840 | 775431 | 697 | 72 | 199.29 | 197.85511 | 7/31/2006 | 72 | 7242 |
| 104 | 68953 | 775431 | 700 | 72 | 199.29 | 197.85511 | 8/7/2006 | 72 | 7242 |
| 104 | 69070 | 775431 | 739 | 144 | 199.29 | 197.85511 | 8/14/2006 | 144 | 7242 |
| 104 | 69173 | 775431 | 679 | 72 | 199.29 | 197.85511 | 8/21/2006 | 72 | 7242 |
| 104 | 69248 | 775431 | 430 | 72 | 199.29 | 197.85511 | 8/24/2006 | 72 | 7242 |
| 104 | 69289 | 775431 | 769 | 72 | 199.29 | 197.85511 | 8/28/2006 | 72 | 7242 |
| 104 | 69411 | 775431 | 784 | 144 | 199.29 | 197.85511 | 9/5/2006 | 144 | 7242 |
| 104 | 69507 | 775431 | 715 | 72 | 199.29 | 197.85511 | 9/11/2006 | 72 | 7242 |
| 104 | 69639 | 775431 | 670 | 72 | 199.29 | 197.85511 | 9/18/2006 | 72 | 7242 |
| 104 | 69711 | 775431 | 517 | 72 | 199.29 | 197.85511 | 9/21/2006 | 72 | 7242 |
| 104 | 69748 | 775431 | 721 | 72 | 199.29 | 197.85511 | 9/25/2006 | 72 | 7242 |
| 104 | 70479 | 775431 | 1 | 144 | 199.29 | 193.86931 | 11/15/2006 | 144 | 7242 |
| 104 | 70897 | 775431 | 271 | 72 | 199.29 | 197.85511 | 11/30/2006 | 72 | 7242 |
| 104 | 71032 | 775431 | 529 | 72 | 199.29 | 197.85511 | 12/7/2006 | 72 | 7242 |
| 104 | 71067 | 775431 | 733 | 72 | 199.29 | 197.85511 | 12/11/2006 | 72 | 7242 |
| 104 | 71330 | 775431 | 583 | 72 | 199.29 | 197.85511 | 12/26/2006 | 72 | 7242 |
| 104 | 72038 | 775431 | 718 | 72 | 219.75 | 218.1678 | 2/5/2007 | 72 | 7242 |

| 104 | 72532 | 775431 | 736 | 72 | 219.75 | 218.1678 | 3/5/2007 | 72 | 7242 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 104 | 73171 | 775431 | 713 | 36 | 219.75 | 218.1678 | 4/9/2007 | 72 | 7242 |
| 104 | 73415 | 775431 | 571 | 72 | 219.75 | 218.1678 | 4/23/2007 | 72 | 7242 |