# EXHIBIT B

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Perwin, Scott on 7/12/2007 at 11:33 AM and filed on 7/12/2007

**Case Name:** MEIJER, INC. et al v. WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al
**Case Number:** 1:05-cv-2195
**Filer:** SAJ DISTRIBUTORS, INC.
STEPHEN L. LAFRANCE HOLDINGS, INC.
MEIJER, INC.
MEIJER DISTRIBUTION, INC.
LOUISIANA WHOLESALE DRUG COMPANY, INC.
AMERICAN SALES COMPANY, INC.
ROCHESTER DRUG CO-OPERATIVE INC
VALLEY WHOLESALE DRUG COMPANY, INC.
**Document Number:** 118

**Docket Text:**
Memorandum in opposition to re [115] MOTION to Compel *Answers to Interrogatories and the Production of Documents from Direct Purchaser Plaintiffs* filed by AMERICAN SALES COMPANY, INC., LOUISIANA WHOLESALE DRUG COMPANY, INC., ROCHESTER DRUG CO-OPERATIVE INC, SAJ DISTRIBUTORS, INC., STEPHEN L. LAFRANCE HOLDINGS, INC., VALLEY WHOLESALE DRUG COMPANY, INC., MEIJER, INC., MEIJER DISTRIBUTION, INC.. (Attachments: # (1) Appendix)(Perwin, Scott)

**1:05-cv-2195 Notice has been electronically mailed to:**

| | |
|---|---|
| Kevin J. Arquit | karquit@stblaw.com, managingclerk@stblaw.com |
| Daniel Berger | danberger@bm.net |
| Tanya S. Chutkan | tchutkan@bsfllp.com |
| Eric L. Cramer | ecramer@bm.net |

| | |
|---|---|
| Richard Bruce Drubel | rdrubel@bsfllp.com |
| David U. Fierst | dfierst@steinmitchell.com |
| Bruce E. Gerstein | bgerstein@garwingerstein.com |
| William A. Isaacson | wisaacson@bsfllp.com |
| Richard J. Kilsheimer rkaplan@kaplanfox.com | rkilsheimer@kaplanfox.com, |
| Mark L Kovner | mkovner@kirkland.com |
| Andrew M. Lacy | alacy@stblaw.com |
| Dianne M. Nast | dnast@rodanast.com |
| Linda P. Nussbaum | lnussbaum@kaplanfox.com |
| Chong S. Park | cpark@kirkland.com |
| Scott Eliot Perwin sperwin@kennynachwalter.com | mmitchell@kennynachwalter.com, |
| Thomas M. Sobol Heatherc@hbsslaw.com, JessicaO@hbsslaw.com | tom@hbsslaw.com, Davidn@hbsslaw.com, |
| Peter Coyne Thomas | pthomas@stblaw.com |
| Karen Natalie Walker | kwalker@kirkland.com |

**1:05-cv-2195 Notice will be delivered by other means to::**

Michele S. Burkholder
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

Charles E. Koob
SIMPSTON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

David S. Nalven
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street

4th Floor
Cambridge, MA 02142

Annette C. Rizzi
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Joseph F. Roda
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

Meryl G. Rosen
SIMPSON THACHER & BARLETT LLP
425 Lexington Avenue
New York, NY 10017

Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 Sourth Main Street
Hanover, NH 03755

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mm\My Documents\efile\2885 pltfs opp barr mot comp.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2007] [FileNumber=1492489-0]
[600754d5c25210487cf3766dd61b252649ae71251e7b0a447046ae8c1424bfad09e4
fe2d86a24ca019ed6e3bc8b8066f51acd09dcbe0a385888d42bea60a4799]]
**Document description:** Appendix
**Original filename:** C:\Documents and Settings\mm\My Documents\efile\2885 pltfs opp barr mot comp appendix.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2007] [FileNumber=1492489-1]
[52ba75eda8172e8ef860a35c8d97dd06c2187f7a872948af61d67ef64e66b9fcd34b
0f8afb97e74b0b316e42212021c845e573558bdf0adf15b8f78cd2cb3add]]