IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 1:05-cv-02195-CKK<br><br>Judge Colleen Kollar-Kotelly |

## NOTICE

Pursuant to the Court's September 6, 2007 Minute Order, I hereby notify the Court that Annette C. Rizzi, Andrew M. Lacy and I will appear on behalf of the Warner Chilcott Defendants at the Status Conference on September 7, 2007 in the above action.

Dated: September 6, 2007

                   Respectfully submitted,

                   */s/ Peter C. Thomas*
                   Peter C. Thomas (D.C. Bar # 495928)
                   SIMPSON THACHER & BARTLETT LLP
                   601 Pennsylvania Avenue, N.W.
                   North Building
                   Washington, DC 20004
                   (202) 220-7700
                   (202) 220-7702 (fax)

                   *Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd.*