IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br>　　　　　　　Defendants. | No. 05 Civ. 2195 (CKK) |

### NOTICE OF STATUS CONFERENCE APPEARANCE

Pursuant to the Court's September 6, 2007 Order, we hereby notify the Court that Michele S. Burkholder, RodaNast, P.C., will appear on behalf of Plaintiffs SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. at the Status Conference scheduled for September 7, 2007 in the above action.

Dated: September 6, 2007

Respectfully submitted,

_____
Dianne M. Nast
Michele S. Burkholder
RodaNast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

*Counsel for SAJ Distributors, Inc. and*
*Stephen L. LaFrance Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007 a true and correct copy of the foregoing Notice of Status Conference Appearance was electronically filed with the Clerk of Court and served on counsel of record via CM/ECF.

_/s/ Shawn M. Naunton_