**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS CO.<br>    III, LTD., *et al.*,<br><br>          Defendants. | Civil Action No.: 1:05-CV-02195-CKK |
| WALGREEN CO., *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS CO.<br>    III, LTD., *et al.*,<br><br>          Defendants. | Civil Action No.: 1:06-CV-00494-CKK |
| CVS PHARMACY, INC., *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS CO.<br>    III, LTD., *et al.*,<br><br>         Defendants. | Civil Action No.: 1:06-CV-00795-CKK |

## NOTICE

Pursuant to the Court's September 6, 2007 Minute Order, notice is provided that Mark L. Kovner, Chong S. Park, and Patrick M. Bryan will attend the September 7, 2007 Status Conference on behalf of Barr Pharmaceuticals, Inc. in the above-captioned cases.

Date: September 6, 2007

   /s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*