# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MEIJER, INC., *et al.*,

     Plaintiffs,

    v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al*.,

     Defendants.

Civil Action No. 05-2195 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 22nd day of October, 2007, hereby

**ORDERED** that the accompanying Memorandum Opinion shall be filed under seal with the Clerk of the Court for the United States District Court for the District of Columbia until further order of the Court.  On or before November 5, 2007, the parties shall file with the Court proposed redactions to the Memorandum Opinion, along with legal authority for their proposed redactions, *see United States v. Hubbard*, 650 F.2d 293, 317 (D.C. Cir. 1980); *Johnson v. Greater Southeast Community Hosp. Corp.,* 951 F.2d 1268, 1277 (D.C. Cir.1991); it is further

**ORDERED** that Defendants' [111] Motion to Strike All References to Dr. Leitzinger's May 18, 2007 Rule 26(a) Expert Report is GRANTED; it is further

**ORDERED** that Defendants' [116] Motion to Strike the May 21, 2007 Declarations of John Jay Flinn, Saul D. Factor, and Brian Jones is GRANTED-IN-PART and DENIED-IN-PART.  Specifically, only Paragraphs 1 and 6 of each declaration are admitted, while the remainder of each declaration is stricken; it is further

**ORDERED** that [92] Plaintiffs' Motion for Class Certification is GRANTED; it is

further

**ORDERED** that the following class is certified pursuant to Federal Rule of Civil

Procedure 23(b)(3):

> All persons or entities in the United States who purchased Ovcon 35 directly from
> Warner Chilcott at any time during the period April 22, 2004 through December
> 31, 2006. Excluded from the Class are Defendants and their officers, directors,
> management, and employees, subsidiaries or affiliates, and all governmental
> entities. Also excluded are hospitals, universities and clinics.

It is further

**ORDERED** that Plaintiffs–Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale

Drug Co., Inc., Rochester Drug Co-operative, Inc., American Sales Company, Inc., SAJ

Distributors, Inc., and Stephen L. LaFrance Holdings, Inc.–are appointed class representatives; it

is further

**ORDERED** that the law firm Kaplan Fox & Kilsheimer LLP is added to the previously

appointed Executive Committee in this action, and the firms comprising the Executive

Committee–Kaplan Fox & Kilsheimer LLP; Berger & Montague, P.C.; Boies, Schiller & Flexner

LLP; Cohen, Milstein, Hausfeld & Toll, P.L.L.C.; Garwin, Gerstein & Fisher, L.L.P.; Hagens

Berman Sobol & Shapiro LLP and Roda Nast, P.C.–are appointed class counsel pursuant to

Federal Rule of Civil Procedure 23(g); it is further

**ORDERED** that, on or before November 5, 2007, Plaintiffs shall provide the Court with

Notice as to how they propose to provide the "best notice practicable under the circumstances" to

absent class members, as required by Federal Rule of Civil Procedure 23(c)(2)(B).

   **SO ORDERED.**

                                          _____/s/_____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge