UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC.,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

**MEIJER PLAINTIFFS' UNOPPOSED MOTION FOR ORDER
REMOVING COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
FROM THE EXECUTIVE COMMITTEE AND AS CLASS COUNSEL**

The Meijer Plaintiffs ("Direct Purchaser Class Plaintiffs") hereby move this Honorable Court for an Order removing the firm of Cohen, Milstein, Hausfeld & Toll from the Executive Committee and as Class Counsel in this case. In support of this Motion, undersigned counsel states the following:

1. On April 4, 2006, the Court approved the establishment of an Executive Committee comprised of six law firms: Berger & Montague, P.C.; Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"); Boies, Schiller &

Flexner LLP; Garwin, Gerstein & Fisher, L.L.P.; Hagens Berman Sobol & Shapiro LLP; and RodaNast, P.C. (Order dated April 4, 2006).

2. In their Memorandum in support of their Motion for Class Certification, the Direct Purchaser Plaintiffs noted that Linda Nussbaum, Esq., counsel for plaintiff Meijer, Inc., had changed firms from Cohen Milstein to Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), and requested that Kaplan Fox be added as a member of the Executive Committee and one of proposed class counsel for this case. (Docket Entry #43)

3. On March 29, 2007, Cohen Milstein filed a Notice of Withdrawal of Appearance in this matter. (Docket Entry #96)

4. In an Order dated October 22, 2007, the Court appointed the firms that had been on the Executive Committee as class counsel under F.R.C.P. 23(g), and added Kaplan Fox & Kilsheimer LLP to the Executive Committee (as had been requested), but left Cohen Milstein as a member of the Executive Committee.

5. In light of the fact that Cohen Milstein filed a Notice of Withdrawal, as well as the fact that counsel for Meijer is now at the Kaplan Fox firm and remains a member of the Executive Committee, the Direct Purchaser Class Plaintiffs therefore request an Order be issued removing Cohen Milstein as a member of the Executive Committee and class counsel in this case.

6. Counsel for Barr and Warner Chilcott do not oppose this Motion.

WHEREFORE, for the foregoing reasons, the Direct Purchaser Class Plaintiffs respectfully request that this Motion be granted. A Proposed Order is attached.

Dated: October 26, 2007.                          Respectfully submitted,

                                              /S/ Tanya Chutkan
William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

*Counsel for Direct Purchaser Class*

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, a copy of the forgoing Motion for an Amended Order Removing Class Counsel and Proposed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ Tanya Chutkan
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

4