UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., <br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

## (PROPOSED) ORDER

Having considered the Indirect Purchaser Class Plaintiffs' Motion for an Order Removing the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as a Member of the Executive Committee and as Class Counsel, Cohen Milstein's March 29 Notice of Withdrawal, as well as the lack of opposition to the Motion, it is this _____ day of _____ hereby

**ORDERED** that the Indirect Purchaser Class Plaintiffs' Motion is GRANTED and the firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. be removed from the Executive Committee and class counsel.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge