IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al.,<br><br>Defendants. | 05 Civ. 2195 (CKK)<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE CONCERNING REDACTIONS

Pursuant to the Court's October 22, 2007 Order, the parties hereby jointly notify the Court that they do not have no party has any proposed redactions to the Court's October 22, 2007 Memorandum Opinion.

    /s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar No. 495928)
Andrew M. Lacy (D.C. Bar No. 496644)
SIMPSON THACHER & BARTLETT LLP,
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (Fax)
**Counsel for Warner Chilcott**

    /s/ Karen N. Walker
Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
Patrick M. Bryan (D.C. Bar No. 490177)
KIRKLAND & ELLIS, LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5129
(202) 879-5200 (Fax)
**Counsel for Barr Pharmaceuticals**

    /s/ Tanya Chutkan
William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Thomas M. Sobol
HAGENS BERMAN SOBOL
 & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

**Executive Committee Members for Direct Purchaser Class Plaintiffs**

Dated: November 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, a copy of the forgoing **Joint Notice Concerning Redactions** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Tanya Chutkan
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)