IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIJER, INC., et al.,**<br><br>　　　　**Plaintiffs**<br><br>　　v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al.,**<br><br>　　　　**Defendants.** | 05 Civ. 2195 (CKK)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' motion for extension of time is hereby **GRANTED**. Plaintiffs may submit their Notice proposal on or before November 12, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIJER, INC., et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al.,**<br><br>**Defendants.** | 05 Civ. 2195 (CKK)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Direct Purchaser Class Plaintiffs ("Plaintiffs"), through their undersigned attorneys, respectfully request that the Court extend the time for Plaintiffs to submit their proposed plan to provide the "best notice practicable to absent class members" from November 5, 2007 (as set forth in the Court's October 22, 2007 Order) to November 12, 2007. Defendants do not object to Plaintiffs' requested extension.

Plaintiffs respectfully request an additional week for their Notice submission so that they have sufficient time to meet and confer with counsel for the defendants in order to negotiate a Notice plan that would be acceptable to all parties, or alternatively, to narrow and define the parties' respective differences on the notice plan.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs a one week extension of time to submit a Notice proposal.

Dated: November 5, 2007                                      Respectfully submitted,

        /s/ Tanya Chutkan
William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)
Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090

(609) 643-9010 (Fax)

Thomas M. Sobol
HAGENS BERMAN SOBOL
  & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

**Executive Committee Members for Direct Purchaser Class Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, a copy of the forgoing **Plaintiffs' Unopposed Motion for an Extension of Time** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system and will be posted on Deal Room.

        /s/ Tanya Chutkan
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)