IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No: 1:05CV02195 (CKK) |
| v. | ) |
| | ) Jury Trial Demanded |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION AND STIPULATION

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc., and Stephen L. LaFrance Holdings, Inc. (collectively the "Direct Purchaser Class Plaintiffs"), and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to approve, a stay of all proceedings in the above-captioned action against the Warner Chilcott Defendants only, pending negotiation of a definitive settlement and the submission of such agreement to the Court for preliminary approval. The case would proceed against Barr Pharmaceuticals, Inc., the non-settling defendant. In support thereof, the Direct Purchaser Class Plaintiffs and the Warner Chilcott Defendants jointly state as follows:

1. The Direct Purchaser Class Plaintiffs and the Warner Chilcott Defendants have engaged in settlement discussions with oversight by Magistrate Judge Kay over the course of

several months. As a result of those and subsequent continuing private discussions, the Direct Purchaser Class Plaintiffs and the Warner Chilcott Defendants have reached an agreement in principle on the essential terms of a settlement in the above-captioned action.

2. To facilitate the negotiation of a definitive settlement agreement, and to avoid unnecessary legal fees and costs, the Direct Purchaser Class Plaintiffs and the Warner Chilcott Defendants have agreed and ask this Court to stay all proceedings in the above-captioned action as against the Warner Chilcott Defendants only, except for those relating to class certification, pending the parties' negotiation of a definitive settlement agreement and the submission of that agreement to this Court for preliminary approval.

3. The stay shall not affect the summary judgment briefing schedule set by the Court in its October 1, 2007 order. For avoidance of doubt, the Warner Chilcott Defendants shall not be required to respond to the Direct Purchaser Class Plaintiffs' motion for summary judgment. If the parties fail to come to a definitive settlement agreement, or if the Court does not approve the terms of the settlement, or if the settlement is not finalized for any other reason, the parties agree to negotiate in good faith to present the Court with a proposed schedule for the Warner Chilcott Defendants to respond to the Direct Purchaser Class Plaintiffs' motion for summary judgment.

4. The Direct Purchaser Class Plaintiffs and the Warner Chilcott Defendants have agreed to negotiate a definitive agreement promptly, which they anticipate approving and signing on or before November 30, 2007.

WHEREFORE, the Direct Purchaser Class Plaintiffs and the Warner Chilcott Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. All proceedings in the above-captioned action, except for those relating to class certification, shall be stayed as against the Warner Chilcott Defendants only pending negotiation of a definitive settlement agreement.

2. If the parties have not reached a definitive agreement on or before November 30, 2007, they are directed to report jointly to the Court on the status of their discussions on November 30, 2007, including whether or not the foregoing stay should remain in effect.

Date:  November 8, 2007                                      Respectfully submitted,

/s/
_____
Linda P. Nussbaum (D.C. Bar # 483254)
Peter Kohn
KAPLAN FOX & KILSHIEMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)

Daniel Berger
Eric L. Cramer
Ellen Noteware
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

Richard B. Drubel (D.C. Bar # 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

*Executive Committee for Direct Purchaser Class*

/s/
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*