UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD. *et al.*,<br><br>            Defendants. | 05 Civ. 2195 (CKK)<br><br>CLASS ACTION |

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MEIJER PLAINTIFFS' "UNOPPOSED" MOTION FOR ORDER REMOVING COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. FROM THE EXECUTIVE COMMITTEE AND AS CLASS COUNSEL**

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") hereby respectfully requests an extension of time until Wednesday, November 14, 2007, to respond to the "unopposed" motion of the "Meijer Plaintiffs," filed October 26, 2007, to remove Cohen Milstein from the Executive Committee and as Class Counsel (the "Meijer Plaintiffs' Motion," Docket No. 140).

Although the Meijer Plaintiffs' Motion is styled "unopposed," Cohen Milstein was not contacted by Kaplan Fox & Kilsheimer LLP (counsel for the Meijer Plaintiffs) before or after the motion was filed to determine whether Cohen Milstein opposed the motion. Nor was Cohen Milstein served with a copy of the motion. As Cohen Milstein is the only party affected by the motion, counsel for Cohen Milstein should have been contacted before the motion was filed. *See* Local Civil Rule 7.1(m).

Accordingly, Cohen Milstein respectfully requests an extension of time until November 14, 2007 to consider the Meijer Plaintiffs' Motion and any appropriate response.

Dated: November 9, 2007         Respectfully submitted,

By: /s/ Michael D. Hausfeld

Michael D. Hausfeld (D.C. Bar #153742)
Brian A. Ratner (D.C. Bar #473284)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Robert G. Eisler
Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745