UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. *et al.*,<br><br>               **Plaintiffs**,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD. *et al.*,<br><br>               **Defendants.** | 05 Civ. 2195 (CKK)<br><br><u>CLASS ACTION</u> |

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.'S MOTION
FOR FURTHER EXTENSION OF TIME TO RESPOND TO THE MEIJER
PLAINTIFFS' "UNOPPOSED" MOTION FOR ORDER REMOVING
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. FROM THE
<u>EXECUTIVE COMMITTEE AND AS CLASS COUNSEL</u>**

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein) hereby respectfully requests a further extension of time, until November 20, 2007, to respond to the "unopposed" motion of the "Meijer Plaintiffs," filed October 26, 2007 (the "Meijer Plaintiffs' Motion," Docket No. 140).

As noted in Cohen Milstein's prior request for an extension of time (Docket No. 145), although the Meijer Plaintiffs' Motion was styled "unopposed," Cohen Milstein was not contacted by Kaplan Fox & Kilsheimer LLP (counsel for the Meijer Plaintiffs), or by any other counsel, before or after the motion was filed to determine whether Cohen Milstein opposed the motion. Since the filing of Cohen Milstein's first request for an extension of time, Cohen Milstein and counsel for the Meijer Plaintiffs have commenced discussions regarding the aforementioned motions.

Cohen Milstein, therefore, respectfully requests this further extension of time until November 20, 2007 so that the involved parties can continue these discussions and determine whether there are any matters that require Court intervention. Cohen Milstein has been advised that counsel for the Meijer Plaintiffs support this request.

Dated: November 14, 2007            Respectfully submitted,

By: /s/ Michael D. Hausfeld
Michael D. Hausfeld
Brian A. Ratner
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Robert G. Eisler
Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745