**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-cv-2195-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| Defendants. | ) |
| WALGREEN CO., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:06-cv-494-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| Defendants. | ) |
| CVS PHARMACY, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:06-cv-795-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO PLACE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5.1(j) and the Protective Orders entered in the above-captioned cases, Direct Purchaser Plaintiffs respectfully move for leave to place two recently-filed documents under seal: the Joint Memorandum of Points and Authorities in Support of Plaintiff States' Motion for Summary Judgment and Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment, filed November 14, 2007, and the Statement of Undisputed Facts in Support of Plaintiff States' Motion for Summary Judgment and Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment, also filed November 14, 2007. A few sentences in each document summarize or quote from discovery materials that were designated Confidential or Highly Confidential pursuant to the Court's April 4, 2006 Protective Order, and Defendant Warner Chilcott has requested that they be removed from the public record. Plaintiffs apologize for the error.

Plaintiffs also seek leave to file a redacted version of each document to replace the documents already on file. The redacted documents are attached hereto as Exhibits 1 and 2. The redactions appear on page 5 of Exhibit 1 and page 4 of Exhibit 2.

Respectfully submitted,

/s/ Scott E. Perwin
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 373-1000
(305) 372-1861 (fax)
*Counsel for Walgreen Plaintiffs*

/s/ Steve D. Shadowen
Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN P.A.
30 North Third Street, Suite 700
Harrisburg, Pennsylvania 17101
(717) 364-1010
(717) 364-1020 (fax)
*Counsel for Plaintiffs Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

/s/ Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York 10022
(212) 687-1980
(212) 687-7714 (fax)

Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
(215) 875-4604 (fax)

William Isaacson (D.C. Bar No.414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

Bruce E. Gerstein
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, New York 10011
(212) 398-0055
(212) 764-6620 (fax)

Dianne M. Nast
RODA NAST P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000
(717) 892-1200 (fax)

        David S. Nalven
        HAGENS BERMAN SOBOL & SHAPIRO LLP
        One Main Street, Fourth Floor
        Cambridge, Massachusetts 02142
        (617) 482-3700
        (617) 482-3003 (fax)

        *Executive Committee for the Direct Purchaser Class*

315634.2