UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., MEIJER DISTRIBUTION, INC., LOUISIANA WHOLESALE DRUG CO., INC., ROCHESTER DRUG CO-OPERATIVE, INC., AMERICAN SALES COMPANY, INC., SAJ DISTRIBUTORS, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., <br><br>Defendants. | No. 05 Civ. 2195 (CKK) |

**MEIJER PLAINTIFFS' WITHDRAWAL OF MOTION FOR ORDER
REMOVING COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
FROM THE EXECUTIVE COMMITTEE AND AS CLASS COUNSEL**

The Meijer Plaintiffs ("Direct Purchaser Class Plaintiffs") hereby withdraw their Unopposed Motion for an Order removing the firm of Cohen, Milstein, Hausfeld & Toll from the Executive Committee and as Class Counsel in this case. The Motion is document number 140 and was filed on October 26, 2007.

Dated: November 19, 2007.                  Respectfully submitted,

                                            /s/ Tanya Chutkan
                                           William Isaacson (D.C. Bar No. 414788)
                                           Tanya Chutkan (D.C. Bar No. 420478)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

*Counsel for Direct Purchaser Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, a copy of the forgoing withdrawal of Motion for an Amended Order Removing Class Counsel and Proposed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this filing was sent via e-mail to Cohen, Milstein, Hausfeld & Toll, attention Brian Ratner.

                                                      /s/ Tanya Chutkan
                                   Tanya Chutkan (D.C. Bar No. 420478)
                                   BOIES, SCHILLER & FLEXNER LLP
                                   5301 Wisconsin Avenue, N.W., Suite 800
                                   Washington, D.C. 20015
                                   (202) 237-2727
                                   (202) 237-6131 (Fax)