## **CERTIFICATE OF SERVICE**

I, Roseann Kelly, hereby certify that on December 7, 2007, the foregoing DIRECT PURCHASER CLASS PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF PERLIMINARY APPROVAL OF PARTIAL SETTLEMENT WITH WARNER CHILCOTT DEFENDANTS ONLY and Attachments was served via ECF and Secure Deal Room.

Dated: December 7, 2007

_____
Roseann Kelly