IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF COLORADO**, *et al.*,<br><br>      Plaintiffs<br><br>      v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.**, *et al.*,<br><br>      Defendants. | Civil Action No. 05-2179 (CKK) |
| **MEIJER, INC.**, *et al.*,<br><br>      Plaintiffs<br><br>      v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.**, *et al.*,<br><br>      Defendants. | Civil Action No. 05-2195 (CKK) |
| **WALGREEN CO.**, *et al.*,<br><br>      Plaintiffs<br><br>      v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.**, *et al.*,<br><br>      Defendants. | Civil Action No. 06-494 (CKK) |

| |
|---|
| **CVS PHARMACY, INC.,** *et al.,* |
| **Plaintiffs** |
| v. |
| **WARNER CHILCOTT HOLDINGS COMPANY III, LTD.,** *et al.,* |
| **Defendants.** |

Civil Action No. 1:06-795 (CKK)

## JOINT MOTION AND STIPULATION

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc., Americans Sales Company, Inc., SAJ Distributors, Inc., Stephen L. LaFrance Holdings, Inc. (collectively the "Direct Class Purchaser Plaintiffs"), Rite Aid Corporation, Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's, Inc., Safeway, Inc. and Hy-Vee, Inc., the Plaintiff States and Defendant Barr Pharmaceuticals, Inc., by their undersigned attorneys, hereby stipulate to, and respectfully move the Court to extend briefly the deadlines for filing of the parties' respective Oppositions to Motions for Summary Judgment and Replies in Support of the Motions for Summary Judgment set forth in the Court's October 1, 2007 Order in the above-captioned cases.

WHEREFORE, The parties respectfully request an additional week, until December 19, 2007, to file their respective Oppositions to the pending Motions for Summary Judgment. The parties also respectfully request that the deadline for the parties' Replies in Support of the pending Motions for Summary Judgment be extended to January 18, 2008.

Dated: December 7, 2007                                Respectfully submitted,

*/s/ Karen Walker*                                     */s/ Linda Nussbaum*

Karen N. Walker                                        Linda P. Nussbaum (D.C. Bar No. 483254)
Patrick M. Bryan                                       KAPLAN FOX & KILSHEIMER LLP
KIRKLAND & ELLIS, LLP                                  805 Third Avenue, 22nd Floor
655 Fifteenth Street, N.W.                             New York, NY 10022
Washington, D.C. 20005-5793                            (212) 687-1980
United States                                          (212) 687-7714 (Fax)
(202) 879-5000
(202) 879-5200 (Fax)                                   Daniel Berger
***Attorneys for Barr Pharmaceuticals***               Eric L. Cramer
                                                       Ellen T. Noteware
*/s/ Devin Laiho*                                      BERGER & MONTAGUE, P.C.
                                                       1622 Locust Street
Devin M. Laiho                                         Philadelphia, PA 19103
Assistant Attorney General                             (215) 875-3000
Consumer Protection Section                            (215) 875-4604 (Fax)
ATTORNEYS FOR THE STATE OF
 COLORADO                                              William Isaacson (D.C. Bar No. 414788)
1525 Sherman Street, 5th Floor                         Tanya Chutkan (D.C. Bar No. 420478)
Denver, CO 80203                                       BOIES, SCHILLER & FLEXNER LLP
(303) 866-5079                                         5301 Wisconsin Avenue, N.W., Suite 800
                                                       Washington, D.C. 20015
*/s/ Elinor Hoffmann*                                  (202) 237-2727
                                                       (202) 237-6131 (Fax)
Elinor Hoffmann
Margaret D. Martin
Assistant Attorneys General
Antitrust Bureau                                       Bruce E. Gerstein
NEW YORK STATE OFFICE OF THE                           Barry S. Taus
 ATTORNEY GENERAL                                      Kevin S. Landau
120 Broadway, 26th Floor                               GARWIN GERSTEIN & FISHER, L.L.P.
New York, NY 10271                                     1501 Broadway, Suite 1416
(212) 416-8288                                         New York, NY 10011
                                                       (212) 398-0055
***Attorneys for the Plaintiff States***               (212) 764-6620 (Fax)

*/s/ Scott E. Perwin*                                  Dianne M. Nast
                                                       RODA NAST, P.C.
Scott E. Perwin                                        801 Estelle Drive
KENNY NACHWALTER, P.A.                                 Lancaster, PA 17601
1100 Miami Center                                      (717) 892-3000
201 S. Biscayne Boulevard                              (717) 892-1200
Miami, FL 33131
(305) 373-1000
(305) 372-1861 (Fax)
***Attorneys for Walgreen Plaintiffs***

2

*/s/ Monica L. Rebuck*
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL
& PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-0030
(717) 364-1020 (Fax)
***Attorneys for the Rite Aid Plaintiffs***

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)

Thomas M. Sobol
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

***Executive Committee Members
for Direct Purchaser Class***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all counsel electronically via the Ovcon 35 Secure DealRoom website.

*/s/ Roxann Kelly*