## CERTIFICATE OF SERVICE

I, Tirek J. Gayle, here certify that on December 19, 2007, the foregoing **NOTICE OF FILING MANUAL FILING UNDER SEAL** and **MOTION TO FILE DOCUMENTS UNDER SEAL** was served via ECF.

Dated: December 19, 2007

                                                    Tirek J. Gayle