IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>      Defendants. | Civ. Action No. 1:05-CV-02182-CKK<br><br>Judge Colleen Kollar-Kotelly |
| MEIJER, INC., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>      Defendants. | Civ. Action No. 1:05-CV-02195-CKK<br><br>Judge Colleen Kollar-Kotelly |
| WALGREEN CO., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>      Defendants. | Civ. Action No. 1:06-CV-00494-CKK<br><br>Judge Colleen Kollar-Kotelly |
| CVS PHARMACY, INC., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>      Defendants. | Civ. Action No. 1:06-CV-00795-CKK<br><br>Judge Colleen Kollar-Kotelly<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED APRIL 4, 2006** |

**DEFENDANT BARR PHARMACEUTICALS, INC.'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc. ("Barr"), by and through its undersigned counsel, hereby moves to file under seal Barr's Reply in Support of Its Motion for Summary Judgment, Exhibits AA-EE to Barr's Reply Brief, and Barr's Response to Plaintiffs' Joint Counter-Statement, which contain information designated as "Highly Confidential" pursuant to Paragraph 1(b) of the Protective Order Governing Discovery Material, entered on April 4, 2006 ("Protective Order"). Redacted versions of these documents will be filed electronically via ECF.

Dated: February 1, 2008

/s/ Eunnice Eun
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
Eunnice H. Eun (D.C. Bar # 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*