IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIJER, INC., et al.,**<br><br>      **Plaintiffs**<br><br>      **v.**<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.,** *et al.*,<br><br>      **Defendants.** | **Civil Action No. 05-2195 (CKK)** |
| **WALGREEN CO.,** *et al.*,<br><br>      **Plaintiffs**<br><br>      **v.**<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.,** *et al.*,<br><br>      **Defendants.** | **Civil Action No. 06-494 (CKK)** |
| **CVS PHARMACY, INC.,** *et al.*,<br><br>      **Plaintiffs**<br><br>      **v.**<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.,** *et al.*,<br><br>      **Defendants.** | **Civil Action No. 1:06-795 (CKK)** |

**MOTION TO DISBAND USE OF SECURE DEALROOM
ELECTRONIC SERVICE SYSTEM**

In accordance with the Court's June 30, 2006 Order, the parties in *Federal Trade Commission v. Barr Pharmaceuticals, Inc.* (05–Civ-2179); *State of Colorado, et al. v. Warner*

*Chilcott Holdings Company III, Ltd., et al.* (05-Civ-2182); *Meijer, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.* (05-Civ-2195); *Vista Healthplan, Inc. v. Warner Chilcott Holdings Company III, Ltd, et al.* (05-Civ-2327); and *Cohen v. Warner Chilcott Holdings Company III, Ltd, et al.* (06-Civ-0401) (the "Pending Cases") have been filing pleadings and correspondence on the Secure Dealroom electronic service system.

Certain of the Pending Cases have concluded in their entirety and agreements to settle several of the remaining cases are now pending before the Court. Accordingly, the Direct Purchaser Class Plaintiffs no longer believe that it is necessary to utilize an electronic service system and respectfully move the Court to grant this Motion to Disband use the Secure Dealroom electronic service system in the Pending Cases.

The undersigned counsel has conferred with counsel for Defendants Barr Pharmaceuticals, Inc. and Warner Chilcott Holdings Company III, Ltd. and they have no objections to this motion.

                Respectfully submitted:

                  */s/ Tanya Chutkan*
                William Isaacson (D.C. Bar No. 414788)
                Tanya Chutkan (D.C. Bar No. 420478)
                **BOIES, SCHILLER & FLEXNER LLP**
                5301 Wisconsin Avenue, N.W., Suite 800
                Washington, D.C. 20015
                (202) 237-2727

                Daniel Berger
                Eric L. Cramer
                Ellen T. Noteware
                **BERGER & MONTAGUE, P.C.**
                1622 Locust Street
                Philadelphia, PA 19103
                (215) 875-3000

                Richard B. Drubel (D.C. Bar No. 334359)
                Kimberly H. Schultz
                **BOIES, SCHILLER & FLEXNER LLP**
                26 S. Main Street
                Hanover, NH 03755
                (609) 643-9090

Linda P. Nussbaum (D.C. Bar No. 483254)
**KAPLAN FOX**
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
**GARWIN GERSTEIN & FISHER, L.L.P.**
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055

Thomas M. Sobol
HAGENS BERMAN SOBOL
  & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000

*Executive Committee Members for Direct
  Purchaser Class Plaintiffs*

Dated: April 24, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MEIJER, INC.**, *et al.*,<br><br>       **Plaintiffs**<br><br>  v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.**, *et al.*,<br><br>       **Defendants.** | **Civil Action No. 05-2195 (CKK)** |
| **WALGREEN CO.**, *et al.*,<br><br>       **Plaintiffs**<br><br>  v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.**, *et al.*,<br><br>       **Defendants.** | **Civil Action No. 06-494 (CKK)** |
| **CVS PHARMACY, INC.**, *et al.*,<br><br>       **Plaintiffs**<br>  v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.**, *et al.*,<br><br>       **Defendants.** | **Civil Action No. 1:06-795 (CKK)** |

**(PROPOSED) ORDER**

On this ____ day of _____, 2008, the Motion to Disband Use of the Secure Dealroom electronic service system is hereby **GRANTED**. The parties are no longer required to post all pleadings and correspondence as a means of serving all parties in the Pending Cases.

_____
**Judge Colleen Kollar-Kotelly**