## CERTIFICATE OF SERVICE

I, Roseann Kelly, here certify that on May 27, 2008, the foregoing DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH WARNER CHILCOTT DEFENDANTS ONLY, MEMORANDUM OF POINTS AND AUTHORIZATIONS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH WARNER CHILCOTT DEFENDANTS ONLY, DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH WARNER CHILCOTT DEFENDANTS ONLY and DECLARATION OF MICHAEL EVANS, were served via ECF.

Dated: May 27, 2008

_____
Roseann Kelly