Dbtf!2;16.dw.132:6.DLL!!!!!Epdvnfou289!!!!!Gjmf!15035031 9!!!!!Qbhf!5!pg6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MEIJER, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 05-2195 (CKK) |
| WALGREEN CO., *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 06-494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>Plaintiffs<br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 1:06-795 (CKK) |

**ORDER**

On this 60th day of June, 2008, the Motion to Disband Use of the Secure Dealroom electronic service system is hereby **GRANTED**. The parties are no longer required to post all pleadings and correspondence as a means of serving all parties in the Pending Cases.

*Judge C Kollar-Kotelly*