**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., et al.., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al., )<br>)<br>Defendants. )<br>) | Civil Action No.:<br>05-2195 (CKK) |
| WALGREEN CO., et al., )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.:<br>06-00494 (CKK) |
| CVS PHARMACY, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al., )<br>)<br>Defendants. )<br>) | Civil Action No.:<br>06-00795 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**JOINT RESPONSE TO COURT'S AUGUST 11, 2008 ORDER TO CONFER
REGARDING REDACTION OF THE COURT'S MEMORANDUM OPINION ON BARR
PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT AND
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The parties submit this joint response to the Court's August 11, 2008 Order instructing that the parties confer regarding any necessary redactions to the Court's Memorandum Opinion on Defendant Barr Pharmaceuticals, Inc.'s Motion for Summary Judgment (Civ. A. No. 05-2195, Docket No. [157]; Civ. A. No. 06-494, Docket No. [96]; and Civ. A. No. 06-795, Docket No. [103]) and Plaintiffs' Motion for Partial Summary Judgment (Civ. A. No. 05-2195, Docket No. [149]; Civ. A. No. 06-494, Docket No. [88]; and Civ. A. No. 06-795, Docket No. [95]).

The parties have conferred and stipulate that there are no redactions necessary and agree that an unredacted version of the Court's Memorandum Opinion should be posted on the public docket.

Dated: August 25, 2008

Respectfully submitted,

/s/     Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

/s/     Peter C. Thomas
Peter C. Thomas (D.C. Bar # 495928)
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W. Suite 725
Washington, D.C.  20004
(202) 220-7700
(202) 220-7702

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

**DRAFT**

/s/      Scott E. Perwin
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000

*Counsel for Walgreen Plaintiffs*

/s/      Monica Rebuck
Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL
& PUDLIN
30 North Third Street, Suite 700
Harrisburg, Pennsylvania 17101
Telephone: (717) 364-1010

*Counsel for Plaintiffs Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

/s/      Linda P. Nussbaum
Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York 10022
Telephone: (212) 687-1980

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, New Hampshire 03755
Telephone: (603) 643-9090

**DRAFT**

Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000

Bruce E. Gerstein
Kevin S. Landau
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, New York 10011
Telephone: (212) 398-0055

Dianne M. Nast
RODA NAST P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL
& SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

*Executive Committee for the Direct Purchaser Class*

3