## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>    Defendant. | Civil Action No. 05–2195 (CKK) |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>    Defendant. | Civil Action No. 06–494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>    Defendant. | Civil Action No. 06–795 (CKK) |

**ORDER**
(August 11, 2008)

For the reasons set forth in the accompanying memorandum opinion, it is, this 11th day of August, 2008, hereby

**ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Civ. A. No. 05-2195,

Docket No. [149]; Civ. A. No. 06-494, Docket No. [88]; and Civ. A. No. 06-795, Docket No. [95], shall be DENIED; it is further

**ORDERED** that Defendant's Motion for Summary Judgment, Civ. A. No. 05-2195, Docket No. [157]; Civ. A. No. 06-494, Docket No. [96]; and Civ. A. No. 06-795, Docket No. [103], shall be GRANTED-IN-PART, insofar as it claims that the agreement between Barr and Warner Chilcott should be reviewed under the rule of reason, and DENIED-IN-PART in all remaining respects; it is further

**ORDERED** that the accompanying memorandum opinion shall be filed under seal. On or before August 25, 2008, the parties shall confer and shall propose to the Court a redacted version of the memorandum opinion for release on the public docket. The parties' proposed version should include a discussion of the relevant legal standard for sealing documents, as set forth in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); it is further

**ORDERED** that the Court shall hold a status hearing in this case on September 17, 2008, at 9:30 in Courtroom 28A.

**SO ORDERED.**

Date: August 11, 2008

                                                  /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge